JACQUES A. BRONZE, ESQ.
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

```
                    FILED
            DISTRICT COURT OF GUAM
                 NOV 05 2003
              MARY L. M. MORAN
              CLERK OF COURT
```

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. CV 03-00036<br><br>**NOTICE OF MOTION AND MOTION BY HSBC FOR ORDER ISSUING WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM FOR RECORD IN REMOVED ACTION**<br>(28 U.S.C. § 1447(b)) |

**TO THE PLAINTIFFS AND THEIR COUNSEL OF RECORD, ARRIOLA, COWAN, & ARRIOLA:**

PLEASE TAKE NOTICE that Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") hereby moves this Court for an Order issuing a writ of certiorari to the Superior Court of Guam, pursuant to 28 U.S.C. § 1447(b), requiring the Superior Court of Guam to bring all records and proceedings in the Superior Court to this Court.

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd.
Civil Case No. CV03-_____
Notice of Motion and Motion By HSBC for Order Issuing Writ of Certiorari to Superior Court of Guam for Record in Removed Action (28 U.S.C. § 1447(b))
Page 2 of 2 pages

This Motion will be and is based upon this Notice, the Memorandum of Points and Authorities filed herewith, and the complete records and files in this action.

Respectfully submitted this 5th day of November, 2003.

                                  LAW OFFICES OF BRONZE & TANG
                                  Attorneys for Defendant HSBC

By: _____
             JACQUES A. BRONZE

RAP/nsh