JACQUES A. BRONZE, ESQ.
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
NOV 05 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>    Defendants. | CIVIL CASE NO. CV03-00036<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HSBC'S MOTION FOR ISSUANCE OF WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM FOR RECORD IN REMOVED ACTION [28 U.S.C. § 1447(b)]** |

Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") hereby moves this Court, pursuant to 28 U.S.C. § 1447(b), for issuance of a writ of certiorari to the Superior Court of Guam commanding the Superior Court to bring to this Court a true, full and correct copy of all records and proceedings taken and had in such court in the above-entitled action, on the following grounds:

1.     On October 21, 2003, Plaintiffs filed a Complaint for Damages ("Complaint") in the Superior Court of Guam in Civil Action No.

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd.
Civil Case No. CV03-_____
Memorandum of Points and Authorities in Support of HSBC's Motion for Writ of Certiorari to Superior Court of Guam for Record in Removed Action [28 U.S.C. § 1447(b)]
Page 2 of 3 pages

CV1560-03, entitled *Alan Sadhwani, Laju Sadhwani, and K. Sadhwani's Inc. v. Hongkong and Shanghai Banking Corporation, Ltd., John Doe I through X* (the "Action"). Plaintiffs' Complaint for Damages was delivered to HSBC on October 21, 2003;

2. On November 5, 2003, HSBC removed the Action from the Superior Court of Guam by filing a Notice of removal and by duly notifying Plaintiffs of the foregoing on November 5, 2003, all pursuant to 28 U.S.C. § 1446; and

3. HSBC respectfully requests, as authorized by 28 U.S.C. § 1447(b), that this Court issue a writ of certiorari ordering the Superior Court of Guam to produce and deliver to this Court all of the records and proceedings in this case. *See, 29A Fed. Proc., L. Ed. § 69:107 (West 1998)* ("A party seeking removal may be required to file with the clerk of the Federal District Court to which an action has been removed copies of all records and proceedings had in the state court. Alternatively, such material may be secured through the issuance of a writ of certiorari from the District Court to the state court."); *Schwarzer, Tashima, and Wagstaffe, California Practice Guide: Federal Civil Procedure Before Trial, Removal Jurisdiction,* ¶ 2:987 ("Under 28 U.S.C. § 1447(b), the federal court can issue a writ of certiorari ordering the state court to produce all of the records in the

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd.
Civil Case No. CV03-_____
Memorandum of Points and Authorities in Support of HSBC's Motion for Writ of Certiorari to Superior Court
of Guam for Record in Removed Action [28 U.S.C. § 1447(b)]
Page 3 of 3 pages

case."

Accordingly, the motion should be granted and this Court should issue its writ of certiorari, pursuant to 28 U.S.C. § 1447(b), to the Superior Court of Guam directing the Superior Court of Guam to bring all records and proceedings in the Action to this Court.

Respectfully submitted this 5th day of November, 2003.

                        LAW OFFICES OF BRONZE & TANG
                        Attorneys for Defendant HSBC

By: _____
       JACQUES A. BRONZE

RAP/nsh