JACQUES A. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br>　　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF EX PARTE APPLICATION AND EX PARTE APPLICATION FOR ORDER GRANTING HSBC ADDITIONAL TIME TO RESPOND TO COMPLAINT** |

TO: PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

NOTICE IS HEREBY GIVEN that on November _____, 2003, at the hour of _____.m., Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will bring the following Ex Parte Application before the Court.

Concurrently with this Ex Parte Application, HSBC has filed a Motion For Order Granting HSBC Additional Time To Respond To Complaint ("Motion"). It is important and urgent that the Motion be heard as soon as possible because HSBC is obligated to answer or otherwise respond to the Complaint by November 12, 2003. As

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. CV1560-03
Notice of Ex Parte Application and Ex Parte Application to Shorten Time
Page 2 of 2 pages

more fully described in the Motion, HSBC and its attorneys have not had adequate time to locate the relevant documentation, meet and confer, and conduct the necessary research and investigation to adequately respond to the Complaint. Further, much of the relevant documentation was delivered to an unrelated third party, Paradise Marine Corporation, upon the sale of the subject loans. HSBC has made a request for additional time to respond to the Complaint to Plaintiffs, but the request was refused. Accordingly, HSBC has no other alternative than to apply to this Court for relief.

This Ex Parte Application is supported by the pleadings previously filed in this case and by the record before this Court. Further grounds are also set forth in the Motion filed concurrently herewith, the Memorandum of Points and Authorities in support of said Motion, and the documents on file herein all being incorporated herein by this reference. This Ex Parte Application is further supported by the Declaration of Jacques A. Bronze concurrently filed herewith.

Dated this 6th day of November, 2003.

                LAW OFFICES OF BRONZE & TANG, P.C.
                Attorneys for Defendant The Hongkong and
                Shanghai Banking Corporation Ltd.

By: _____
JACQUES A. BRONZE

RAP/nsh