JACQUES A. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>              Defendants. | CIVIL CASE NO. 03-00036<br><br>**CERTIFICATE OF SERVICE** |

I, JACQUES A. BRONZE, hereby certify that on the 5th day of November, 2003, I caused copies of the following documents to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

1. Notice of Removal of Action Pursuant to 28 U.S.C. § 1332 and 48 U.S.C. § 1424 (Diversity Jurisdiction);

2. Notice of Motion and Motion By HSBC for Order Issuing Writ of Certiorari to Superior Court of Guam for Record in Removed Action;

3. Memorandum of Points and Authorities in Support of HSBC's Motion

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

for Issuance of Writ of Certiorari to Superior Court of Guam for Record in Removed Action;

    4.    Proposed Order Directing Writ of Certiorari to Superior Court of Guam (Without Hearing);

    5.    Proposed Order Directing Writ of Certiorari to Superior Court of Guam (Following Hearing);

    6.    Proposed Writ of Certiorari to Superior Court of Guam; and

    7.    Notice To Adverse Parties of Removal of Action to District Court Pursuant to 28 U.S.C. §§ 1441(b), 1446(d).

Dated this 6th day of November, 2003.

        LAW OFFICES OF BRONZE & TANG, P.C.
        Attorneys for Defendant The Hongkong and
        Shanghai Banking Corporation Ltd.

By: _____
      JACQUES A. BRONZE

RAP/nsh