Joaquin C. Arriola
Anita P. Arriola
**Arriola, Cowan & Arriola**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734
**Counsel for Plaintiffs**

FILED
DISTRICT COURT OF GUAM
NOV 07 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>Defendants. | ) CIVIL CASE NO. 03-00036<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORRECTED CERTIFICATE OF SERVICE

I, JOAQUIN C. ARRIOLA, hereby certify that on November 7, 2003, I caused to be served via hand delivery, **DECLARATION OF JOAQUIN C. ARRIOLA IN OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION AND MOTION FOR ORDER GRANTING HSBC ADDITIONAL TIME TO RESPOND TO COMPLAINT** to:

Jacques A. Bronze
Bronze & Tang, P.C.
2nd Floor, BankPacific Building
825 S. Marine Drive
Tamuning, Guam 96913

Acknowledgment of Service attached.
Dated this 7th day of November, 2003.

JOAQUIN C. ARRIOLA

Joaquin C. Arriola
Anita P. Arriola
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

**Counsel for Plaintiffs**

FILED
DISTRICT COURT OF GUAM
NOV 06 2003
MARY L. M. MORAN
CLERK OF COURT



IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>DECLARATION OF JOAQUIN C. ARRIOLA IN OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION AND MOTION FOR ORDER GRANTING HSBC ADDITIONAL TIME TO RESPOND TO COMPLAINT |

JOAQUIN C. ARRIOLA, under penalty of perjury declares as follows:

1. I am lead counsel for Plaintiffs, Alan Sadhwhani, Laju Sadhwhani, and K. Sadhwhani, Inc. in this action. I have personal knowledge of the matters contained herein.

2. I have reviewed the Declaration of Jacques A. Bronze in Support of HSBC's Ex Parte Application. Mr. Bronze states in paragraph 2 of his Declaration that a good faith effort was made by his "co-counsel" to advise plaintiff's counsel of the date, time and place of substance of HSBC's Ex Parte Application. This is false. This matter was originally filed in the Superior Court of Guam. On November 3, 2003, Richard Pipes telephoned me and informed me that he was counsel for defendant HSBC. He requested on behalf of his client