JACQUES A. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
NOV 07 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**CERTIFICATE OF SERVICE** |

I, JACQUES A. BRONZE, hereby certify that on the 6th day of November, 2003, I caused copies of the following documents to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

1. Notice of Ex Parte Application and Ex Parte Application for Order Granting HSBC Additional Time to Respond to Complaint;

2. Proposed Order Granting HSBC Additional Time to Respond to Complaint;

3. Motion for Order Granting HSBC Additional Time to Respond to

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

Complaint; Memorandum of Points and Authorities; and

    4.    Declaration of Jacques A. Bronze in Support of Ex Parte Application and Motion for Order Granting HSBC Additional Time to Respond to Complaint.

Dated this 6th day of November, 2003.

                                        LAW OFFICES OF BRONZE & TANG, P.C.
                                        Attorneys for Defendant The Hongkong and
                                        Shanghai Banking Corporation Ltd.

By: _____
         JACQUES A. BRONZE

RAP/nsh