JACQUES A. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
NOV 13 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br>     Defendants. | CIVIL CASE NO. 03-00036<br><br>**CERTIFICATE OF SERVICE** |

  I, JACQUES A. BRONZE, hereby certify that on the 12th day of November, 2003, I caused a copy of the following document to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

  1. Answer of HSBC to Complaint for Damages.

//

//

//

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

Dated this 13th day of November, 2003.

          LAW OFFICES OF BRONZE & TANG, P.C.
          Attorneys for Defendant The Hongkong and
          Shanghai Banking Corporation Ltd.

By: _____
     JACQUES A. BRONZE

RAP/nsh