LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>     Defendants. | CIVIL CASE NO. 03-00036<br><br>**CERTIFICATE OF SERVICE** |

  I, JACQUES A. BRONZE, hereby certify that on the 19th day of November, 2003, I caused copies of the following documents to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

  1. Notice of Ex Parte Application and Ex Parte Application for Order Granting Leave to HSBC to Exceed Page Limits in Memoranda;

  2. Proposed Order Granting Leave to HSBC to Exceed Page Limits in Memoranda;

  3. Motion for Order Granting Leave to HSBC to Exceed Page Limits in Memoranda; and

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

    4.  Declaration of Jacques A. Bronze in Support of Ex Parte Application and Motion for Order Granting Leave to HSBC to Exceed Page Limits in Memoranda.

  Dated this 18th day of November, 2003.

            LAW OFFICES OF BRONZE & TANG, P.C.
            Attorneys for Defendant The Hongkong and
            Shanghai Banking Corporation Ltd.

    By: _____
        JACQUES A. BRONZE