LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
NOV 19 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, ) ) ) ) | CIVIL CASE NO. 03-00036 |
| Plaintiffs, ) ) | **NOTICE OF EX PARTE APPLICATION AND** |
| v. ) ) | **EX PARTE APPLICATION FOR ORDER GRANTING** |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., ) ) ) ) | **LEAVE TO HSBC TO EXCEED PAGE LIMITS IN MEMORANDA** |
| Defendants. ) ) | |

TO:    PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

NOTICE IS HEREBY GIVEN that on November _____, 2003, at the hour

of _____.m., Defendant The Hongkong and Shanghai Banking Corporation Limited

("HSBC") will bring the following Ex Parte Application before the Court.

Concurrently with this Ex Parte Application, HSBC has filed a Motion For Order

Granting Leave to HSBC to Exceed Page Limits in Memoranda ("Motion"). It is

important and urgent that the Motion be heard as soon as possible because HSBC is

preparing a motion to dismiss most, if not all, of the causes of action contained in the

## ORIGINAL

**Sadhwani, et al.  v. Hongkong and Shanghai Banking Corporation Ltd., et al.**
Civil Case No. 03-00036
Notice of Ex Parte Application and Ex Parte Application for Order Granting Leave to HSBC to Exceed Page
Limits in Memoranda
Page 2 of 2 pages

Complaint for Damages ("Complaint") herein.  As more fully described in the Motion,

the length of the Complaint and the breadth and complexity of the issues raised therein

constitute extraordinary and compelling reasons supporting HSBC's request for leave to

exceed the page limitations imposed by Local Rule 7.1(g) for its memoranda supporting

the motion to dismiss.  HSBC has requested that counsel for Plaintiffs stipulate to the

request for leave to exceed the page limits, but the request was refused without

explanation.  Accordingly, HSBC has no other alternative than to apply to this Court for

relief.

This Ex Parte Application is supported by the pleadings previously filed in this

case and by the record before this Court.  Further grounds are also set forth in the

Motion filed concurrently herewith, the Memorandum of Points and Authorities in

support of said Motion, and the documents on file herein all being incorporated herein

by this reference.  This Ex Parte Application is further supported by the Declaration of

Jacques A. Bronze concurrently filed herewith.

Dated this _____ day of November, 2003.

LAW OFFICES OF BRONZE & TANG, P.C.
Attorneys for Defendant The Hongkong and
Shanghai Banking Corporation Ltd.

By: _____

JACQUES A. BRONZE