LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>    Defendants. | CIVIL CASE NO. 03-00036<br><br>~~PROPOSED~~ ORDER GRANTING LEAVE TO HSBC TO EXCEED PAGE LIMITS IN MEMORANDA |

   The Ex Parte Application and Motion of Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") for Order Granting Leave to HSBC To Exceed Page Limits ("Motion"), having been presented to this Court and the Court having considered the pleadings filed in relation thereto and the relative positions of the parties in this matter, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

  1.  The Motion is GRANTED. HSBC shall be permitted to file a memorandum of points and authorities in support of its motion to

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. CV1560-03
Proposed Order Granting Leave to HSBC to Exceed Page Limits in Memoranda
Page 2 of 2 pages

dismiss not to exceed ~~forty-five (45)~~ thirty (30) pages and may file a reply memorandum, if desired, not to exceed ~~twenty (20)~~ fifteen (15) pages.

**SO ORDERED** this 24th day of November, 2003.

_____
HON. JOHN S. UNPINGCO
Chief Judge, District Court of Guam.

Presented By:

LAW OFFICES OF BRONZE & TANG, P.C.
Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

By: _____
JACQUES A. BRONZE

**RECEIVED**
NOV 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM