JACQUES A. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

**FILED**
DISTRICT COURT OF GUAM
DEC 03 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **CERTIFICATE OF SERVICE** |

I, JACQUES A. BRONZE, hereby certify that on the 1st day of December, 2003, I caused a copy of the following document to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

1. Order Granting Leave to HSBC to Exceed Page Limits in Memoranda.

//

//

//

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

Dated this 2nd day of December, 2003.

LAW OFFICES OF BRONZE & TANG, P.C.
Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

By: _____
JACQUES A. BRONZE