McCULLY & BEGGS, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam 96910
Tel: 671-477-7418
Fax: 671-472-1201
Attorneys specially appearing for
Paradise Marine Corporation

FILED
DISTRICT COURT OF GUAM
DEC 29 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI, INC. a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. A foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>Defendants. | CIVIL CASE NO. 03-0036<br><br><br>**DECLARATION OF SERVICE** |

**HAGATNA, GUAM**

I am employed in Hagatna, Guam. I am over the age of 18 and not a party to the within action; my business address is: Suite 200, 139 Murray Boulevard, Hagåtña, Guam, 96910.

**ORIGINAL**

On December 26, 2003, I caused the service of the foregoing document(s) described as:

**OBJECTION OF PARADISE MARINE CORPORATION TO THE PLANTIFF'S SUBPOENA FOR PRODUCTION OF DOCUMENTS**

for Paradise Marine Corporation on the interested parties as follows:

**SEE ATTACHED SERVICE LIST**

[ ] **BY U.S. MAIL.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepared at Hagåtña, Guam in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **BY PERSONAL SERVICE.** I caused the delivery of such document(s) by hand to the offices of the addressees.

I declare under penalty of perjury under the laws of the United States of America and Guam that the above is true and correct.

_____
JTHOMAS SAN NICOLAS

# SERVICE LIST

ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI, INC. a Guam corporation,

v.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. A foreign corporation, JOHN DOE I through JOHN DOE X,

## BY PERSONAL SERVICE

**RICHARD A. PIPES, ESQ.**
Guam Savings & Loan Bldg., Suite 201
825 S. Marine Drive
Tamuning, Guam 96911

**JOAQUIN C. ARRIOLA**
Arriola, Cowan & Arriola
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagatna, Guam 96910