LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671



FILED
DISTRICT COURT OF GUAM
DEC 30 2003
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | CIVIL CASE NO. 03-00036 |
| Plaintiffs, | |
| v. | MOTION TO STRIKE JURY TRIAL DEMAND |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | |
| Defendants. | |

Hongkong and Shanghai Banking Corporation, Ltd., ("HSBC") will move this Court to strike the jury trial demanded by Plaintiffs. The motion will be based upon this motion, the memorandum points and authorities, the papers, records and files in this action, and upon such oral and documentary evidence as may be presented.

**EXECUTED** on this 29th day of December 2003.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By:_____
JACQUES G. BRONZE
*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*

ORIGINAL