LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>              Defendants. | CIVIL CASE NO. 03-00036<br><br>**AGREEMENT OF HEARING DATE RE HSBC'S MOTIONS TO DISMISS AND TO STRIKE JURY DEMAND** |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1.     I, Jacques G. Bronze, am the attorney for Defendant Hongkong & Shanghai Banking Corporation Ltd.("HSBC") in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of HSBC's motions to dismiss the complaint and to strike the jury demand.

2.     The attorneys for the opposing party are Arriola Cowan & Arriola.

3.     We agreed that both of the above-described motions will be set for oral

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Agreement of Hearing Date
Page 2 of 2 pages

argument on January 30, 2004, at 10:00 a.m. Ms. Anita Arriola called the Deputy Clerk of Court to insure that the Court is available on January 30, 2004, at 10:00 a.m. for the hearing of the above-described Motions.

Dated this 24th day of December, 2003.

          LAW OFFICES OF BRONZE & TANG, P.C.
          Attorneys for Defendant HSBC

By: _____
     JACQUES G. BRONZE

          ARRIOLA COWAN & ARRIOLA
          Attorneys for Plaintiffs

By: _____
     ANITA ARRIOLA