JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>CERTIFICATE OF SERVICE |

I, ANITA P. ARRIOLA, hereby certify that on January 16, 2004, I caused to be served via hand delivery, **Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Hongkong and Shanghai Banking Corporation Ltd.'s Motion to Dismiss; Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion to Strike Jury Trial Demand; Declaration of Alan Sadhwani in Support of Plaintiff's Opposition to Defendant's Motion to Strike Jury Trial Demand; and Declaration of Laju Sadhwani in Support of Plaintiff's Opposition to Defendant's Motion to Strike Jury Trial Demand**, upon:

> Jacques G. Bronze
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 16th day of January, 2004.

*[signature]*
For ANITA P. ARRIOLA