**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671



*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | ) ) ) ) | **CIVIL CASE NO. 03-00036** |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

I, **JACQUES G. BRONZE**, do hereby certify that I have caused a copies of *Defendant*

*Hongkong and Shanghai Banking Corporation, Ltd.'s Reply Memorandum In Support of Motion*

*to Dismiss; Declaration of I.C. Underwood; Declaration of Jacques G. Bronze In Support of*

*Motion To Dismiss; Defendant Hongkong and Shanghai Banking Corporation, Ltd.'s Reply*

*Memorandum In Support of Motion to Strike Jury Trial Demand; Declaration of I.C. Underwood*

*in Support of Motion to Strike Jury Trial Demand; and Declaration of Stephen J. Grantham in*

*Support of Motion to Strike Jury Trial Demand*; to be personally served upon the following:

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

***Attorneys for Plaintiffs***

**EXECUTED** this 22nd day of January 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By:_____
     **JACQUES G. BRONZE**
    *Attorneys for Defendant*
    *Hongkong and Shanghai Banking*
    *Corporation, Ltd.*

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\HSBC-Cert.Svc.doc