DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI *et al.*,

Plaintiffs,

vs.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*,

Defendants.

Civil Case No. 03-00036

ORDER

Due to the scheduling needs of the Court, the hearing on the Motion to Dismiss and the Motion to Strike Jury Trial Demand is hereby moved from January 30, 2004 to Tuesday, February 9, 2004 at 9:30 a.m.

SO ORDERED this 29th day of January, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Designated District Judge