FILED
DISTRICT COURT OF GUAM

FEB - 4 2004

MARY L. M. MORAN
CLERK OF COURT

48

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI *et al.*,

Plaintiffs,

vs.

HONGKONG AND SHANGHAI
BANKING CORPORATION, LTD., *et al.*,

Defendants.

Civil Case No. 03-00036

ORDER

( √ ) SCHEDULING CONFERENCE        ( ) PRELIMINARY PRETRIAL CONFERENCE
(February 3, 2004; 3:15 - 3:38 p.m.)

( ) FINAL PRETRIAL CONFERENCE      ( ) STATUS CONFERENCE

**Note(s)**: Attorney Anita Arriola appeared on behalf of the Plaintiffs. Attorney Jacques Bronze appeared on behalf of defendant Hongkong and Shanghai Banking Corp., Ltd. ("HSBC").

Judge Unpingco advised counsel that the Court will issue a Scheduling Order and Discovery Plan since the parties were unable to agree on its terms. Judge Unpingco gave counsel the relevant dates.

Judge Unpingco informed the parties that if they wished to have a settlement conference, the Honorable Consuelo Marshal, Chief Judge of the U.S. District Court for the Central District of California would be available in March to preside over such a conference.

Judge Unpingco encouraged civility between counsel and the reduction of expenses during the discovery period.

Attorney Arriola presented Judge Unpingco with a stipulated protection order prepared by

1  Attorney Bronze.  Judge Unpingco stated that he would make minor revisions to the document

2  prior to signing it.  He further stated that the document would be signed before the end of the

3  week

4      Dated: February 4, 2004.

5                                        _Judith P. Hattori_

6                                        JUDITH P. HATTORI
                                         **Law Clerk**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    - 2 -