LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*

FILED
DISTRICT COURT OF GUAM
FEB 05 2004
MARY L. M. MORAN
CLERK OF COURT

49

IN THE DISTRICT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE** |

The parties in the above-entitled matter, through their counsel, hereby stipulate to continue the hearing on Defendant Hongkong and Shanghai Banking Corporation, Ltd.'s motion to dismiss and motion to strike jury trial demand currently scheduled for January 30, 2004 at the hour of 10:00 a.m. shall be continued to February 11, 2004 at the hour of 9:30 a.m..

/ / /

/ / /

- 1 -

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Stip.Ord to Cont Hrg.doc

Case 1:03-cv-00036   Document 61   Filed 02/05/2004   Page 1 of 2

ORIGINAL

SO ORDERED.

DATED this 5th day of February, 2004.

_____
HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam


SO STIPULATED AND
AGREED TO BY:

Dated: 1/30/04

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant*
*Hongkong and Shanghai Banking*
*Corporation, Ltd.*


Dated: 1/30/04

ARRIOLA, COWAN & ARRIOLA

By: _____
ANITA A. ARRIOLA
*Attorneys for Plaintiffs*

RECEIVED
FEB - 3 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM