JACQUES A. BRONZE, ESQ.
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

FILED
DISTRICT COURT OF GUAM
FEB 05 2004
MARY L. M. MORAN
CLERK OF COURT

50

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>    Defendants. | CIVIL CASE NO. C03-00036<br><br>~~PROPOSED~~ ORDER DIRECTING WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM<br>(Without Hearing) |

    Upon Motion of The Hongkong and Shanghai Banking Corporation Limited ("HSBC") for an order directing the Clerk of this Court to issue a writ of certiorari to the Superior Court of Guam commanding such Court to certify and transmit to this Court, all records and proceedings in the above-entitled action had and taken in that court, and for good cause shown,

    IT IS HEREBY ORDERED that the Clerk of this Court forthwith issue a writ

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd.
Civil Case No. CV03-_____
Proposed Order Directing Writ of Certiorari to Superior Court of Guam (Without Hearing)
Page 2 of 2 pages

of certiorari to the Superior Court of Guam, commanding such Court to bring to this Court all the records and proceedings taken and had in the above-entitled action in such court within __21__ days.

IT IS FURTHER ORDERED that the writ be served by delivering to the Superior Court of Guam and the Clerk thereof certified copies.

Dated this __5th__ day of ~~November, 2003~~ _February, 2004_.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

RAP/nsh



RECEIVED
NOV 05 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM