JACQUES A. BRONZE, ESQ.
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
FEB 10 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **WRIT OF CERTIORARI TO SUPERIOR COURT OF GUAM** |

**TO THE JUDGES OF THE SUPERIOR COURT OF GUAM, GREETINGS:**

WHEREAS, the above-entitled action was duly removed to this Court by Defendant The Hongkong and Shanghai Banking Corporation Limited on November 5, 2003, and,

WHEREAS, by an Order of this Court duly made in the above-entitled action on February 5, 2004, that a writ of certiorari should issue to you, you are, therefore,

COMMANDED TO BRING to the District Court of Guam true, full, and

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd.
Civil Case No. 03-00036
Writ of Certiorari to Superior Court of Guam
Page 2 of 2 pages

complete copies of the records and proceedings taken and had in the above-entitled action in the Superior Court of Guam, within 21 days following service, together with this writ, so that this Court may proceed further thereon and do what of right ought to be done.

Dated this 10th day of February, 2004.

MARY L. M. MORAN
Clerk, District Court Of Guam

By: Renee M. Martinez
Deputy Clerk

RAP/nsh