FILED
DISTRICT COURT OF GUAM

FEB 10 2004

MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI *et al.*, | |
| Plaintiffs, | Civil Case No. 03-00036 |
| vs. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, | |
| Defendants. | ORDER |

Due to the scheduling needs of the Court, the hearing on the Motion to Dismiss and the Motion to Strike Jury Trial Demand is hereby moved from February 11, 2004 to Friday, February 13, 2004 at 10:00 a.m.

SO ORDERED this 10th day of February, 2004.

JOHN S. UNPINGCO
District Judge