DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI et al.,

    Plaintiffs,

vs.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,

    Defendants.

Civil Case No. 03-00036

ORDER

    The Court hereby directs the Hongkong and Shanghai Banking Corporation, Ltd. to serve forthwith on the Superior Court of Guam and the clerk thereof the Writ of Certiorari to the Superior Court of Guam upon issuance by the Clerk of Court.

    SO ORDERED this 11th day of February, 2004.

JOHN S. UNPINGCO
District Judge

FILED
DISTRICT COURT OF GUAM
FEB 11 2004
MARY L. M. MORAN
CLERK OF COURT