# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
FEB 13 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. 03-00036**     **DATE: 02/13/2004**     **TIME: 10:22 a.m.**

**CAPTION: ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. et al**

***

**HON. JOHN S. UNPINGCO, Chief Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:22:25 - 11:12:35 & 11:34:33 - 12:20:29

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. McDonald & J. Lizama

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
ANITA ARRIOLA & JOAQUIN ARRIOLA

**COUNSEL FOR DEFENDANT(s):**
JACQUES BRONZE

**PROCEEDINGS:**     MOTION TO STRIKE JURY TRIAL DEMAND
                              MOTION TO DISMISS

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( ) MOTION(s) \_\_\_\_Granted \_\_\_\_Denied \_\_\_\_Settled \_\_\_\_Withdrawn \_\_\_\_Under Advisement

( ) ORDER SUBMITTED \_\_\_\_Approved \_\_\_\_Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Parties argued their position regarding the motions.

- Motion to Strike Jury Demand - DENIED. The Court will issue a written order further expanding on its ruling.

- Motion to Dismiss - Under Advisement. The Court will issue a written order.

COURTROOM DEPUTY: 
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00036.wpd

END TIME: 12:20 p.m.