## LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671



*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br>CERTIFICATE OF SERVICE |

**I, JACQUES G. BRONZE,** do hereby certify that I have caused a copy of the following:

*Privilege Log of Documents Withheld by HSBC; First Supplemental Objections and Responses of HSBC to Plaintiffs' First Set of Interrogatories; Second Amended Objections and Responses of HSBC to Plaintiffs' Second Set of Requests for Production of Documents; and Supplemental Objections and Responses of Hongkong and Shanghai Banking Corporation, Ltd. to Plaintiffs' First Set of Requests for Production of Documents*; to be personally served upon the following:

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Cert.Svc (Supp.Disc.Priv.Docs).doc     ORIGINAL

Case 1:03-cv-00036     Document 59     Filed 02/23/2004     Page 1 of 2

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*
*Alan Sadhwani, Laju Sadhwani, and K. Sadhwani's Inc.*

**EXECUTED** this 23rd day of February 2004.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant*
*Hongkong and Shanghai Banking*
*Corporation, Ltd.*