IN THE DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam Corporation,<br><br>Plaintiff(s),<br><br>Vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign Corporation, John Doe I through John Doe X,<br><br>Defendant(s). | DISTRICT COURT<br>CASE NO. CV03-00036<br><br>SUPERIOR COURT<br>CASE NO. CV1560-03 |

## AMENDED CLERK'S CERTIFICATE OF TRANSMITTAL

The Clerk of the Superior Court of Guam do hereby transmit to the District Court of Guam;

1. Cash Register Transaction, date: 10/21/03.

2. Civil Docketing Statement filed 10/21/03.

3. Complaint for Damages; Demand for Jury Trial, filed 10/21/03.

4. Summons, filed 10/21/03.

5. Affidavit of Service, filed 10/22/03.

6. Notice, filed 10/28/03.

7. Notice to Adverse Parties of Removal of Action to District Court Pursuant to 28 U.S.C.§§ 1441(b), 1446(d) (Diversity Jurisdiction), filed 11/05/03.

** Docket Sheet.



DISTRICT COURT CASE NO. CVA03-00036
SUPERIOR COURT CASE NO. CV1560-03
**ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam Corporation, Plaintiffs, Vs. HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., JOHN DOE I through JOHN DOE X, Defendants.**
Page 2.

Date: **March 04, 2004**

*/s/ Richard B. Martinez*
RICHARD B. MARTINEZ
CLERK OF COURTS, ACTING
SUPERIOR COURT OF GUAM