JACQUES A. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671



FILED
DISTRICT COURT OF GUAM
MAR 31 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**MOTION TO STAY ALL DEPOSITIONS PENDING DETERMINATION OF HSBC's MOTION TO DISMISS** |

TO: PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

You are hereby advised that as soon as the matter can be heard at the District Court of Guam, 520 W. Soledad Avenue, 4th Floor, Hagåtña, Guam 96910, Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will move the Court for an Order staying all depositions pending determination of HSBC's Motion to Dismiss filed herein and taken under advisement by the Court on February 13, 2004, as more fully explained in the Memorandum of Points and Authorities contemporaneously filed herein.

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Motion to Stay All Depositions Pending Determination of HSBC's Motion to Dismiss
Page 2 of 2 pages

The motion will be based upon this Motion, the Memorandum of Points and Authorities filed herein, the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated this __31st__ day of March, 2004.

          LAW OFFICES OF BRONZE & TANG, P.C.
          Attorneys for Defendant The Hongkong and
          Shanghai Banking Corporation Ltd.

By: _____
     JACQUES G. BRONZE