**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*



DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>DECLARATION OF JACQUES G. BRONZE IN SUPPORT OF MOTION TO STAY ALL DEPOSITIONS PENDING DETERMINATION OF ITS MOTION TO DISMISS |

**I, JACQUES G. BRONZE,** hereby declare and state as follows:

1. All matters herein are based on my own personal knowledge.

2. I am over 18 years of age, and legally competent to testify to the facts below and I do so based upon my own personal knowledge.

3. I am the counsel of record for Hongkong and Shanghai Banking Corporation, Ltd., ("HSBC"), in the above-entitled matter.

4. On or about October 21, 2003, Plaintiffs filed a Complaint asserting various lender liability claims against Hongkong and Shanghai Banking Corporation, Ltd. ("HSBC").

On December 30, 2003, pursuant to FRCP 12(b)(6), HSBC filed its Motion to Dismiss Plaintiffs' entire Complaint.

5. The Court took the matter under advisement, and to date, no decision has been issued. Although both parties have propounded interrogatories and requests to produce on each other, Plaintiffs now seek to depose various witnesses including former HSBC employee Lawrence Zhang, various officers of First Hawaiian Bank, Joseph K. Fang, as well as depositions of officers of HSBC, more specifically, Messrs. Fred Granillo and I.C. Underwood, whose depositions are scheduled for May 3 and May 5, 2004, respectively. In addition, Plaintiffs have just filed an *Ex Parte* Application for Letters of Request to depose two (2) other HSBC's officers in Hongkong. In total, Plaintiffs are intending to depose between five (5) to ten (10) potential witnesses.

6. In a letter dated March 23, 2004, to Plaintiffs' counsel, HSBC advised Plaintiffs that it reserved all its rights to conduct future depositions of the same witnesses should this Court rule in Plaintiffs' favor permitting Plaintiffs to file an Amended Complaint.

7. In response to HSBC's letter of March 23, 2004, Plaintiffs responded on March 26, 2004, by stating "[r]egarding HSBC's reservation of its 'right' to conduct future depositions of the same depositions depending upon the filing of an Amended Complaint, Plaintiffs dispute such a right exists." Attached as Exhibit "1," is a true and correct copy of Plaintiffs' March 26, 2004, letter.

8. A few months delay would not prejudice Plaintiffs since Plaintiffs' obligations under its loan owned by Paradise Marine Corporation is no greater than when HSBC owned the loan.

9. HSBC has in good faith attempted to workout a stipulation in an effort to resolve the dispute without court action, but such effort was unproductive, as is more fully shown by the

attached Exhibits "2" and "3." HSBC has advised Plaintiffs of the substance of the *Ex Parte* Application as more specifically delineated in the attached Exhibit "2."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED** this 31st day of March 2004.

_____
JACQUES G. BRONZE

Law Offices<br>
## Arriola, Cowan & Arriola

Joaquin C. Arriola  
Mark E. Cowan  
Anita P. Arriola  
Joaquin C. Arriola, Jr.  

Jacqueline T. Terlaje

259 Martyr Street, Suite 201  
C & A Building  
Post Office Box X  
Hagåtña, Guam 96910

Telephone:(671) 477-9730/3  
Telecopier: (671) 477-9734  
E-mail: acalaw@netpci.com

March 26, 2004

**VIA FACSIMILE:** (671) 647-7671

Jacques G. Bronze, Esq.  
Bronze & Tang, P.C.  
2nd Floor, BankPacific Building  
825 S. Marine Drive  
Tamuning, Guam 96913

Re: <u>Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et.al,</u>
District Court of Guam, Civil Case No. CV03-00036

Dear Jacques:

This is in response to your letter dated March 23, 2004.

I am available the afternoon of April 1 for Chris Felix's deposition, but I am not available April 2.

Regarding HSBC's reservation of its "right" to conduct future depositions of the same depositions depending upon the filing of an Amended Complaint, plaintiffs dispute that such a right exists.

Very truly yours,

*[signature]*

ANITA P. ARRIOLA

**EXHIBIT** ___/___

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

JACQUES G. BRONZE
JERRY J. TANG

TELEPHONE: (671) 646-2001
TELECOPIER: (671) 647-7671

March 29, 2004

**VIA: FACSIMILE**
(671) 477-9734

CONFIRMED

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

Re: <u>Sadhwani, et al. v. HSBC, et al.</u>; Civil Case No. 03-00036

Dear Anita:

Based on your letter dated March 26, 2004, objecting to HSBC's reservation of its right to conduct future depositions should your clients file an Amended Complaint and the fact that HSBC has filed a Motion to Dismiss your clients' entire Complaint, HSBC is left no choice, but to file an *Ex Parte* Motion to Stay Discovery, which shall be limited to the proposed depositions pursuant to FRCP 26(c). Notwithstanding the prejudice to HSBC based on your noted objection, it is a gross waste of resources to conduct depositions of witnesses which may not be necessary should the Court dismiss even a few counts of your clients' Complaint. It is HSBC's position that the costs and burdens of proceeding with the depositions are not outweighed by a delay of this case.

In order to comply with District Court Local Rule 7.1(j), please advise whether your clients would stipulate to stay of all depositions pending a ruling on HSBC's Motion to Dismiss.

If I fail to hear from you by 5:00 p.m. on Tuesday, March 30, 2004, I will assume that you will not agree to such Stipulation and I will proceed with filing my *Ex Parte* Application for the Court's consideration. Of course, I will provide you notice and copies of my application.

Please feel free to contact me if you have any questions regarding the above matter.

Best regards,

JACQUES G. BRONZE

cc: Mr. Chris Underwood
JGB:tc
D:\CLIENTS FILE\HSBC-Sadhwani\Ltrs\A.Arriola-Ltr.26.doc

EXHIBIT 2

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

TELEPHONE NO.: (671) 646-2001                    FACSIMILE NO.: (671) 647-7671

## ~ ~ FACSIMILE TRANSMITTAL SHEET ~ ~

*Date*:      March 29, 2004

*To*:        Anita P. Arriola, Esq.

*Firm*:      **ARRIOLA, COWAN & ARRIOLA**

*Fax No*:    477-9734

*From*:      Jacques G. Bronze, Esq.

*Subject*:   *Sadhwani, et al. v. HSBC, et al.*; Civil Case No. 03-00036

Sending __2__ page(s) including cover sheet.

[X] **Original will not follow**            [ ] Original will follow by:
                                                 Regular Mail: _____ Other: _____

**MESSAGE:**

**PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:**

Letter of even date.

**Fax Sent By:   Tony Camacho**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

EXHIBIT __2__

# Transmission Report

Date/Time: 3-29-04;12:41PM
Local ID: 671 6477671
Local Name: BRONZE /PIPES LAW
Company Logo: BRONZE/PIPES LAW OFFICES

This document was confirmed.
    (reduced sample and details below)
Document Size  Letter-S

---

LAW OFFICES
**BRONZE & TANG**
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

TELEPHONE No.: (671) 646-2001                FACSIMILE No.: (671) 647-7671

~ ~ **FACSIMILE TRANSMITTAL SHEET** ~ ~

Date:       March 29, 2004

To:         Anita P. Arriola, Esq.

Firm:       ARRIOLA, COWAN & ARRIOLA

Fax No:     477-9734

From:       Jacques G. Bronze, Esq.

Subject:    _Sadhwani, et al. v. HSBC, et al.;_ Civil Case No. 03-00036

            Sending __2__ page(s) including cover sheet.

[X] Original will not follow         [ ] Original will follow by:
                                         Regular Mail: ____ Other: ____

**MESSAGE:**

PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

Fax Sent By:  Tony Camacho

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

---

Total Pages Scanned  :  2'  Total Pages Confirmed :  2'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 519 | 4779734 | 3-29-04;12:39PM | 1'54" | 2/ 2 | EC |  | CP 4800 |

** Notes **
EC: Error Correct       RE: Resend            PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send      MP: Multi-Poll        PG: Polling a Remote      PI: Power Interruption
CP: Completed           RM: Receive to Memory DR: Document Removed      TM: Terminated by user
LS: Local Scan          LP: Local Print       FO: Forced Output         WT: Waiting Transfer

**EXHIBIT** _2_

Law Offices

# Arriola, Cowan & Arriola

Joaquin C. Arriola　　　　　　　259 Martyr Street, Suite 201　　　　　Telephone:(671) 477-9730/3
Mark E. Cowan　　　　　　　　　　C & A Building　　　　　　　　　　Telecopier: (671) 477-9734
Anita P. Arriola　　　　　　　　Post Office Box X　　　　　　　　　E-mail: acalaw@netpci.com
Joaquin C. Arriola, Jr.　　　　　Hagåtña, Guam 96910

Jacqueline T. Terlaje

March 30, 2004

**VIA FACSIMILE:** (671) 647-7671

Jacques G. Bronze, Esq.
Bronze & Tang, P.C.
2nd Floor, BankPacific Building
825 S. Marine Drive
Tamuning, Guam 96913

　　　　Re:　**Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et al.**,
　　　　　　　District Court of Guam, Civil Case No. CV03-00036

Dear Jacques:

　　　　This is in response to your letter of March 29, 2004.

　　　　Your letter is extremely vague and unclear. You state that HSBC has no choice but to file an Ex Parte Motion to Stay Discovery, "which shall be limited to the *proposed* depositions pursuant to FRCP 26(c)." (Emphasis added) Does this mean that any stay of discovery will not apply to depositions not yet proposed by either party? Or does it mean that the stay of discovery will apply only to depositions and not to other forms of discovery?

　　　　Notwithstanding the ambiguity of your proposed motion for stay of discovery, please be informed that my clients will not stipulate to a stay of discovery pending a ruling on HSBC's motion to dismiss. Please provide me with copies of your ex parte application as soon as possible.

　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　*Anita P. Arriola*

　　　　　　　　　　　　　　　　　　　　　　**ANITA P. ARRIOLA**

EXHIBIT 3
Case 1:03-cv-00036　　　Document 68　　　Filed 03/31/2004　　　Page 8 of 8