CV-03-00036
ALAN SADHWANI, et al.,
vs.
HONGKONG AND SHANGHAI BANKING CORP., et al.

DOC#72
SEALED DOCUMENT