ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 8 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI et al.,

Plaintiffs,

vs.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,

Defendants.

Civil Case No. 03-00036

ORDER

The Court hereby amends the title of the pleading which was docketed as document number 63 and filed on March 30, 2004 by striking the word "[PROPOSED]." Accordingly, said document shall be entitled "LETTER OF REQUEST FOR TAKING THE DEPOSITIONS OF MAGNUS MONTAN AND CHRISTOPHER PAGE IN HONG KONG."

SO ORDERED this 7th day of April, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge