LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671



FILED
DISTRICT COURT OF GUAM
APR - 9 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>                      Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br>                      Defendants. | CIVIL CASE NO. 03-00036<br><br>~~PROPOSED~~<br>ORDER STAYING ALL DEPOSITIONS PENDING DETERMINATION OF HSBC's MOTION TO DISMISS |

The Ex Parte Application and Motion of Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") for Order Staying All Depositions Pending Determination of HSBC's Motion to Dismiss ("Motion"), having been presented to this Court and the Court having considered the pleadings filed in relation thereto and the relative positions of the parties in this matter, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

1. The Motion is GRANTED. The taking of any depositions by the parties in this case shall be stayed pending the determination by this Court of

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. CV1560-03
Proposed Order Staying All Depositions Pending Determination of HSBC's Motion to Dismiss
Page 2 of 2 pages

HSBC's Motion to Dismiss. To the extent that the parties need additional time to conduct discovery, the parties may file an amended scheduling order after this Court issues its decision on the Motion to Dismiss.

**SO ORDERED** this _____ day of April, 2004.

*[Stamped: DENIED]*

_____
JUDGE, DISTRICT COURT OF GUAM

Presented By:

LAW OFFICES OF BRONZE & TANG, P.C.
Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

By: _____
JACQUES G. BRONZE

RECEIVED
MAR 31 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM