JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
**Arriola, Cowan & Arriola**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs
   Alan Sadhwani, et al.

FILED
DISTRICT COURT OF GUAM
APR 19 2004
MARY L. M. MORAN
CLERK OF COURT

79A

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>                Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br>                Defendants. | CIVIL CASE NO. 03-00036<br><br>PLAINTIFFS' EX PARTE MOTION TO COMPEL ANSWERS TO THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS (F.R.C.P. 37(a); L.R. 37.1) |

TO: DEFENDANT HONGKONG SHANGHAI BANKING CORPORATION AND ITS COUNSEL OF RECORD BRONZE & TANG:

PLEASE TAKE NOTICE that Plaintiffs Alan Sadhwani, et al. will bring on for hearing their Ex Parte Motion to Compel Answers to Third Set of Requests for Production of Documents and for Sanctions, on April ____, 2004, at _____.m., or as soon as the Court may schedule the matter to be heard, in the U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910.

///

ORIGINAL

This ex parte application is based on Local Rules 7.1(j) and 37.1 of the Local Rules of the U.S. District Court of Guam, Rules 26 and 37 of the Federal Rules of Civil Procedure, and all of the pleadings and files in this matter.

Dated this 19th day of April, 2004.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiffs Alan Sadhwani, et al.

BY: /s/ Anita P. Arriola
ANITA P. ARRIOLA

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on April 19, 2004, I caused to be served via hand delivery, a **PLAINTIFFS' EX PARTE MOTION TO COMPEL ANSWERS TO THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS (F.R.C.P. 37(a); L.R. 37.1)** to:

> Jacques A. Bronze, Esq.
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 19th day of April, 2004.

/s/ Anita P. Arriola
ANITA P. ARRIOLA