**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*



FILED
DISTRICT COURT OF GUAM
APR 29 2004
MARY L. M. MORAN
CLERK OF COURT
87

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | ) ) ) ) | **CIVIL CASE NO. 03-00036** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

     **I, JACQUES G. BRONZE**, do hereby certify that I have caused copies of the *Notice of Ex Parte Application for an Order Certifying the Denial of HSBC's Motion to Strike Jury Demand for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Proceedings Pending Appeal; and Declaration of Jacques G. Bronze in Support of Ex Parte Application on Motion for an Order Certifying the Denial of HSBC's Motion to Strike Jury Demand for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Proceedings Pending Appeal;* to be personally served upon the following:

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*

**EXECUTED** this 29th day of April 2004.

LAW OFFICES OF BRONZE & TANG
**A Professional Corporation**

By:_____
      **JACQUES G. BRONZE**
      *Attorneys for Defendant*
      *Hongkong and Shanghai Banking*
      *Corporation, Ltd.*

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\ExParte-Ord.Certify.Denial(Cert.Svc).doc