**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*



FILED
DISTRICT COURT OF GUAM
APR 30 2004
MARY L. M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | CIVIL CASE NO. 03-00036 |
| Plaintiffs, | NOTICE OF MOTION TO STRIKE THE FIRST AMENDED COMPLAINT IN WHOLE OR IN PART, OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION AND SANCTIONS |
| v. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | |
| Defendants. | |

**TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, ARRIOLA, COWAN AND ARRIOLA**

**NOTICE IS HEREBY GIVEN** that on the 28th day of May, 2004, at the hour of 3:00 p.m. or as soon thereafter as the matter can be heard at the District Court of Guam, Defendant Hongkong Shanghai Banking Corporation, Ltd. will move this Court for an Order to Strike Plaintiffs' First Amended Complaint or, in the alternative, Dismiss the Third and Sixth Causes of Action and Sanctions in this matter.

The Motion will be based upon this Notice of Motion and the Memorandum of Points and Authorities concurrently filed herein and the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

EXECUTED on this 30th day of April 2004.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By:_____
JACQUES G. BRONZE
*Attorneys for Defendant Hongkong and*
*Shanghai Banking Corporation, Ltd.*