LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, Suite 201
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.*

FILED
DISTRICT COURT OF GUAM
APR 3 0 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>  Defendants. | CIVIL CASE NO. 03-00036<br><br>**AGREEMENT OF HEARING DATE RE: HSBC's MOTION TO STRIKE THE FIRST AMENDED COMPLAINT IN WHOLE OR IN PART, OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION AND SANCTIONS** |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1. I, Jacques G. Bronze, am the attorney for Defendant Hongkong & Shanghai Banking Corporation Ltd. ("HSBC") in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of HSBC's Motion to Strike the First Amended Complaint in Whole or in Part, or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions.

2. The attorneys for the opposing party are Arriola, Cowan & Arriola.

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Agreement of Hearing Date Re: HSBC's Motion to Strike First Amended Complaint in Whole or in Part, or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions
Page 2

3. On April 29, 2004, my office called the Deputy Clerk of Court to insure that the Court is available on May 28, 2004, at 3:00 p.m. for the hearing of the above-described motion.

4. On April 29, 2004, by letter addressed to Attorney Anita P. Arriola, I informed her that HSBC was intending on filing the above-described motion and whether she was available to attend said hearing on the aforementioned date. She replied that she was available on the aforementioned date *and she would sign the Agreement of Hearing Date so long as the motion was served on her office on April 30, 2004.*

Dated this 30th day of April 2004.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation
*Attorneys for Defendant HSBC*

By: /s/ Jacques G. Bronze
JACQUES G. BRONZE

ARRIOLA, COWAN & ARRIOLA
*Attorneys for Plaintiffs*

By: /s/ Anita P. Arriola
ANITA P. ARRIOLA