**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
MAY 04 2004
MARY L. M. MORAN
CLERK OF COURT

97

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR RECONSIDERATION OF ORDER DENYING STAY OF ALL DEPOSITIONS PENDING DETERMINATION OF HSBC's MOTION TO STRIKE THE FIRST AMENDED COMPLAINT IN WHOLE OR IN PART, OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION AND SANCTIONS** |

**TO:    PLAINTIFFS, and their attorneys, Arriola, Cowan & Arriola**

**NOTICE IS HEREBY GIVEN** that on _____, 2004, at the hour of

_____.m., Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will

bring the following *Ex Parte* Application before the Court.

Concurrently with this *Ex Parte* Application, HSBC has filed an Ex Parte Motion to

Reconsider the Stay of All Order Denying Depositions Pending Determination of HSBC's

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Notice of *Ex Parte* Application and *Ex Parte* Application for Reconsideration of Order Denying Stay of All Depositions
Pending Determination of HSBC's Motion to Strike the First Amended Complaint in Whole or in Part, or, in the
Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions
Page 2 of 3

Motion to Strike the First Amended Complaint in Whole or in Part, or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions ("Motion"). It is important and urgent that the Motion be heard as soon as possible because HSBC's Motion to Strike the First Amended Complaint in Whole or in Part or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions has been filed contemporaneously with this motion and will be heard on May 28, 2004. As more fully described in the Motion, Plaintiffs have noticed three (3) depositions, currently scheduled for May 5th, 7th and the 10th, 2004.

Plaintiffs are also seeking to conduct two depositions in Hong Kong, at great expense to the parties. In the event that this Court grants HSBC's Motion to Strike, the First Amended Complaint in its entirety will be dismissed and none of the depositions will be necessary. On the other hand, the Court may grant the Motion to Strike in part and/or Dismiss in whole or part causes of action three and six of the First Amended Complaint. Under either circumstance, the scope and nature of Plaintiffs' claim will be altered which may affect the scope of discovery permissible in this case. In addition, Plaintiffs have filed their First Amended Complaint without leave of Court which is deemed to have no legal effect.

HSBC has requested that counsel for Plaintiffs stipulate to the entry of an Order staying all depositions pending a decision on the Motion to Strike, but Plaintiffs have refused. The first scheduled depositions are set to commence in Guam on May 5, 2004. Further, this Court has issued letters of request for depositions to be conducted in Hongkong on dates presently

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Notice of *Ex Parte* Application and *Ex Parte* Application for Reconsideration of Order Denying Stay of All Depositions
Pending Determination of HSBC's Motion to Strike the First Amended Complaint in Whole or in Part, or, in the
Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions
Page 3 of 3

unknown. Accordingly, HSBC has no other alternative than to apply to this Court for *ex parte* relief.

This *Ex Parte* Application is supported by the pleadings previously filed in this case and by the record before this Court. Further grounds are also set forth in the Motion filed concurrently herewith, the Memorandum of Points and Authorities in Support of said Motion, and the documents on file herein all being incorporated herein by this reference. This *Ex Parte* Application is further supported by the Declaration of Jacques G. Bronze concurrently filed herewith.

**DATED** this 4th day of May, 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By:_____
    JACQUES G. BRONZE
    *Attorneys for Defendant The Hongkong and*
    *Shanghai Banking Corporation, Ltd.*