ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 0 4 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

ALAN SADHWANI *et al.*,

    Plaintiffs,

vs.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*,

    Defendants.

Civil Case No. 03-00036

ORDER

On April 20, 2004, the Plaintiffs filed an *Ex Parte* Motion to Compel Answers to Third Set of Requests for Production of documents and for Sanctions (the "Motion"). The defendant Hongkong and Shanghai Banking Corp., Ltd. shall file a response to the Motion no later than Tuesday, May 11, 2004. The Plaintiffs may file a reply brief by Friday, May 14, 2004. The Court will hear oral argument from counsel on Tuesday, May 18, 2004 at 10:30 a.m.

SO ORDERED this 3rd day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge