FILED
DISTRICT COURT OF GUAM
MAY 0 6 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*,<br><br>Defendants. | Civil Case No. 03-00036<br><br><br><br>ORDER |

On May 4, 2004, the defendant Hongkong and Shanghai Banking Corp., Ltd. ("HSBC") filed (1) a Motion to Reconsider Order Denying HSBC's Motion for an Order Certifying the Denial of HSBC's Motion to Strike Jury Demand for Immediate Appeal Pursuant to 28 U.S.C. §1292(b) and to Stay Proceedings Pending Appeal ("Motion to Reconsider Denial of Interlocutory Appeal"), and (2) an *Ex Parte* Motion to Reconsider Order Denying Motion to Stay All Depositions Pending Determination of its Motion to Strike First Amended Complaint in whole or in Part or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and for Sanctions ("Motion to Reconsider Denial of Motion to Stay Depositions"). The Court believes that further briefing and oral argument will aid the Court in resolving the motions. Accordingly, the Plaintiffs shall file a response to the motions by May 13, 2004. HSBC may file a reply brief no later than May 20, 2004. The Court shall hear oral argument on the motions on Thursday, May 27, 2004 at 2:30 p.m.

SO ORDERED this 5th day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge