JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
MAY 07 2004
MARY L. M. MORAN
CLERK OF COURT

109

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

ALAN SADHWANI, LAJU ) CIVIL CASE NO. 03-00036
SADHWANI, and K. SADHWANI'S )
INC., a Guam corporation, )
 )
            Plaintiffs, ) **MOTION TO VACATE**
 ) **SCHEDULING ORDER AND**
        v. ) **CONTINUE DISCOVERY**
 ) **AND TRIAL DATES**
HONGKONG AND SHANGHAI )
BANKING CORPORATION, LTD., )
et al., )
            Defendants. )
_____)

TO: PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

You are hereby advised that as soon as the matter can be heard at the District Court of Guam, 520 W. Soledad Avenue, 4th Floor, Hagåtña, Guam 96910, Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will move the Court for an Order vacating the Scheduling Order and Discovery Plan filed herein on February 3, 2004, and to continue the discovery and trial dates contained therein, as more fully explained in the Memorandum of Points and Authorities contemporaneously filed herein in support of this Motion.

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Motion to Vacate Scheduling Order and Continue Discovery and Trial Dates
Page 2 of 2 pages

The motion will be based upon this Motion, the Memorandum of Points and Authorities filed herein, the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated this 7th day of May, 2004.

LAW OFFICES OF BRONZE & TANG, P.C.
Attorneys for Defendant The Hongkong and
Shanghai Banking Corporation Ltd.

By: _____
JACQUES G. BRONZE