FILED
DISTRICT COURT OF GUAM
MAY 12 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br><br><br> ORDER |

On May 7, 2004, the defendant Hongkong and Shanghai Banking Corp., Ltd. ("HSBC") filed a Notice of *Ex Parte* Application on Motion to Vacate Scheduling Order and Continue Discovery and Trial Dates (the "*Ex Parte* Application"), and a Motion to Vacate Scheduling Order and Continue Discovery and Trial Dates (the "Motion to Vacate"). The *Ex Parte* Application requested that the Motion to Vacate be heard as soon as possible because of impending discovery deadlines and motion cut-off dates. For good cause shown, the Court hereby GRANTS the *Ex Parte* Application in so much as it seeks to shorten the normal procedures for motion practice before the Court.

On May 4, 2004, HSBC filed a Motion to Reconsider Denial of Motion to Stay Depositions ("Motion for Reconsideration"), which is presently scheduled for oral argument on May 27, 2004 at 2:30 p.m. Because the issues raised in the Motion to Vacate are similar to those raised in the Motion for Reconsideration, the Court will hear oral argument on the Motion to Vacate on May 27, 2004 at 2:30 p.m. as well. The Plaintiffs shall file a response to the

///

Alan Sadhwani, *et al.* V. HSBC, *et al.*, Civil Case No. 03-00036
Order Setting Briefing Schedule for Motion to Vacate Scheduling Order and Continue Discovery and Trial Dates

Motion to Vacate by May 19, 2004. HSBC may file a reply brief by May 21, 2004.

SO ORDERED this 11th day of May, 2004.

/s/ Joaquin V. E. Manibusan, Jr.
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge