DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 12 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| ALAN SADHWANI, *et al.*, | Civil Case No. 03-00036 |
| Plaintiffs, | |
| vs. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, | ORDER |
| Defendants. | |

On May 6, 2004, the Court scheduled the Motion to Reconsider Denial of Interlocutory Appeal and the Motion to Reconsider Denial of Motion to Stay Depositions for oral argument on May 27, 2004 at 2:30 p.m. The Court hereby informs the parties that the Honorable Dean D. Pregerson shall hear oral argument on the Motion to Reconsider Denial of Interlocutory Appeal on May 27, 2004 at 9:30 a.m. The undersigned Magistrate Judge shall hear oral argument on the Motion to Reconsider Denial of Motion to Stay Depositions as scheduled on May 27, 2004 at 2:30 p.m.

SO ORDERED this 11th day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge