# DOC#121

## CV-03-00036
## ALAN SADWHANI, et al.
### vs.
## HONGKONG AND SHANGHAI BANKING CORP., LTD.

## DOCUMENT SEALED
## REFER TO DOC#55 - STIPULATED PROTECTIVE ORDER