Joaquin C. Arriola
Anita P. Arriola
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734



FILED
DISTRICT COURT OF GUAM
MAY 1 7 2004
MARY L. M. MORAN
CLERK OF COURT

123

Counsel for Plaintiffs Alan Sadhwani, *et al.*

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL CASE NO. 03-00036

**PLAINTIFFS' EX PARTE MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (F.R.C.P. 37(d); L.R. 37.1)**

**TO:    DEFENDANT HONGKONG SHANGHAI BANKING CORPORATION AND ITS COUNSEL OF RECORD BRONZE & TANG:**

PLEASE TAKE NOTICE that Plaintiffs Alan Sadhwani, *et al.*, will bring on for hearing their *Ex Parte* Motion to Compel Discovery and for Sanctions, on _____, the _____ day of May, 2004, at _____ .m., or as soon as the Court may schedule the matter to be heard, in the U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910.

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

ORIGINAL

This *ex parte* application is based on Local Rules 7.1(j) and 37.1 of the Local Rules of the U.S. District Court of Guam, Rules 26 and 37 of the Federal Rules of Civil Procedure, and all of the pleadings and files in this matter.

This *ex parte* application is made because the discovery cut-off date set by the Scheduling Order of this Court is June 8, 2004, and the discovery and dispositive motion cut-off date is June 30, 2004, and thus it is urgent that this Motion be heard as soon as possible because of such discovery deadlines.

Dated this _____ day of May, 2004.

> ARRIOLA, COWAN & ARRIOLA
> Attorneys for Plaintiffs Alan Sadhwani, *et al.*
>
> BY: _____
> Joaquin C. Arriola

## CERTIFICATE OF SERVICE

I, JOAQUIN C. ARRIOLA, hereby certify that on May _____, 2004, I caused to be served, via hand delivery, a **PLAINTIFFS' EX PARTE MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS (F.R.C.P. 37(d); L.R. 37.1)** to:

> Jacques A. Bronze, Esq.
> BRONZE & TANG, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this _____ day of May, 2004.

_____
Joaquin C. Arriola

(G:\PLEADING\ExParte-CompelDiscvry)

2