DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAY 18 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. 03-00036     DATE: 05/18/2004     TIME: 10:30 a.m.

126

CAPTION: ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. et al

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles                                 Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:30:35 - 11:33:26                 CSO: D. Quinata

**APPEARANCES**

COUNSEL FOR PLAINTIFF(s):            COUNSEL FOR DEFENDANT(s):

ANITA ARRIOLA & JOAQUIN ARRIOLA      JACQUES BRONZE

***

PROCEEDINGS: **MOTION TO COMPEL ANSWERS TO THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  _X_ Under Advisement

( ) ORDER SUBMITTED  ___Approved  ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

**The parties argued their respective positions.**

COURTROOM DEPUTY: [signature]                        END TIME: 11:33 p.m.