# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br><br><br> ORDER |

On May 17, 2004, the Plaintiffs filed an *Ex Parte* Motion to Compel Discovery and for Sanctions (the "*Ex Parte* Motion"). Since the issues raised in the *Ex Parte* Motion are similar to those raised in motions which are scheduled to come before the Court for oral argument on May 27, 2004, the Court will set the *Ex Parte* Motion for hearing on May 27, 2004 at 2:30 p.m. as well. The defendant HSBC shall file a response to the *Ex Parte* Motion by 12 noon on May 20, 2004. The Plaintiffs may file a reply brief by May 21, 2004.

SO ORDERED this 18th day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge