**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*



## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>DECLARATION OF OF JACQUES G. BRONZE IN SUPPORT OF OPPOSITION TO EX PARTE MOTION TO COMPEL DISCOVERY AND SANCTIONS |

**I, JACQUES G. BRONZE,** hereby declare and state as follows:

1. All matters herein are based on my own personal knowledge.

2. I am over 18 years of age, and legally competent to testify to the facts below and I do so based upon my own personal knowledge.

3. I am the counsel of record for Hongkong and Shanghai Banking Corporation, Ltd., ("HSBC"), in the above-entitled matter.

4. Attached as Exhibit "1" is a true and correct copy of HSBC'S April 30, 2004, letter to Plaintiffs.

5.  Attached as Exhibit "2" is a true and correct copy of Plaintiffs' letter dated April 30, 2004, faxed to HSBC.

6.  Attached as Exhibit "3" is a true and correct copy of Plaintiffs' fax dated May 3, 2004, faxed to HSBC's counsel at or about 2.26 p.m..

7.  Attached as Exhibit "4" is a true and correct copy of HSBC'S May 4, 2004, letter to Plaintiffs advising them that Mr. Underwood will not be appearing on the May 5, 2004, deposition.

8.  Prior to Plaintiffs' filing of their Ex Parte Motion, HSBC was never contacted, either orally or by written correspondence regarding the proposed filing of their ex parte motion.

9.  HSBC has no problem making Messrs. Underwood and Granillo available for their depositions once HSBC files its Answer to Plaintiffs' Amended Complaint or if ordered by the Court.

10. Since no deposition of Mr. Underwood was held on May5, 2004, the undersigned was under the impression that the meeting was cancelled and nor did Plaintiff contact the undersigned to attend the meeting. In reference to the meeting proposed by Plaintiffs' after the deposition of Mr. Fang, which lasted over six hours, Plaintiffs' counsel failed to mention about the meeting after the deposition was concluded and the undersigned had forgotten about Plaintiffs' request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF JACQUES G. BRONZE IN SUPPORT OF OPPOSITION TO EX PARTE MOTION
TO COMPEL DISCOVERY AND SANCTIONS
Page - 3 -
==============================================================================

EXECUTED this __19__ day of May 2004.

_____
JACQUES G. BRONZE

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

JACQUES G. BRONZE
JERRY J. TANG

TELEPHONE: (671) 646-2001
TELECOPIER: (671) 647-7671

April 30, 2004

**VIA: FACSIMILE**
(671) 477-9734

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

Re: *Proposed Depositions of May 3 and May 5, 2004*

Dear Anita:

We are in receipt of your First Amended Complaint. As we expected from you, you have taken the liberty to amend the entire Complaint in direct contravention from Judge Unpingco's Order of April 9, 2004. Nor did you bother to comply with FRCP 15(a) which leads me to conclude that you were attempting to sneak the amendments in the First Amended Complaint with the hope that it would not be discovered.

As you well know, HSBC will be filing its Motion to Strike the First Amended Complaint in Whole or in Part, or, in the alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions tomorrow. In addition, HSBC will be filing an *Ex Parte* Application to Stay all Depositions Pending its hearing on the Motion to Strike, its *Ex Parte* Motion for Interlocutory Order Appealing HSBC's Motion to Strike the Jury Trial Demand as well as a resolution on the guidelines necessary for a videotape deposition. HSBC hopes that the Court would make a ruling on it *Ex Parte* Application for the Motion to Stay as soon as possible. Thus, please be advised that since HSBC is seeking a protective order to stay your proposed depositions, this letter serves to constitute notice that the deponents will not be attending the depositions on May 3 and May 5, 2004.

**EXHIBIT 1**

This letter serves to give you sufficient advance notice to notify the court reporters of the cancellation of the depositions. HSBC finds it unfortunate that your client will not stipulate to the staying of these depositions which serves both parties best interest and, thus, it is left with no choice but to seek the Court's remedy.

Best regards,

JACQUES G. BRONZE

cc: Mr. C. Underwood

JGB:tc

D:\CLIENTS FILE\HSBC-Sadhwani\Ltrs\A Arriola-Ltr.31.doc

# Transmission Report

Date/Time: 4-30-04; 9:36AM
Local ID: 671 6477671
Local Name: BRONZE /PIPES LAW
Company Logo: BRONZE/PIPES LAW OFFICES

This document was confirmed.
(reduced sample and details below)
Document Size Letter-S

---

## LAW OFFICES
## BRONZE & TANG
A PROFESSIONAL CORPORATION
SANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

Telephone No.: (671) 646-2001          Facsimile No.: (671) 647-7671

### ~ ~ FACSIMILE TRANSMITTAL SHEET ~ ~

Date: April 30, 2004

To: Anita P. Arriola, Esq.

Firm: ARRIOLA, COWAN & ARRIOLA

Fax No: 477-9734

From: Jacques G. Bronze, Esq.

Subject: *Proposed Depositions of May 3 and May 5, 2004*

Sending __3__ page(s) including cover sheet.

[X] Original will not follow      [ ] Original will follow by:
                                      Regular Mail: ___ Other: ___

**MESSAGE:**

PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

**Fax Sent By: Tony Camacho**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

---

Total Pages Scanned : 3'  Total Pages Confirmed : 3'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 082 | 4779734 | 4-30-04; 9:34AM | 2'10" | 3/ 3 | EC | | CP 4800 |

** Notes **
EC: Error Correct        RE: Resend           PD: Polled by Remote     MB: Receive to Mailbox
BC: Broadcast Send       MP: Multi-Poll       PG: Polling a Remote     PI: Power Interruption
CP: Completed            RM: Receive to Memory DR: Document Removed    TM: Terminated by user
LS: Local Scan           LP: Local Print      FO: Forced Output        WT: Waiting Transfer

Law Offices

# Arriola, Cowan & Arriola

Joaquin C. Arriola
Mark E. Cowan
Anita P. Arriola
Joaquin C. Arriola, Jr.

Jacqueline T. Terlaje

259 Martyr Street, Suite 201
C & A Building
Post Office Box X
Hagåtña, Guam 96910

Telephone:(671) 477-9730/3
Telecopier: (671) 477-9734
E-mail: acalaw@netpci.com

April 30, 2004

**VIA FACSIMILE:** (671) 647-7671

Jacques G. Bronze, Esq.
Bronze & Tang, P.C.
2nd Floor, BankPacific Building
825 S. Marine Drive
Tamuning, Guam 96913

Re: **Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et.al,**
District Court of Guam, Civil Case No. CV03-00036

Dear Jacques:

This is in response to your letter of today.

We deny that plaintiffs' First Amended Complaint is "in direct contravention from [sic] Judge Unpingco's Order of April 9, 2004," nor is it an attempt to "sneak" amendments "with the hope that it would not be discovered." To the contrary, the amendments to the First Amended Complaint are well within the terms of the Order, if only you would read it.

Your clients must have something to hide. The Ex Parte Application to Stay all Depositions constitutes your third attempt to stay depositions in this case and, like the other motions, is a blatant effort to obstruct and delay discovery and the inevitable trial of this case. Further, the motion is facially and substantively defective.

Your last-minute motion to stay the depositions does not automatically operate to stay the depositions, since, under the Rules, only a court order may relieve your clients of their duty to appear. The only existing Order in this case is the Court's Order of April 9, 2004, denying your motion to stay all depositions. Therefore, your clients are clearly required to appear at their depositions next week.

If you and your clients fail to appear at the depositions, you do so at your peril, as we will seek all available sanctions against both you personally and your client.

Nothing contained herein shall be deemed a waiver of any other right or remedy my clients may have, all of which are hereby expressly reserved.

Very truly yours,

*[signature]*

ANITA P. ARRIOLA

EXHIBIT 2

Law Offices
# Arriola, Cowan & Arriola

| | | |
|---|---|---|
| Joaquin C. Arriola<br>Mark E. Cowan<br>Anita P. Arriola<br>Joaquin C. Arriola, Jr.<br><br>Jacqueline T. Terlaje | 259 Martyr Street, Suite 201<br>C & A Building<br>Post Office Box X<br>Hagåtña, Guam 96910 | Telephone:(671) 477-9730/3<br>Telecopier: (671) 477-9734<br>E-mail: acalaw@netpci.com |

## TELECOPIER COVERSHEET

DATE: May 3, 2004

TO: Jacques G. Bronze, Esq.          FACSIMILE NO.: (671) 647-7671
    Bronze & Tang, P.C.

FROM: Anita P. Arriola, Esq.

RE: <u>Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et.al</u>,
    District Court of Guam, Civil Case No. CV03-00036

TOTAL PAGES TRANSMITTING (INCLUDING COVER SHEET): 3

**CONFIDENTIALITY NOTICE.** The information in this facsimile is intended for the use of the addressee only. It may contain information that is privileged, confidential, and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that a dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error or if there is a transmission error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

---

**MESSAGE:**

Jacques: This is in response to your letter of today. Please see enclosed Order from the District Court.

APA/ctt

---

If there is a problem with transmittal, please call Cynthia at (671) 477-9730/33.

Originals forwarded via:

_____ Hand Delivery   _____ U.S. Mail   _____ Express Mail   __X__ Not Forwarded

EXHIBIT 3

```
                    Law Offices
                ARRIOLA, COWAN, ARRIOL/

                    MAY 0 3 2004
                       RECEIVED
                 BY:          TIME: 2:00p
```

```
            FILED
      DISTRICT COURT OF GUAM
          APR 3 0 2004
         MARY L. M. MORAN
         CLERK OF COURT
```

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI et al.,

Plaintiffs,

vs.

HONGKONG AND SHANGHAI
BANKING CORPORATION, LTD., et al.,

Defendants.

Civil Case No. 03-00036

ORDER

The Court has pending before it two *ex parte* applications filed by defendant Hongkong and Shanghai Banking Corp., Ltd. ("HSBC"). On April 29, 2004, HSBC filed an *Ex Parte* Application for an Order Certifying the Denial of HSBC's Motion to Strike Jury Demand for Immediate Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Proceedings Pending Appeal ("Application for Interlocutory Appeal"). Additionally, on April 30, 2004, HSBC filed an *Ex Parte* Application for Order Staying All Depositions Pending Determination of HSBC's Motion to Strike the First Amended Complaint in Whole or in Part, or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and Sanctions ("Application to Stay Depositions").

As for the Application for Interlocutory Appeal, the Court DENIES said application. The Court is not of the opinion that its Order which denied HSBC's Motion to Strike Jury Demand" "involves a controlling question of law as to which there is substantial ground for difference of opinion." 28 U.S.C. § 1292(b). Nor does the Court believe that "an immediate appeal from the [O]rder [will] materially advance the ultimate termination of the litigation." Id.

MAY-03-2004 14:25 FROM:ARRIOLACOWAN&ARRIOLA 6714779734 TO:671 6477671 P.3/3

Alan Sadhwani, et al. v. Hongkong and Shanghai Banking Corp., Ltd., et al., Civil Case No. 03-00036
Order Denying HSBC's Application for Interlocutory Appeal and Application to Stay Depositions

As to HSBC's Application to Stay Depositions, HSBC seeks to preclude further depositions until the Court rules on HSBC's Motion to Strike. HSBC argues that its motion has the potential of altering the scope and nature of the Plaintiffs' claims, which in turn would affect the scope of permissible discovery. Thus, HSBC urges the Court to preclude further depositions which it contends would be a "gross waste of time and monies."

The Court disagrees with HSBC's assertion as it is too speculative. Instead, the Court views the Application to Stay Depositions as a delay tactic. The Court has already denied HSBC's first Motion to Dismiss the Complaint and its previous Motion to Stay. The Court determined that the Plaintiffs have presented valid causes of action which should proceed to trial. Further delay in the discovery process is just a waste of time and would needlessly postpone the trial. Accordingly, the Court DENIES the Application to Stay Depositions.

SO ORDERED this 30th day of April, 2004.

JOHN S. UNPINGCO
District Judge

Notice is hereby given that this document was entered on the docket on MAY 0 3 2004. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ MAY 0 3 2004
Deputy Clerk    Date

LAW OFFICES
## BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

JACQUES G. BRONZE
JERRY J. TANG

TELEPHONE: (671) 646-2001
TELECOPIER: (671) 647-7671

May 4, 2004

**VIA: FACSIMILE**
(671) 477-9734

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

Re:  *Sadhwani, et al. v. HSBC, et al.*; Civil Case No. 03-00036

Dear Anita:

Your office has been served with HSBC's Ex Parte Motion for Reconsideration of the Court's Order Denying HSBC's Motion to Strike Jury Demand for Immediate Appeal ("Motion") pursuant to 28 U.S.C. § 1292(b). In addition, HSBC has also filed an Ex Parte Motion for Reconsideration of the Court's Order Denying HSBC's Motion to Stay All Depositions Pending its Motion to Strike. As a result, please be advised that pursuant to FRCP 37(d), Mr. Underwood is under no obligation to appear at the deposition set for May 5, 2004. Thus, you are advised to cancel the depositions until Court resolves this matter.

In regards to your threat of sanctions, please be advised that I am not losing sleep over it. HSBC's motions are warranted and they are supported by the facts and the law. You should also note that cross-motion for sanctions would also be served for filing frivolous sanction motions.

Please feel free to contact me if you have any questions regarding the above matter.

Best regards,

JACQUES G. BRONZE

JGB:cgb
D:\CLIENTS FILE\HSBC-Sadhwani\Ltrs\A.Arriola-Ltr.33.doc

EXHIBIT 4

# Transmission Report

| | |
|---|---|
| Date/Time | 5- 4-04; 4:04PM |
| Local ID | 671 6477671 |
| Local Name | BRONZE /PIPES LAW |
| Company Logo | BRONZE/PIPES LAW OFFICES |

This document was confirmed.
(reduced sample and details below)
Document Size Letter-S

---

LAW OFFICES
**BRONZE & TANG**
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

TELEPHONE NO.: (671) 646-2001                FACSIMILE NO.: (671) 647-7671

~ ~ **FACSIMILE TRANSMITTAL SHEET** ~ ~

Date: May 4, 2004
To: Anita P. Arriola, Esq.
Firm: ARRIOLA, COWAN & ARRIOLA
Fax No: 477-9734
From: Jacques G. Bronze, Esq.
Subject: _Sadhwani, et al. v. HSBC, et al.__; Civil Case No. 03-00036

Sending __2__ page(s) including cover sheet.

[X] Original will not follow        [ ] Original will follow by:
                                          Regular Mail: ___  Other: ___

**MESSAGE:**
PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

Fax Sent By: Cil Blas

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

---

Total Pages Scanned : 2'  Total Pages Confirmed : 2'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 263 | 4779734 | 5- 4-04; 4:02PM | 1'44" | 2/ 2 | EC | | CP 4800 |

** Notes **
EC: Error Correct            RE: Resend              PD: Polled by Remote       MB: Receive to Mailbox
BC: Broadcast Send           MP: Multi-Poll          PG: Polling a Remote       PI: Power Interruption
CP: Completed                RM: Receive to Memory   DR: Document Removed       TM: Terminated by user
LS: Local Scan               LP: Local Print         FO: Forced Output          WT: Waiting Transfer