JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel:  (671) 477-9730
Fax:  (671) 477-9734
Email: acalaw@netpci.com



Attorneys for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES DISTRICT
## COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X, <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br><br><br> ERRATUM |

The citation of the Guidry case, in the Plaintiffs' Memorandum of Points and Authorities should read: 640 F. 2d, instead of 650 F. 2d.

Dated this 21st day of May, 2004.

                                                     **ARRIOLA, COWAN & ARRIOLA**
                                                     Attorneys for Plaintiffs Alan Sadhwani, et al.

                                                     By: _____
                                                           JOAQUIN C. ARRIOLA

## CERTIFICATE OF SERVICE

I, JOAQUIN C. ARRIOLA, hereby certify that on May 21, 2004, I caused to be served via hand delivery, an **ERRATUM** to:

> **Jacques A. Bronze, Esq.**
> **Bronze & Tang, P.C.**
> **2nd Floor, BankPacific Building**
> **825 S. Marine Drive**
> **Tamuning, Guam 96913**

Dated this 21st day of May, 2004.

_____
JOAQUIN C. ARRIOLA

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910