FILED
DISTRICT COURT OF GUAM
MAY 25 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br><br> ORDER |

On May 27, 2004 at 2:30 p.m., the Court is scheduled to hear oral argument on three motions: (1) HSBC's *Ex Parte* Motion to Reconsider Order Denying Motion to Stay All Depositions Pending Determination of its Motion to Strike First Amended Complaint in whole or in Part or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and for Sanctions; (2) HSBC's Motion to Vacate Scheduling Order and Continue Discovery and Trial Dates; and (3) Plaintiffs' *Ex Parte* Motion to Compel Discovery and for Sanctions.

The Court is aware that on May 27, 2004 at 10:30 a.m. and on May 28, 2004 at 10:00 a.m. the district judge is scheduled to hear oral argument on two other motions which may affect or moot the issues raised in the above motions. Accordingly, the Court hereby re-schedules the oral argument on the three motions to Thursday, June 3, 2004 at 10:00 a.m.

SO ORDERED this 25th day of May, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge

Case 1:03-cv-00036   Document 149   Filed 05/25/2004   Page 1 of 1