DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI *et al.*,

    Plaintiffs,

vs.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*,

    Defendants.

Civil Case No. 03-00036

ORDER

The Court finds that a hearing on the defendant's Motion to Reconsider the Denial of the Interlocutory Appeal is unnecessary. Accordingly, the hearing scheduled on May 27, 2004 at 9:30 a.m. is hereby vacated.

SO ORDERED this 27th day of May, 2004.

**DEAN D. PREGERSON**
United States District Judge