DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
MAY 28 2004
MARY L. M. MORAN
CLERK OF COURT

CASE NO. 03-00036     DATE: 05/28/2004     TIME: 10:15 a.m.

(143A)

CAPTION: ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD, et al

***

**HON. DEAN D. PREGERSON, Designated Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:15 a.m.

Law Clerk: None Present
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
ANITA ARRIOLA

**COUNSEL FOR DEFENDANT(s):**
JACQUES BRONZE

**PROCEEDINGS: MOTION TO STRIKE THE FIRST AMENDED COMPLAINT IN WHOLE OR IN PART, OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION AND SANCTIONS**

( X ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( X ) DEFENDANT

( ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

**The Court renders it's decision on the following motions:**

▸ **MOTION TO STRIKE THE FIRST AMENDED COMPLAINT IN WHOLE OR IN PART - GRANTED**

▸ **MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION - VACATED AS MOOT**

▸ **MOTION FOR SANCTIONS - DENIED**

**The Court allows plaintiff leave to file a new complaint and an order will be issued memorializing the decision.**

COURTROOM DEPUTY: _____                END TIME: 10:25 a.m.