JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel:   (671) 477-9730
Fax:   (671) 477-9734

Attorneys for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X, <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br><br> **ERRATUM** |

The civil case number in the Second Amended Complaint for Damages; Demand for Jury Trial should read: CIVIL CASE NO. 03-00036 instead of CIVIL CASE NO. CV1560-03.

Dated this 3rd day of June, 2004.

                                      ARRIOLA, COWAN & ARRIOLA
                                      Attorneys for Plaintiffs Alan Sadhwani, et al.

                                By: _/s/ Anita P. Arriola_
                                      **ANITA P. ARRIOLA**

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on June 3, 2004, I caused to be served via hand delivery, an **ERRATUM** to:

> Jacques A. Bronze, Esq.
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 3rd day of June, 2004.

_____
**ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910