# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

DISTRICT COURT OF GUAM
**JUN - 3 2004**
MARY L. M. MORAN
CLERK OF COURT

(147)

**CASE NO. 03-00036**  **DATE: 06/03/2004**  **TIME: 10:06 a.m.**

**CAPTION: ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD, et al**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:06:25 - 11:29:37

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
ANITA ARRIOLA

**COUNSEL FOR DEFENDANT(s):**
JACQUES BRONZE

**PROCEEDINGS:**

- HSBC'S EX PARTE MOTION TO STRIKE THE FIRST AMENDED COMPLAINT IN WHOLE OR IN PART OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION AND SANCTIONS
- HSBC'S MOTION TO VACATE SCHEDULING ORDER AND CONTINUE DISCOVERY AND TRIAL DATES
- PLAINTIFF'S EX PARTE MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

( X ) MOTION (S) ARGUED BY     ( X ) PLAINTIFF     ( X ) DEFENDANT

( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ___ Approved ___ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court and parties agreed that HSBC's Motion to Strike the First Amended Complaint, etc. is Moot based on Judge Pregerson's previous ruling filed on May 28, 2004.

HSBC's Motion to Vacate Scheduling Order - Under Advisement.

Plaintiff's Motion to Compel Discovery - Granted. Depositions shall be scheduled on or before 10 days from today for the first deponent and 12 days from today for the second deponent. Parties instructed that depositions will only be rescheduled if there is a scheduling conflict or a planned off-island trip.

Motion for Sanctions - Under Advisement.

COURTROOM DEPUTY: _____

END TIME: 11:29 A.M.