JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671



FILED
DISTRICT COURT OF GUAM

JUN - 3 2004

MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **MOTION TO STAY ORDER GRANTING, IN PART, MOTION TO COMPEL PENDING RULING BY DISTRICT JUDGE ON HSBC'S OBJECTIONS; REQUEST FOR ORAL ARGUMENT** |

TO:   PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

You are hereby advised that as soon as the matter can be heard at the District

Court of Guam, 520 W. Soledad Avenue, 4th Floor, Hagåtña, Guam 96910, Defendant

The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will move the

Court to stay the Order filed herein on May 27, 2004, ("Order") granting, in part,

Plaintiffs' motion to compel pending ruling by the District Judge on the Objections filed,

or to be filed, by HSBC to the Order, pursuant to Rule 72(a) of the Federal Rules of

Civil Procedure and 28 U.S.C. § 636(b)(1)(A). Additionally, HSBC requests that this

# ORIGINAL

**Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.**
**Civil Case No. 03-00036**
**Motion to Stay Order Granting, In Part, Motion to Compel Pending Review By District Judge of HSBC's**
**Objections; Request for Oral Argument**
**Page 2 of 2 pages**

Motion be scheduled for oral argument, pursuant to L.R. 7.1.

The motion will be based upon this Motion, the Memorandum of Points and

Authorities filed herein, the papers, records, and files in this action, and upon such oral

and documentary evidence as may be presented at the hearing of the Motion.

Dated this $\underline{3}^{rd}$ day of June, 2004.

> LAW OFFICES OF BRONZE & TANG, P.C.
> Attorneys for Defendant The Hongkong and
> Shanghai Banking Corporation Ltd.
>
> By: _____
> JACQUES G. BRONZE