**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671



*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>    Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JACQUES G. BRONZE**, do hereby certify that on June 4, 2004, I have caused copies of *HSBC's Objections to Magistrate Judge Order Compelling Production; Request for Oral Argument; Declaration of I.C. Underwood in Support of Objections to Order Compelling Production and Declaration of Jacques G. Bronze In Support of HSBC's Objections to Magistrate's Order*; to be personally served upon the following:

/ / /

/ / /

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\HSBC-Cert.Svc.4.doc

**ORIGINAL**

Case 1:03-cv-00036   Document 165   Filed 06/07/2004   Page 1 of 2

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*

**EXECUTED** this 7th day of June 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant*
*Hongkong and Shanghai Banking*
*Corporation, Ltd.*

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\HSBC-Cert.Svc.4.doc