| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

## TRANSCRIPT ORDER

*Read Instructions on Back.*

| 1. NAME JACQUES G. BRONZE | 2. PHONE NUMBER 646-2001 | 3. DATE 6/10/04 |
|---|---|---|
| 4. MAILING ADDRESS C/O Bronze & Tang P.C.; Tamuning GU | 5. CITY Agana | 6. STATE GU | 7. ZIP CODE 96913 |
| 8. CASE NUMBER 03-00036 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS |
| | | 10. FROM June 3, 2004 | 11. TO N/A |
| 12. CASE NAME Alan Sadhwani v. HSBC et al. | LOCATION OF PROCEEDINGS |
| | 13. CITY Hagatña | 14. STATE GU |

15. ORDER FOR
- [x] APPEAL (Magistrates)
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [x] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Spcy) Motion to Stay; Motion to Vacate; Motion to Compel | June 3, 2004; 10:00am |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☐ OTHER (Specify) | |
| ☐ JURY INSTRUCTIONS | | | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES 2 | | FILED DISTRICT COURT OF GUAM JUN 10 2004 MARY L. M. MORAN CLERK OF COURT 158 |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *JBronze*

19. DATE 6/10/04

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE 6/10/04 | BY Wm |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous editions of this form may be used) ORIGINAL - COURT COPY YELLOW - TRANSCRIPTION COPY GREEN - ORDER RECEIPT PINK - ORDER COPY
☆ U.S. GPO: 1994–560-605

Case 1:03-cv-00036 Document 168 Filed 06/10/2004 Page 1 of 1