# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br><br> ORDER |

On June 4, 2004, the Defendant, Hongkong and Shanghai Banking Corporation, Ltd. filed Objections to Magistrate Judge Order Compelling Production; Request for Oral Argument. The plaintiff shall file a response to the Motion no later than Monday, May 11, 2004. The Court will hear oral argument from counsel on Wednesday, June 29, 2004 at 11:00 a.m.

SO ORDERED this 14th day of June, 2004.

FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge