FILED
DISTRICT COURT OF GUAM
JUN 15 2004
MARY L. M. MORAN
CLERK OF COURT
160

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br> ERRATA |

The Court hereby corrects its order of June 14, 2004 to permit the plaintiffs to file a response by June 21, 2004.

SO ORDERED this 15th day of June, 2004.

FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge