**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, Suite 201
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
JUN 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | ) ) ) ) | CIVIL CASE NO. 03-00036 |
| Plaintiffs, | ) ) | **AGREEMENT OF HEARING DATE RE: HSBC's MOTION TO STRIKE COUNT SIX OF THE SECOND AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, MOTION TO DISMISS THE THIRD AND SIXTH CAUSES OF ACTION AND FOR SANCTIONS** |
| v. | ) ) ) | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1. I, Jacques G. Bronze, am the attorney for Defendant Hongkong & Shanghai Banking Corporation Ltd. ("HSBC") in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of HSBC's Motion to Strike Count Six of the Second Amended Complaint, or, in the Alternative, Motion to Dismiss the Third and Sixth Causes of Action and for Sanctions.

2. The attorneys for the opposing party are Arriola, Cowan & Arriola.

3. On June 14, 2004, my office called the Deputy Clerk of Court to insure that the Court is available on July 27, 2004, at 10:00 a.m. for the hearing of the above-described motion.

4. On June 14, 2004, by letter addressed to Attorney Anita P. Arriola, I informed her that HSBC was intending on filing the above-described motion and whether she was available to attend said hearing on the aforementioned date.

5. On June 14, 2004, I received a letter from Attorney Anita P. Arriola informing me that she was not available on July 27, 2004 at 10:00 a.m. Attorney Arriola further stated that she had contacted the Clerk of Court who had informed her that the Court is available on July 30, 2004 at 10:00 a.m. for the hearing of said motion. Attorney Arriola informed me that she was available on July 30, 2004 at 10:00 a.m.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**
*Attorneys for Defendant HSBC*

DATED: June 15th, 2004.   By: _____
   JACQUES G. BRONZE

**ARRIOLA, COWAN & ARRIOLA**
*Attorneys for Plaintiffs*

DATED: June 16, 2004.   By: _____
   ANITA P. ARRIOLA