# CV-03-00036
# ALAN SADHWANI, et al.
# vs.
# HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.

# DOC#172
## DOCUMENT SEALED REFER TO STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY FILED FEBRUARY 11, 2004