# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI et al., | Civil Case No. 03-00036 |
| Plaintiffs, | |
| vs. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ORDER |
| Defendants. | |

On June 16, 2004, defendant Hongkong and Shanghai Banking Corp., Ltd. filed a Motion to Strike Count Six of the Second Amended Complaint or, in the Alternative, Motion to Dismiss Third and Sixth Causes of Action [FRCP 12(b)(6), (f)] and for Sanctions [FRCP 11(b)] (the "Motion to Strike Count Six"). The parties agreed to a motion hearing date of July 30, 2004. However, due to the scheduling needs of the Court, the hearing on the Motion to Strike Count Six is hereby moved to Monday, August 23, 2004 at 10:00 a.m. before the Honorable Judge Ronald S.W. Lew.

SO ORDERED this 22nd day of June, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge