**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.*

DISTRICT COURT OF GUAM
FILED
JUN 24 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>HSBC's NOTICE OF *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LETTERS OF REQUEST FOR TAKING THE DEPOSITION AND PRODUCTION OF DOCUMENTS OF VASHI JADWANI IN THE REPUBLIC OF THE PHILIPPINES |

**TO:** Plaintiffs, and their attorneys of record, ARRIOLA, COWAN & ARRIOLA

**NOTICE IS HEREBY GIVEN** that on _____, 2004, at the hour of \_\_\_\_\_.m., Defendant Hongkong and Shanghai Banking Corporation, Limited ("HSBC"), will bring the following *Ex Parte* Application before the Court.

Concurrently with this *Ex Parte* Application, HSBC has filed an *Ex Parte* Motion for Letters of Request for Taking the Deposition and Production of Documents of Vashi Jadwani in the Republic of the Philippines.

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Ntc ExParte App Ltr of Req (P.I. Depo).doc
**ORIGINAL**
Case 1:03-cv-00036    Document 189    Filed 06/24/2004    Page 1 of 2

This *Ex Parte* Application is supported by the pleadings previously filed in this case and by the record before this Court. Further grounds are also set forth in the Motion filed concurrently herewith, the Memorandum of Points and Authorities in Support of said Motion, and the documents on file herein all being incorporated herein by this reference. This *Ex Parte* Application is further supported by the Declaration of Jacques G. Bronze concurrently filed herewith.

DATED this 24th day of June 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation, Ltd.*