**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.*

FILED
DISTRICT COURT OF GUAM
JUN 25 2004
MARY L. M. MORAN
CLERK OF COURT

(181)

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>LETTERS OF REQUEST FOR TAKING THE DEPOSITION AND PRODUCTION OF DOCUMENTS OF VASHI JADWANI IN THE REPUBLIC OF THE PHILIPPINES |

TO: APPROPRIATE JUDICIAL AUTHORITY OF THE REPUBLIC OF THE PHILIPPINES

I, Federal Magistrate Judge of the United States District Court of Guam, respectfully request the assistance of your court with regard to the following matters.

Whereas, a civil proceeding is now pending in the United States District Court of Guam between certain plaintiffs and defendant.

And whereas it has been represented to the said Court that it is necessary for the purposes of justice and for the due determination of the questions in dispute between the parties in the

proceeding that certain persons should be examined as witnesses upon oath. It appears that such witness is a resident within your jurisdiction.

Now I, a federal judge of the United Stated District Court of Guam, hereby issue this Letter of Request for judicial assistance, in accordance with FRCP 28(b), on the taking of depositions in civil matters, as follows:

1. A claim is now pending in the United States District Court of Guam as follows: <u>Alan Sadhwani, Laju Sadhwani, K. Sadhwani's, Inc. v. Hongkong and Shanghai Banking Corporation, Ltd., John Doe I through John Doe X</u>, Civil Case No. 03-00036 (U.S. District Court of Guam).

2. The names of the parties to the proceedings, and their representatives, are as follows:

    A. Plaintiffs Alan Sadhwani, Laju Sadhwani, and K. Sadhwani's, Inc.

        Attorneys: Joaquin C. Arriola
                      Anita P. Arriola
                      **ARRIOLA, COWAN & ARRIOLA**
                      259 Martyr Street, Suite 201
                      Hagåtña, Guam 96910

    B. Defendant Hongkong and Shanghai Banking Corporation, Ltd.

        Attorneys: Jacques G. Bronze
                      **LAW OFFICES OF BRONZE & TANG**
                      BankPacific Building, 2nd Floor
                      825 South Marine Corp Drive
                      Tamuning, Guam 96913

                      Marcial O.T. Balgos
                      **BALGOS & PEREZ**
                      1009 West Tektite Tower
                      Exchange Road, Ortigas Centre
                      Pasig City, Philippines

3. The nature of the proceedings for which the evidence is required and all necessary information in regard to the proceedings are as follows:

Plaintiffs Alan Sadhwani, Laju Sadhwani and K. Sadhwani's, Inc. (collectively "Plaintiffs") filed a Second Amended Complaint alleging that HSBC breached its duty of good faith and fair dealing; breached the loan workout agreement; breached the Promissory Note Modification Agreement; committed intentional misrepresentation; breached its fiduciary duty; and breached its duty not to divulge Plaintiffs' confidential banking information. Plaintiffs seek compensatory and punitive damages.

This proceeding is scheduled for trial beginning on October 19, 2004 in the United States District Court of Guam. The discovery deadline (the date for completion of all discovery, including depositions) in the case has been extended to August 17, 2004, pursuant to an order of Court. The evidence sought herein is essential to the trial in this proceeding, is intended to be given at trial, and will be admissible at trial.

4. It is necessary for the purposes of justice and for the due determination of the matters in dispute between the parties that you cause the following witness, who is a resident within your jurisdiction, to be examined and documents be produced. The name and address of the witness is as follows:

    A.    Mr. Vashi Jadwani
            Jadwani International Inc.
            #4 Ind'l Avenue
            Severin Industrial Estate
            KM. 16 South Super Highway
            1700 Paranaque, Metro Manila
            Philippines

5. The documents which the witness should produce at the deposition is as shown on Exhibit "1" attached and incorporated by reference herein. The subject matter about which the witness is to be examined is as follows:

A. Mr. Vashi Jadwani ~ Mr. Jadwani is the owner of Jadwani International Inc.. He has been identified by Plaintiffs as a witness in their Responses and Objections to Defendant's First Set of Interrogatories. Mr. Jadwani is known or believed to have substantial relevant discoverable information. He will be examined on, and amongst other matters, his or his company(s) involvement and knowledge of any negotiations and/or agreements relating to any purported financing of Plaintiffs relating to their loan with HSBC.

Now I, a Magistrate Judge of the United States District Court of Guam hereby request that for the reasons aforesaid and for the assistance of the said Court you will be pleased to summon the said Mr. Vashi Jadwani to produce the list of documents attached as Exhibit "1" and attend at such time and place as you appoint before you, or such other person as according to your procedure is competent to take the examination of witnesses, and that you will cause such witness to be examined orally and by tape recording or video recording, in the presence of the agents of the Plaintiffs and Defendant or such of them as attend the examination on due notice given.

And I further request that you will permit the agents of both Plaintiffs and Defendant or such of them as are present to examine orally upon the subject matter thereof arising out of the answers thereto, said witness as is, after due notice in writing, produced on their behalf, and the other party to cross-examine the said witness orally and the party producing the witness for examination to re-examine him orally.

- 4 -

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Ltr of Req-V.Jadwani Depo (P.I.).doc

Case 1:03-cv-00036  Document 193  Filed 06/25/2004  Page 4 of 11

And I further request that you will be pleased to cause the evidence of said witness Mr. Vashi Jadwani to be reduced into writing, and all books, documents and things produced on such examination to be duly marked for identification, and that you will be further pleased to authenticate such examination by the seal of your Court in such other way as is in accordance with your procedure and to return it together with a note of the charges and expenses payable in respect of the execution of this request through the Defendant from whom the same was received for transmission to the United States District Court of Guam and to return the written evidence and documents produced to me addressed as follows:

> United States District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagåtña, Guam 96910

And I further request that you will cause the agents of the parties at the addresses stated above, or in default will cause me, to be informed of the date and place where the examination is to take place.[1]

DATED: June 25, 2004

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
District Court

Presented By:

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant HSBC*

RECEIVED
JUN 24 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

---

[1] The Proposed Notice of Taking Deposition and Production of Documents of Vashi Jadwani is attached as Exhibit "2."

## CERTIFICATE OF SERVICE

I, **JACQUES G. BRONZE,** hereby certify that on June 24, 2004, I caused to be served via hand delivery, copy of the **LETTERS OF REQUEST FOR TAKING THE DEPOSITION AND PRODUCTION OF DOCUMENTS OF VASHI JADWANI IN THE REPUBLIC OF THE PHILIPPINES** to:

> Joaquin C. Arriola
> Anita P. Arriola
> **ARRIOLA, COWAN & ARRIOLA**
> 259 Martyr Street, Suite 201
> Hagåtña, Guam 96910
>
> *Attorneys for Plaintiffs*

**DATED:** June 24, 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant HSBC*

**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>EXHIBIT "1" TO LETTERS OF REQUEST FOR THE DEPOSITION AND PRODUCTION OF DOCUMENTS OF VASHI JADWANI |

## DEFINITIONS

1. "Documents" means the original and any non-identical copy of all "writings," "recordings," and "photographs" including, but not limited to, letters, telegraphs, cablegrams, telexes, memoranda, notes, records, reports, studies, calendars, diaries, agenda, minutes, books, pamphlets, periodicals, newspaper clippings, graphs, indexes, charts, tabulations, statistical accumulations, ledgers, financial statements, accounting entries, press releases, contracts, affidavits, transcripts, legal documents, records of meetings and conferences, records of conversations, and telephone calls, still photographs, video tapes, motion pictures, tape

1

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Prod. Docs.V. Jadwani.Ltrs.Req.(Exh. 1).doc

Case 1:03-cv-00036   Document 193   Filed 06/25/2004   Page 7 of 11

recordings, microfilms, punch cards, programs, printouts, lie detector examination records, recordings made through data processing techniques, and the written information necessary to understand and use such films and records.

2. A document "relating to" or that "relates to" any given subject means any document that in whole or in any part constitutes, contains, embodies, reflects, identifies, states, refers to, deals with, or is in any way pertinent to that subject, including without limitation, a document concerning the preparation of other documents.

3. The words "you," or "your," and "yours" refers to Vashi Jadwani and/or Jadwani International Inc. and their predecessors, successors, assigns, agents, attorneys, directors, officers, employees, representatives, and any subsidiary or affiliated entities, and each of them.

## DOCUMENTS REQUESTED

1. All documents, records, or papers in your possession, custody, or control pertaining or relating to your attempts to provide a loan or financing to K. Sadhwani's Inc..

2. All documents, records, or papers in your possession, custody, or control pertaining to your attempt to provide a loan or financing to Alan and Laju Sadhwani.

3. All documents, records, or papers in your possession, custody, or control pertaining or relating to K. Sadhwani's Inc..

4. All documents, records, or papers in your possession, custody, or control pertaining to Alan and Laju Sadhwani.

5. All documents, records, or papers in your possession, custody, or control pertaining or relating to any communication with Don Hemlani relating to you providing a loan or financing to K. Sadhwani's Inc..

2

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Prod. Docs.V. Jadwani.Ltrs.Req.(Exh. 1).doc

Case 1:03-cv-00036    Document 193    Filed 06/25/2004    Page 8 of 11

6. All documents, records, or papers in your possession, custody, or control pertaining or relating to any communication with Don Hemlani relating to you providing a loan or financing to Alan and Laju Sadhwani.

7. All documents, records, or papers in your possession, custody, or control pertaining or relating to your attempts to make loans or provide any financing to any persons or entities in Guam.

8. All documents, records, bank statements, or papers in your possession, custody, or control pertaining or relating to your cash balances or credit facilities for year 2003.

**DATED** this 24th day of June, 2004.

                                     **LAW OFFICES OF BRONZE & TANG**
                                     **A Professional Corporation**

By: _____
           **JACQUES G. BRONZE**
          *Attorneys for Defendant HSBC*

3

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Prod. Docs.V. Jadwani.Ltrs.Req.(Exh. 1).doc

Case 1:03-cv-00036    Document 193    Filed 06/25/2004    Page 9 of 11

**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, Suite 201
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

*Attorneys for Defendant and Cross-Complainant*
  *Hongkong and Shanghai Banking Corporation Ltd.*

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | ) ) ) ) | CIVIL CASE NO. 03-00036 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **NOTICE OF TAKING DEPOSITION AND PRODUCTION OF DOCUMENTS OF VASHI JADWANI** |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**TO:   THE PLAINTIFFS, ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., AND THEIR ATTORNEYS OF RECORD AND RELEVANT PERSONS:**

**PLEASE TAKE NOTICE THAT** pursuant to Letters of Request, issued by the District Court of Guam for the Territory of Guam, a copy of which is attached hereto, Defendant Hongkong and Shanghai Banking Corporation, Ltd. will take the deposition of **VASHI**

**JADWANI** on _____, 2004[1], beginning at _____ A.M., at the Law Firm of Balgos & Perez, 1009 West Tektite Tower, Exchange Road, Ortigas Center, Pasig City, Philippines. The deposition will continue from day to day, excluding Saturdays and Sundays, until completed. The deposition will be before a Philippine Notary Public and will be recorded by stenographic means. The Letters of Request further request that Mr. Vashi Jadwani be required to bring certain documents as described in the Letters of Request attached hereto.

**DATED** this 24th day of June 2004.

          **LAW OFFICES OF BRONZE & TANG**
          **A Professional Corporation**

          By: _____
              **JACQUES G. BRONZE**
              *Attorneys for Defendant and Cross-Complainant*
              *Hongkong and Shanghai Banking Corporation, Ltd.*

---

[1] The time for the deposition shall be set by the Philippine Court after it has an opportunity to review the Letters of Request.

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Ntc of Depo.-V. Jadwani.doc