# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

**CASE NO. 03-00036**  **DATE: 06/29/2004**  **TIME: 11:03 a.m.**

**CAPTION:** ALAN SADHWANI, et al. -vs- HONGKONG AND SHANGHAI BANKING CORPORATION LTD, et al

* * *

**HON. FRANCES M. TYDINGCO-GATEWOOD, Designated Judge, Presiding**  **Law Clerk:** Judith Hattori
Official Court Reporter: Wanda Miles   Courtroom Deputy: Leilani Toves Hernandez & Jamie Phillips
Hearing Electronically Recorded: 11:03:52 - 11:59:13   CSO: B. Pereda

* * * APPEARANCES * * *

**COUNSEL FOR PLAINTIFF(s):**     **COUNSEL FOR DEFENDANT(s):**

ANITA ARRIOLA                JACQUES BRONZE

* * *

**PROCEEDINGS:**
   **OBJECTIONS TO MAGISTRATE JUDGE'S ORDER COMPELLING PRODUCTION**

( ) MOTION(S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn ___ Under Advisement

( ) ORDER SUBMITTED ___ Approved ___ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Mr. Bronze argued his objections to the order issued by the Magistrate Judge. Rebuttal argument by Ms. Arriola.

The Court took the matter under advisement and will issue it's order shortly.

COURTROOM DEPUTY: _____     END TIME: 11:59 A.M.