**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>NOTICE TO TAKE DEPOSITION OF CHRISTOPHER FELIX |

TO: PLAINTIFFS, BY AND THROUGH THEIR ATTORNEYS OF RECORD, ARRIOLA, COWAN AND ARRIOLA

**PLEASE TAKE NOTICE** that on July 8, 2004, at the hour of 9:00 a.m., at the Law Offices of Bronze & Tang, P.C., BankPacific Building, 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913, the undersigned will take the deposition of **CHRISTOPHER FELIX**, whose address is known to you, upon oral examination pursuant to the Federal Rules of Civil Procedure 30(b).

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED this 1st day of July 2004.

LAW OFFICES OF BRONZE & TANG

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Ntc.Depo (C. Felix).doc

ORIGINAL

Case 1:03-cv-00036  Document 200  Filed 07/01/2004  Page 1 of 1