Dubai World Trade Centre
29th Floor
P.O. Box : 9275
Dubai,
United Arab Emirates

Tel: (9714) 3317090
Fax: (9714) 3313177

بسم الله الرحمن الرحيم

**AL TAMIMI
& COMPANY**

التـمـيـمـي
و مشــاركــوه

*Advocates & Legal Consultants*

للمحاماة والاستشارات القانونية

مركز دبي التجاري العالمي
الطابق التاسع والعشرون
ص.ب : 9275
دبي
الامارات العربية المتحدة

هاتف : 3317090 (9714)
فاكس : 3313177 (9714)

LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant
Hongkong and Shanghai Banking Corporation, Ltd.*

FILED
DISTRICT COURT OF GUAM
JUL 06 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>DECLARATION OF ABDUL WAHID ALULAMA IN SUPPORT OF APPEAL OF MAGISTRATES ORDER |

**I, ABDUL WAHID ALULAMA,** do hereby declare and state as follows:

1. All matters herein are based on my own personal knowledge.

2. I am a litigation counsel with the firm of Al Tamimi & Company located in Dubai, in the United Arab Emirates ("UAE") and have been licensed by the UAE Ministry of Justice as a practicing advocate since the year 2000.

*Please visit our website on the internet at www.tamimi.com*

Abu Dhabi

Arab Tower, 5th Floor,
Suite 504, Hamdan Street
P.O. Box : 44046, Abu Dhabi, U.A.E.
Tel: (02) 6744535
Fax: (02) 6768762

Dubai Internet City

Al Tamimi & Company FZ - LLC
Building No. 5, G - 08
P.O. Box 500188, Dubai - U.A.E.
Tel. : (9714) 391 2444
Fax: (9714) 391

Sharjah

Al Reem Plaza
3rd Floor, Suite No. 306
Khalid Lagoon (Corniche)
P.O. Box : 5099, Sharjah, U.A.E.
Tel: (06) 5727255, Fax: (06) 5727258

ORIGINAL

Case 1:03-cv-00036    Document 203    Filed 07/06/2004    Page 1 of 2



*Alan Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation, Ltd., et al.*
*Civil Case No. CV03-00036*

3. I am over 18 years of age, and legally competent to testify to the facts below and I do so based upon my own personal knowledge.

4. I have been retained by HSBC in reference to the above matter about three weeks ago.

5. The UAE has not ratified the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters.

6. Testimony of an unwilling witness and other evidence may be served in the UAE pursuant to a letter rogatory which is transmitted through the diplomatic channel. Consequently such requests should be sent to the U.S. Department of State for forwarding to the UAE Embassy in the USA. The Embassy will transmit the request to the UAE Ministry of Foreign Affairs which will then be transmitted to the appropriate ministry for enforcement of the service by a UAE court.

7. Based on my experience dealing with these type of issues, it can take nine to twelve months or more to process such a request through the above method, which is the exclusive method.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 22 day of June 2004.

ABDUL WAHID ALULAMA