# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORP., LTD., *et al.*, <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br> ORDER |

On June 29, 2004, this Court heard oral argument from counsel regarding Defendant's Hongkong and Shanghai Banking Corp., Ltd. ("HSBC") Objections to the Magistrate Judge's Order Compelling Production. HSBC contended that the Magistrate erred in his ruling. Plaintiffs Alan Sadhwani, Laju Sadhwani and K. Sadhwani's, Inc. (collectively "Plaintiffs") opposed the objections. At the conclusion of the hearing, the Court took the motion under advisement. The Court now orders the parties to submit additional briefing concerning the issue of whether this Court has jurisdiction over HSBC USA Ltd. such that it can compel it to produce documents in the "control" of branches other than the Guam branch's control. The parties are to file their respective briefs no later than close of business July 16, 2004.

SO ORDERED this 7th day of July, 2004.

FRANCES M. TYDINGCO-GATEWOOD
Designated District Judge