# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF ___GUAM___

ALAN SADHWANI, et al.,

**V.**

HONGKONG AND SHANGHAI BANKING
COPRORATION, LTD., et al.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: [1] 03-00036

(193)

FILED
DISTRICT COURT OF GUAM

JUL 09 2004

MARY L. M. MORAN
CLERK OF COURT

TO: MR. JOHN LEE
First Hawaiian Bank, Main Branch
Maite, Guam 96910

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See, Attachment A, which is incorporated by reference. Arrangements should be made with the undersigned counsel in advance of production date, to discuss inspection and copying.

| PLACE LAW OFFICES OF BRONZE & TANG, BankPacific Bldg., 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913 | DATE AND TIME July 19, 2004 2:00 p.m. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) JACQUES G. BRONZE, Attorney for HSBC | DATE 7/8/04 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER LAW OFFICES OF BRONZE & TANG, BankPacific Bldg., 2nd Fl., 825 S. Marine Corp Dr., Tamuning, Guam 96913; 646-2001

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

# ATTACHMENT "A" TO SUBPOENA DUCES TECUM

A.     The words "document" and "documents" shall have the meaning set forth in Rule 34 of the Federal Rules of Civil Procedure which shall include the original (or if the original is not available, then a copy) and each copy a draft of all written, printed, typed, reported or recorded materials, however produced, reproduced, now or formerly with in your actual or constructive possession, custody or control of which you have knowledge. Without limitation of the term "control," a document is deemed to be in your control if you have the right to secure the document or copy therefrom from another person.

B.     The terms "you" or "your" refers to First Hawaiian Bank.

C.     The time period encompassed by this Subpoena Duces Tecum and the following document(s) request is January 1, 2003 to date.

## DOCUMENT REQUEST

1.     All documents in your possession, custody or control relating or referring in any way relating to the employment of Patrick B. Oliva by you, including without limitation copies of his personnel records.