JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>                      Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>                      Defendants. | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF APPEARANCE BY CO-COUNSEL ON BEHALF OF DEFENDANT HONGKONG AND SHANGHAI BANKING CORPORATION LTD.** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorneys appear as co-counsel on behalf of Defendant The Hongkong and Shanghai Banking Corporation Limited



Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. CV1560-03
Notice of Appearance by Co-Counsel On Behalf of Defendant Hongkong and Shanghai Banking Corporation
Page 2 of 2 pages

("HSBC") in this matter.

Dated this 13th day of July, 2004.

                                        LAW OFFICES OF RICHARD A. PIPES

                By: _____
                                        RICHARD A. PIPES

RAP/nsh