LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

FILED
DISTRICT COURT OF GUAM
JUL 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>AMENDED NOTICE TO TAKE DEPOSITION OF JOHN LEE |

TO: PLAINTIFFS, BY AND THROUGH THEIR ATTORNEYS OF RECORD, ARRIOLA, COWAN AND ARRIOLA

PLEASE TAKE NOTICE that the deposition originally scheduled for **July 16, 2004**, at the hour of **9:00 a.m.**, is hereby rescheduled for **July 19, 2004**, at the hour of **9:00 a.m.** at the Law Offices of Bronze & Tang, P.C., BankPacific Building, 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913, the undersigned will take the deposition of **JOHN LEE**, whose address is known to you, upon oral examination pursuant to the Federal Rules of Civil Procedure 30(b).

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED this 16th day of July 2004.

LAW OFFICES OF BRONZE & TANG

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant HSBC*

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Amended.Ntc.Depo (J. Lee).doc

ORIGINAL