

FILED
DISTRICT COURT OF GUAM
JUL 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI *et al.*,

    Plaintiffs,

vs.

HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*,

    Defendants.

Civil Case No. 03-00036

ORDER

This case is before the Court on the Plaintiffs' *Ex Parte* Motion to Modify Stipulated Protective Order Governing Discovery, filed on July 14, 2004. The Court is also in receipt of the Defendant's Opposition to the motion. The Court believes that oral argument will aid the Court in reaching a decision on this matter. Accordingly, the Court sets this matter for hearing on Friday, July 30, 2004 at 3:00 p.m. The Plaintiffs may file a reply brief by July 22, 2004.

SO ORDERED this 16th day of July, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge