**JOAQUIN C. ARRIOLA**
**ANITA P. ARRIOLA**
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel:    (671) 477-9730
Fax:    (671) 477-9734

Attorneys for Plaintiffs Alan Sadhwani, et al.


FILED
DISTRICT COURT OF GUAM
JUL 2 2 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X, <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **PLAINTIFFS' EX PARTE APPLICATION FOR A PROTECTIVE ORDER RESCHEDULING THE DEPOSITION OF LAJU SADHWANI** |

**TO:  DEFENDANT HONGKONG SHANGHAI BANKING CORPORATION AND ITS COUNSEL OF RECORD BRONZE & TANG:**

PLEASE TAKE NOTICE that Plaintiffs Alan Sadhwani, et al. will bring on for hearing their

Ex Parte Motion for Protective Order Rescheduling the deposition of Laju Sadhwani, on

_____, 2004, at _____.m., or as soon as the Court may schedule the matter to be heard,

in the U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna,

Guam 96910.

/ / /

ORIGINAL

ARRIOLA. COWAN & ARRIOLA, HAGATNA, GUAM 96910

This ex parte application is based on Local Rules 7.1(j), FRCP 26(c), and all of the pleadings and files in this matter.

Dated this 22nd day of July, 2004.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiffs Alan Sadhwani, et al.

By:_____
JOAQUIN C. ARRIOLA