JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.



## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. 03-00036 <br><br><br><br> **DECLARATION OF JOAQUIN C. ARRIOLA IN SUPPORT OF EX PARTE MOTION FOR PROTECTIVE ORDER** <br> **(Deposition of Laju Sadhwani)** |

JOAQUIN C. ARRIOLA, being duly sworn, depose and say:

1. I am one of the attorneys for the plaintiffs Alan Sadhwani, et al. in the above-entitled case. I make this Declaration in support of Plaintiffs' Ex Parte Motion for Protective Order. I have personal knowledge of the facts contained herein.

2. On Friday, July 16, at about 2:50 P.M. our office was served with Notice to Take the Deposition of Laju Sadhwani for 9:00 a.m. July 27, 2004. A true and correct copy of the Notice to Take Deposition received by our office on July 16, 2004 is attached as Exhibit 1.

3. Prior to receiving the Notice to Take Deposition, I received no communication attempting to schedule the time, place and date for the taking of the Deposition of Mrs. Sadhwani, pursuant to Local Rule 30.1(b).

4. On Monday morning, July 19, 2002, during a recess in the taking of the deposition of Mr. John Lee, First Hawaiian Bank, (at the office of Defendant's counsel) I mentioned to Mr. Pipes who was conducting the examination in behalf of the Defendant, that I would be talking to him concerning rescheduling of some depositions.

5. On Tuesday morning, July 20, 2004, before the deposition of Ms. Laura Ducaney (at Mr. Pipes' office), I requested Mr. Pipes to reschedule the deposition of Mrs. Sadhwani for August 2004 instead of July 27, 2004, because Mrs. Sadhwani was off-island in India. Mr. Pipes refused without any further discussion.

6. On July 20, 2004, I wrote a letter to Mr. Pipes advising him that Mrs. Sadhwani would be off-island on July 27, 2004 and confirming that he was refusing to reschedule the deposition. A true and correct copy of the letter dated July 20, 2004 is attached as Exhibit 2.

7. On July 21, 2004, I received a letter from Mr. Pipes refusing to reschedule the deposition of Mrs. Sadhwani. A true and correct copy of the letter dated July 21, 2004 is attached as Exhibit 3.

8. On July 22, 2004, I wrote to Mr. Pipes advising him that we intended to file an Ex Parte Application for Protective Order to reschedule the deposition. A true and correct copy of the letter dated July 22, 2004 is attached as Exhibit 4.

///

I declare under penalty of perjury under the laws of the United States and the laws of Guam that the foregoing is true and correct.

Dated this 22nd day of July, 2004.

_____
JOAQUIN C. ARRIOLA

**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Law Offices*
**ARRIOLA, COWAN, ARRIOLA**
JUL 1 6 2004
RECEIVED
BY: Coo  TIME: 2:50pm

FILED
DISTRICT COURT OF GUAM
JUL 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

***Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.***

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>**NOTICE TO TAKE DEPOSITION OF LAJU SADHWANI** |

TO: PLAINTIFFS, BY AND THROUGH THEIR ATTORNEYS OF RECORD, ARRIOLA, COWAN AND ARRIOLA

**PLEASE TAKE NOTICE** that on July 27, 2004, at the hour of 9:00 a.m., at the Law Offices of Bronze & Tang, P.C., BankPacific Building, 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913, the undersigned will take the deposition of **LAJU SADHWANI**, whose address is known to you, upon oral examination pursuant to the Federal Rules of Civil Procedure 30(b). The deposition will be taken by stenographic and video means.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

**DATED** this 16th day of July 2004.

LAW OFFICES OF BRONZE & TANG

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant HSBC*

**EXHIBIT 1**

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Ntc.Depo (L. Sadhwani).doc

# Law Offices
# Arriola, Cowan & Arriola

Joaquin C. Arriola
Mark E. Cowan
Anita P. Arriola
Joaquin C. Arriola, Jr.
~
Jacqueline T. Terlaje

259 Martyr Street, Suite 201
C & A Building
Post Office Box X
Hagåtña, Guam 96910

Telephone:(671) 477-9730/3
Telecopier: (671) 477-9734
E-mail: acalaw@netpci.com

July 20, 2004

**VIA FACSIMILE: (671) 647-7671**

Richard A. Pipes, Esq.
Attorney At Law
2nd Floor, BankPacific Building
825 S. Marine Drive
Tamuning, Guam 96913

Re: <u>Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et.al,</u>
**District Court of Guam, Civil Case No. CV03-00036**

Mr. Pipes,

Mrs. Sadhwani is off-island (family wedding) and will be off-island on July 27, 2004, the date you scheduled her deposition. This is to confirm that this morning, I requested that she be deposed when she gets back, preferably Thursday August 5. You refused.

*Joaquin C. Arriola*

JCA/cfs

EXHIBIT 2

FAXED 7/20/04

Law Offices Of
Richard A. Pipes
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Phone-(671)646-2001, Fax-(671)647-7671
E-mail: pipeslaw@guam.net

July 21, 2004

**VIA FACSIMILE**
Joaquin C. Arriola, Esq.
Arriola, Cowan & Arriola
259 Martyr Street, Suite 201
Hagatna, Guam 96910

Re: *Sadhwani, et al. v. HSBC*

Dear Mr. Arriola:

I am in receipt of your letter dated July 20, 2004, regarding the noticed deposition for Laju Sadhwani.

When you spoke to me yesterday at Ms. Dacanay's deposition you told me that Mrs. Sadhwani "was going off-island" and would not be on Guam on July 27, it being clear that, at the time you spoke with me, she had not yet left Guam. However, your letter states that Mrs. Sadhwani is presently off-island and will be so on July 27, which contradicts with what you told me at the deposition yesterday.

Because of the time limitations imposed in the scheduling of this case, we cannot accommodate your request to continue Mrs. Sadhwani's deposition so that she may attend a wedding and party. Unless your office advises that Mrs. Sadhwani will refuse to appear for her noticed deposition, we will assume that she will attend and we will prepare accordingly. Should you have any questions, please feel free to contact me.

Sincerely,

Richard A. Pipes

cc: Chris Underwood
RAP/nsh/HSBC/cor

EXHIBIT 3

# Law Offices
# Arriola, Cowan & Arriola

Joaquin C. Arriola  
Mark E. Cowan  
Anita P. Arriola  
Joaquin C. Arriola, Jr.  

Jacqueline T. Terlaje  

259 Martyr Street, Suite 201  
C & A Building  
Post Office Box X  
Hagåtña, Guam 96910  

Telephone:(671) 477-9730/3  
Telecopier: (671) 477-9734  
E-mail: acalaw@netpci.com  

July 22, 2004

**VIA FACSIMILE:** (671) 647-7671

Richard A. Pipes, Esq.  
Attorney At Law  
2nd Floor, BankPacific Building  
825 S. Marine Drive  
Tamuning, Guam 96913  

Re: <u>Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et.al,</u>
District Court of Guam, Civil Case No. CV03-00036

Mr. Pipes,

Since you refused to reschedule the deposition date of Mrs. Sadhwani, this is to inform you that we intend to file an ex parte application to reschedule Mrs. Sadhwani's deposition to a date subsequent to her return to the island, after July 28.

Joaquin C. Arriola

JCA/asm



EXHIBIT 4