JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br>**PLAINTIFFS' REQUEST FOR ACCEPTANCE AND FILING OF FACSIMILE SUPPLEMENTAL DECLARATION OF ANITA P. ARRIOLA PENDING RECEIPT OF ORIGINAL** |

Plaintiffs respectfully requests that the Court accept for filing the facsimile Declaration of Anita P. Arriola in Support of Plaintiff's Ex Parte Motion for Protective Order, attached as Exhibit 1 to the Declaration of Jacqueline T. Terlaje, filed contemporaneously herewith. Petitioner will cause to be filed the original signed declaration of Anita P. Arriola immediately upon receipt thereof.

Dated this 22nd day of July, 2004.

　　　　　　　　　　　　　　　　　**ARRIOLA, COWAN & ARRIOLA**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JACQUELINE T. TERLAJE
　　　　　　　　　　　　　　　　　Attorneys For Plaintiffs

**ORIGINAL**