**JOAQUIN C. ARRIOLA**
**ANITA P. ARRIOLA**
**JACQUELINE T. TERLAJE**
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

FILED
DISTRICT COURT OF GUAM
JUL 22 2004
MARY L. M. MORAN
CLERK OF COURT

222

Counsel for Plaintiffs Alan Sadhwani, et al.

### IN THE UNITED STATES
### DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>　　　　Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br>　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br>**DECLARATION OF<br>JACQUELINE T. TERLAJE** |

JACQUELINE T. TERLAJE, being duly sworn, depose and say:

1. I am one of the attorneys for the plaintiffs Alan Sadhwani, et al. in the above-entitled case. I make this Declaration in support of Plaintiffs' Ex Parte Motion for Protective Order. I have personal knowledge of the facts contained herein.

2. The signature page of the "Declaration of Anita P. Arriola in Support of Ex Parte Motion for Protective Order" is a true and correct copy received by our office via facsimile on July 22, 2004, held as part of our records and attached as Exhibit 1 to this Declaration. Upon receipt of the original signature page, the document will be immediately filed with the Court.

**ORIGINAL**

I declare under penalty of perjury under the laws of the United States and the laws of Guam that the foregoing is true and correct.

Dated this 22nd day of July, 2004.

_____
JACQUELINE T. TERLAJE

I declare under penalty of perjury under the laws of Guam and the United States that the foregoing is true and correct.

Dated this 22rd day of July, 2004.

_____
ANITA P. ARRIOLA