JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734



Counsel for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>　　　　Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, JACQUELINE T. TERLAJE, hereby certify that on July 22, 2004, I caused to be served via hand delivery, the following:

(1) **Declaration of Joaquin C. Arriola in support of Ex Parte Motion for Protective Order (Deposition of Laju Sadhwani);**

(2) **Declaration of Anita P. Arriola in support of Ex Parte Motion for Protective Order (Deposition of Laju Sadhwani);**

(3) **Declaration of Jacqueline T. Terlaje in support of Ex Parte Motion for Protective Order (Deposition of Laju Sadhwani);**

(4) Declaration of Alan Sadhwani in support of Ex Parte Motion for Protective Order (Deposition of Laju Sadhwani); and

(5) Memorandum of Points and Authorities in Support of Motion for Protective Order (Deposition of Laju Sadhwani).

(6) Plaintiffs' Ex Parte Application for a Protective Order Rescheduling the Deposition of Laju Sadhwani

to:

> Jacques G. Bronze, Esq.
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 22nd day of July, 2004.

_____
JACQUELINE T. TERLAJE