**JOAQUIN C. ARRIOLA**
**ANITA P. ARRIOLA**
**JACQUELINE T. TERLAJE**
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>　　　Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, JACQUELINE T. TERLAJE, hereby certify that on July 22, 2004, I caused to be served via hand delivery, the following:

(1) **Plaintiffs' Request for Acceptance and Filing of Facsimile Supplemental Declaration of Anita P. Arriola Pending Receipt of Original;**

(2) **Declaration of Jacqueline T. Terlaje**

(3) **[Proposed] Order Acceptance and Filing of Facsimile Supplemental Declaration of Anita P. Arriola Pending Receipt of Original.**

**ORIGINAL**

to:

Jacques G. Bronze, Esq.
Bronze & Tang, P.C.
2nd Floor, BankPacific Building
825 S. Marine Drive
Tamuning, Guam 96913

Dated this 22nd day of July, 2004.

JACQUELINE T. TERLAJE