**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>        Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>**AMENDED NOTICE TO TAKE DEPOSITION OF LAJU SADHWANI** |

TO: PLAINTIFFS, BY AND THROUGH THEIR ATTORNEYS OF RECORD, ARRIOLA, COWAN AND ARRIOLA

**PLEASE TAKE NOTICE** that the deposition originally scheduled for **July 27, 2004**, at the hour of **9:00 a.m.**, is hereby rescheduled for **August 3, 2004**, at the hour of **9:00 a.m.** at the Law Offices of Bronze & Tang, P.C., BankPacific Building, 2nd Floor, 825 South Marine Corp Drive, Tamuning, Guam 96913, the undersigned will take the deposition of **LAJU SADHWANI**, whose address is known to you, upon oral examination pursuant to the Federal Rules of Civil Procedure 30(b). The deposition will be taken by stenographic and video means.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

DATED this 23rd day of July 2004.

LAW OFFICES OF BRONZE & TANG

By: _____
JACQUES G. BRONZE
Attorneys for Defendant HSBC

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Amend.Ntc.Depo (L. Sadhwani).doc

**ORIGINAL**