**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

*Attorneys for Defendant*
*Hongkong and Shanghai Banking Corporation, Ltd.*



FILED
DISTRICT COURT OF GUAM
JUL 23 2004
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**SUPPLEMENTAL DECLARATION OF JACQUES G. BRONZE TO HSBC'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DATED JUNE 9, 2004** |

**I, JACQUES G. BRONZE,** hereby declare and state as follows:

1. All matters herein are based on my own personal knowledge.

2. I am over 18 years of age, and legally competent to testify to the facts below and I do so based upon my own personal knowledge.

3. I am the counsel of record for Hongkong and Shanghai Banking Corporation, Ltd., ("HSBC"), in the above-entitled matter.

/ / /

/ / /

4. Attached is a true and correct copy of an email received from Wendy M. Johnson-Vincent from the United States State Department on July 16, 2004, indicating the length of time it takes to process Letters of Request regarding the Philippines.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED** this 22nd day of July 2004.

_____
JACQUES G. BRONZE

Yahoo! My Yahoo! Mail

 Welcome, **jagb6** [Sign Out, My Account]  Search — Mail Home - Help

# Free Gameboy Advance® SP
## I want my FREE* Gameboy

*When you sign up for offers

Mail | Addresses | Calendar | Notepad — jagb6@yahoo.com [Sign Out]

Check Mail | Compose | Search Mail — Mail Upgrades - Mail Options

Free Nokia 6800 Web Exclusive!

**Folders** [Add - Edit]
- Inbox (6)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- a

 **Just Curious?** See your Credit.

 Get unlimited calls to U.S./Canada

Less than perfect credit?

Bad Credit? Try A Home Loan

Previous | Next | Back to Messages — Printable View - Full Headers

Delete | Reply | Forward | Spam | Move...

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "Johnson-Vincent, Wendy M" <JohnsonWM@state.gov>  Add to Address Book
**To:** "'Jacques bronze'" <jagb6@yahoo.com>
**Subject:** Letters Rogatory--Philippines
**Date:** Fri, 16 Jul 2004 09:43:15 -0400

Mr. Bronze,

The American Citizen Services (ACS) section at our Embassy in Manila, reports that the turnaround period for Letters Rogatory (LR) varies from about 6 months to more than a year--the turnaround period encompasses the time between ACS Manila's transmittal of the LR to the Philippine Department of Foreign Affairs (DFA) and ACS Manila's receipt of the DFA's transmittal of the executed documents from the Philippine court. ACS Manila has LRs pending from the winter of 2003; the quickest turnaround period was 5 months, which appears to have been a rarity. ACS Manila regularly follows up on LR cases with the DFA. Please note other time factors to be included are the time it takes for the LR to arrive at ACS Manila from my office, the time it takes the executed LR to arrive at my office from ACS Manila and the time it takes the executed LR to arrive at the specified court via certified mail from my office.

Sincerely,

Wendy

Wendy M. Johnson-Vincent
CA/OCS/ACS/EAP
Fax: 202-647-2835
Tel: 1-888-801-7210; then ask for 202-647-2421
Per E.O. 12958, this e-mail is unclassified.

Delete | Reply | Forward | Spam | Move...

EXHIBIT "A"