JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

DISTRICT COURT OF GUAM FILED JUL 28 2004 MARY L. M. MORAN CLERK OF COURT

228

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF EX PARTE APPLICATION ON MOTION FOR ORDER COMPELLING DISCOVERY ON SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

TO: PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

NOTICE IS HEREBY GIVEN that on _____, 2004, at the hour of _____.m., Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will bring the following Ex Parte Application before the Court.

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Notice of Ex Parte Application on Motion for Order Compelling Discovery on Second Request for Production of Documents
Page 2 of 2 pages

Concurrently with this Ex Parte Application, HSBC has filed a Motion for Order Compelling Discovery on Second Request for Production of Documents ("Motion"). It is important and urgent that the Ex Parte Application and Motion be heard as soon as possible because Plaintiffs have failed and refused to produce documents within their possession, custody, and control which are clearly relevant to the allegations in Plaintiffs' Complaint and the discovery deadline in this case is August 17, 2004. By refusing to produce the documents requested, Plaintiffs are intentionally thwarting HSBC's attempts to prepare for depositions, dispositive motions and trial.

This Ex Parte Application is supported by the pleadings previously filed in this case and by the record before this Court. Further grounds are also set forth in the Motion filed concurrently herewith, the Memorandum of Points and Authorities in support of said Motion, and the documents on file herein all being incorporated herein by this reference. This Ex Parte Application is further supported by the Declaration of Richard A. Pipes concurrently filed herewith.

Dated this 26th day of July, 2004.

> LAW OFFICES OF RICHARD A. PIPES
> Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.
>
> By: _____
> RICHARD A. PIPES

RAP/nsh

**RECEIVED JUL 28 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM**