JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**DECLARATION OF RICHARD A. PIPES IN SUPPORT OF EX PARTE APPLICATION ON MOTION FOR ORDER COMPELLING DISCOVERY ON SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

I, RICHARD A. PIPES, do hereby declare as follows:

1. I am over the age of eighteen (18) years and competent to make this Declaration.

I have personal knowledge of the matters stated herein and would be competent to testify

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Declaration of Richard A. Pipes in Support of Ex Parte Application on Motion for Order Compelling Discovery on
Second Request for Production of Documents
Page 2 of 3 pages

thereto at any proceedings.

2.  I am admitted to practice before this Court and am co-counsel responsible for the representation of Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC"). A good faith effort has been made by counsel to advise counsel for Plaintiffs of the substance of HSBC's Ex Parte Application on Motion for Order Compelling Discovery on Second Request for Production of Documents ("Ex Parte Application"). Copies of all pleadings relating to the Ex Parte Application and underlying Motion have been or will be served upon Plaintiffs' counsel on filing with this Court. The date and time the Court will consider the Ex Parte Application is not yet known. However, as soon as such information is made available to my office we will advise Plaintiffs' attorneys.

3.  It is expected that counsel for Plaintiffs will oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court.

4.  It is important and urgent that the Ex Parte Application and underlying Motion be heard as soon as possible because Plaintiffs have failed and refused to produce documents which are clearly relevant to the subject matter of this action and the claims asserted by Plaintiffs. The discovery and motion deadlines, as well as the trial date are fast approaching and HSBC is unable to prepare without the requested documents from Plaintiffs. Further, depositions of the Plaintiffs are scheduled for August 3 and 6, 2004, and HSBC will be unable

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Declaration of Richard A. Pipes in Support of Ex Parte Application on Motion for Order Compelling Discovery on
Second Request for Production of Documents
Page 3 of 3 pages

to adequately interrogate Plaintiffs regarding their claimed damages unless this Court orders the requested documents produced immediately.

5. This Declaration is made in compliance with Local Rule 7.1(j)(1).

I declare under penalty of perjury under the laws of the United States and Guam that the foregoing is true and correct.

Dated this 26th day of July, 2004.

_____
RICHARD A. PIPES