JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



DISTRICT COURT OF GUAM
FILED
JUL 28 2004
MARY L. M. MORAN
CLERK OF COURT

230

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, )<br><br>Plaintiffs, )<br><br>v. )<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., )<br><br>Defendants. ) | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING DISCOVERY ON SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

## TO: PLAINTIFFS, AND THEIR COUNSEL OF RECORD, ARRIOLA COWAN & ARRIOLA

Notice is hereby given that on the _____ day of _____, 2004, at _____

_ a.m. or as soon thereafter as the matter can be heard at the District Court of Guam, 4th Floor,

U. S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam 96910, Defendant Hongkong

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Notice of Motion and Motion for Order Compelling Discovery on Second Request for Production of Documents
Page 2 of 2 pages

and Shanghai Banking Corporation, Ltd. ("HSBC") will move the Court for an Order, pursuant

to Rule 37 of the Federal Rules of Civil Procedure, compelling Plaintiffs to produce documents

requested pursuant to a Second Request for Production of Documents which Plaintiffs have

failed and refused to produce. HSBC will also move the Court for an Order imposing monetary

sanctions in an amount to be later proven for the failure and refusal of Plaintiffs to produce

documents requested, because of Plaintiffs' non-cooperation, and because of the attorneys fees

and expenses incurred by HSBC in filing the motion herein.

The motion will be based upon this Notice of Motion, Ex Parte Application, the

Declaration of Richard A. Pipes, the Memorandum of Points and Authorities concurrently filed

herein and the papers, records, and files in this action, and upon such oral and documentary

evidence as may be presented at the hearing of the motion.

Dated this __26th__ day of July, 2004.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for HSBC

By: _____
Richard A. Pipes

RAP/nsh

RECEIVED

JUL 28 2004

DISTRICT COURT OF GUAM
HAGATNA, GUAM