# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO.** 03-00036     **DATE:** 07/30/2004     **TIME:** 3:05 p.m.

(239)

**CAPTION:** ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD, et al

***

HON. JOAQUIN V. E. MANIBUSAN, Magistrate Judge, Presiding     Law Clerk: Judith Hattori
Official Court Reporter: Wanda Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:05:35 - 3:31:56 & 3:42:59 - 4:03:47     CSO: B. Pereda

**************** APPEARANCES ****************

**COUNSEL FOR PLAINTIFF(s):** ANITA ARRIOLA

**COUNSEL FOR DEFENDANT(s):** RICHARD PIPES

***

## PROCEEDINGS:
### EX PARTE MOTION TO MODIFY STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

( X ) MOTION(s)   X Granted    ___ Denied    ___ Settled    ___ Withdrawn    ___ Under Advisement

( ) ORDER SUBMITTED    ___ Approved    ___ Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court GRANTED the Motion with the understanding that Plaintiff will seek to maintain the confidentiality of the documents at issue by filing a motion for protective order with the Superior Court of Guam as soon as practicable. Ms. Arriola to submit the proposed order.

Mr. Pipes stated for the record the stipulation of parties regarding deadlines and will be submitting a proposed order with said information.

COURTROOM DEPUTY: _____

END TIME: 4:03 P.M.