JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **CERTIFICATE OF SERVICE** |

I, RICHARD A. PIPES, hereby certify that on the 28th day of July, 2004, I caused copies of the following documents to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

1. Notice of Ex Parte Application on Motion for Order Compelling Discovery on

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

Second Request for Production of Documents;

2. Declaration of Richard A. Pipes in Support of Ex Parte Application on Motion for Order Compelling Discovery on Second Request for Production of Documents;

3. Declaration of Richard A. Pipes re Non-Cooperation By Opposing Party on HSBC's Motion for Order Compelling;

4. Notice of Motion and Motion for Order Compelling Discovery on Second Request for Production of Documents;

5. Memorandum of Points and Authorities in Support of Motion for Order Compelling Discovery on Second Request for Production of Documents and Request for Oral Argument;

6. Declaration of Richard A. Pipes in Support of Motion for Order Compelling Discovery on Second Request for Production of Documents; and

7. Proposed Order Granting Motion for Order Compelling Discovery on Second Request for Production of Documents and Imposing Sanctions.

Dated this 5th day of August, 2004.

    LAW OFFICES OF RICHARD A. PIPES
    Attorneys for Defendant The Hongkong and Shanghai
    Banking Corporation Ltd.

By: _____
    RICHARD A. PIPES

RAP/nsh