JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

**FILED**
DISTRICT COURT OF GUAM
AUG - 6 2004
MARY L. M. MORAN
CLERK OF COURT

241

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO MODIFY STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY** |

This matter came on for hearing on Plaintiffs' Ex Parte Motion to Modify the Stipulated Protective Order Governing Discovery on July 30, 2004. Present were Plaintiffs' counsel Anita P. Arriola and Defendant Hongkong and Shanghai Banking Corporation, Ltd.'s counsel, Richard Pipes. After reviewing the Plaintiffs' moving papers, declaration and exhibits attached thereto, as well as Defendant's opposition, and after hearing oral argument on the matter, and for good cause shown, the Court finds that the documents identified as Exhibits 6, 7 and 8 attached to the Declaration of Anita P. Arriola in support of Plaintiffs' Ex Parte Motion to Modify the Stipulated Protective Order Governing Discovery (collectively "Protected Documents"), which were filed under confidential seal with this Court, are sufficiently material and relevant to the issues and subject matter in <u>Sadhwani et al. vs. Paradise Marine Corporation</u>, Civil Case No. CV0739-04, filed in the Superior Court of

**ORIGINAL**

Guam ("the Related Litigation"). The instant action and the Related Litigation both concern facts, events, circumstances and claims stemming from Defendant HSBC's sale of the Plaintiffs' loan to Paradise Marine Corporation. Paradise Marine Corporation is the defendant in the Related Litigation. Based upon the Court's findings,

IT IS HEREBY ORDERED that the Stipulated Protective Order Governing Discovery in this case is hereby modified to allow Plaintiffs to use the Protected Documents in the Related Litigation.

IT IS FURTHER ORDERED that Plaintiffs shall continue to be subject to the terms and conditions of the Stipulated Protective Order Governing Discovery regarding the disclosure and use of the Protected Documents in the Related Litigation, including but not limited to filing such Protected Documents under seal with the Court and with other parties in the Related Litigation; and

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file on or before August 6, 2004, in the Related Litigation a motion for a protective order to ensure (1) that the Protected Documents shall be used only in the Related Litigation; and (2) that the Superior Court and the parties in the Related Litigation shall not disclose the Protected Documents to any persons other than the Superior Court, the parties, and the parties' counsel in the Related Litigation.

IT IS SO ORDERED: _August 5, 2004_.

HONORABLE JOAQUIN V.E. MANIBUSAN
MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

Submitted by:

FOR ANITA P. ARRIOLA

Approved as to Form:

RICHARD A. PIPES

RECEIVED
AUG - 3 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-