JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |

Counsel for Plaintiffs and Defendant Hongkong and Shanghai Banking Corporation. Ltd. ("HSBC") negotiated a stipulation in the best interests of their respective clients and came before the Court on July 30, 2004, and recited the terms of such stipulation on the record and the parties now wish to reduce such stipulation to writing and confirm this Court's approval by

**ORIGINAL**

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Stipulation and Order Modifying Scheduling Order
Page 2 of 3 pages

this pleading, as follows:

1. The discovery cut-off date defined as the last day to file responses to discovery is November 17, 2004;

2. The discovery and dispositive motion cut-off date is December 1, 2004;

3. The preliminary pretrial conference date is January 5, 2005, at 2:30 p.m.;

4. The date for filing the trial brief is December 23, 2004;

5. The date for filing exhibit lists, witness lists, and the joint pretrial order as required by L. R. 16.7 is January 11, 2005;

6. The final pretrial conference date is January 18, 2005, at 2:30 p.m.;

7. The trial date is January 25, 2005, at 9:00 a.m.;

8. The Plaintiffs and HSBC shall be allowed to take up to a total of eighteen (18) depositions, meaning Plaintiffs, as a whole, and HSBC may take up to 18 depositions;

9. Plaintiffs may file and serve a Third Amended Complaint provided that such amended Complaint is filed on or before August 16, 2004;

10. Plaintiffs do not waive any rights to file discovery motions, such as motions to compel, or the like, relating to discovery previously undertaken or to be taken in the future;

11. HSBC does not waive any its rights to pending Objections filed to decisions of the Magistrate Judge regarding scheduling and depositions; and

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Stipulation and Order Modifying Scheduling Order
Page 3 of 3 pages

12. HSBC reserves all its rights to make future requests for extensions based upon depositions that HSBC is attempting to arrange in foreign countries.

SO STIPULATED this 4th day of August, 2004.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for HSBC

By: _____
Richard A. Pipes

ARRIOLA COWAN & ARRIOLA
Attorneys for Plaintiffs

By: _____
Joaquin C. Arriola

SO ORDERED this 18th day of August, 2004.

_____
HON. JOAQUIN V. E. MANIBUSAN, JR.
U. S. MAGISTRATE JUDGE

RAP/nsh

RECEIVED
AUG - 9 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM