DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| ALAN SADHWANI *et al.*, | Civil Case No. 03-00036 |
|---|---|
| Plaintiffs, | |
| vs. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*, | ORDER |
| Defendants. | |

This case is scheduled to come before the Court on August 23, 2004 for hearing on a Motion to Strike Count Six of the Second Amended Complaint or, in the Alternative, Motion to Dismiss Third and Sixth Causes of Action and for Sanctions (the "Motion"), filed by the defendant Hongkong and Shanghai Banking Corporation, Ltd. On August 16, 2004, the Plaintiffs filed a Third Amended Complaint. Accordingly, the Court hereby vacates the August 23, 2004 hearing as the Motion is now moot.

SO ORDERED this 18th day of August, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge