JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.
FILED
DISTRICT COURT OF GUAM
AUG 20 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br>        Defendants. | CIVIL CASE NO. 03-00036<br><br>**AGREEMENT OF HEARING DATE RE HSBC'S MOTION TO BIFURCATE TRIAL** |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1.    I, Jacques G. Bronze, am the attorney for Defendant Hongkong & Shanghai Banking Corporation Ltd.("HSBC") in this matter. I contacted the attorneys for the

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Agreement of Hearing Date
Page 2 of 2 pages

opposing party in this action to agree upon a date for oral argument of HSBC's motion to bifurcate trial.

2. The attorneys for the opposing party are Arriola Cowan & Arriola.

3. I have contacted the Deputy Clerk of Court and have confirmed that September 24, 2004, 9:30 a.m. is a time available for the Court to hear the motion to bifurcate trial. Anita Arriola and I have agreed to such date and time.

Dated this _20_ day of August, 2004.

LAW OFFICES OF BRONZE & TANG, P.C.
*Attorneys for Defendant HSBC*

By:_____
JACQUES G. BRONZE

ARRIOLA COWAN & ARRIOLA
*Attorneys for Plaintiffs*

By:_____
ANITA P. ARRIOLA

RAP/nsh