FILED
DISTRICT COURT OF GUAM
AUG 25 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., *et al.*,<br><br>Defendants. | Civil Case No. 03-00036<br><br><br>ORDER |

On August 20, 2004, the defendant Hongkong and Shanghai Banking Corp., Ltd. ("HSBC") filed a Motion to Bifurcate Trial (the "Motion to Bifurcate"), which is scheduled to be heard by the Court on Friday, September 24, 2004 at 9:30 a.m. The Plaintiffs shall file a response to the Motion to Bifurcate no later than Wednesday, September 8, 2004. HSBC may file a reply brief by Wednesday, September 15, 2004.

Additionally, on July 28, 2004, HSBC filed a Motion for Order Compelling Discovery on Second Request for Production of Documents (the "Motion to Compel"). Presently, the Motion to Compel has not been scheduled for oral argument, though a hearing was requested by HSBC. Accordingly, the Court will hear oral argument on the Motion to Compel on September 24, 2004 at 9:30 a.m. as well. The briefing schedule for the Motion to Compel shall follow the same schedule as that set forth above for the Motion to Bifurcate.

SO ORDERED this 25th day of August, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge

Case 1:03-cv-00036    Document 264    Filed 08/25/2004    Page 1 of 1