## JACQUES G. BRONZE
**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

## RICHARD A. PIPES
**LAW OFFICES OF RICHARD A. PIPES**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

### DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**MOTION TO DISMISS PLAINTIFFS' FIRST, THIRD, FOURTH, SIXTH AND SEVENTH CAUSES OF ACTION** |

Hongkong and Shanghai Banking Corporation, Ltd., ("HSBC") will move this Court to dismiss Plaintiffs' First, Third, Fourth, Sixth and Seventh Causes of Action of the Third Amended Complaint pursuant to FRCP 12(b)(6). The motion is supported by the Memorandum of Points and Authorities concurrently filed herein and the papers, records, and files in this

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Mtn.Dismiss.12(b)(6).doc

ORIGINAL

Case 1:03-cv-00036   Document 265   Filed 08/30/2004   Page 1 of 2

action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

EXECUTED on this 30th day of August 2004.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant HSBC*