**JACQUES G. BRONZE**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, Suite 201
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671



**RICHARD A. PIPES**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001

*Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>　　　　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br>**AGREEMENT OF HEARING DATE RE: HSBC's MOTION TO DISMISS PLAINTIFFS' FIRST, THIRD, FOURTH, SIXTH AND SEVENTH CAUSES OF ACTION** |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1. I, Jacques G. Bronze, am co-counsel for Defendant Hongkong & Shanghai Banking Corporation Ltd. ("HSBC") in this matter. I contacted the attorneys for the opposing party in this action to agree upon a date for oral argument of HSBC's Motion to Dismiss

Plaintiffs' First, Third, Fourth, Sixth and Seventh Causes of Action of the Third Amended Complaint.

2. The attorneys for the opposing party are Arriola, Cowan & Arriola.

3. On August 27, 2004, my office called the Deputy Clerk of Court to insure that the Court is available on October 1, 2004, at 10:00 a.m. for the hearing of the above-described motion.

4. On August 27, 2004, by letter addressed to Attorney Anita P. Arriola, I informed her that HSBC was intending on filing the above-described motion and whether she was available to attend said hearing on the aforementioned date.

5. On August 30, 2004, at approximately 10:39 a.m., my office received a telephone call from Attorney Anita P. Arriola informing my secretary that she was available on October 1, 2004 at 10:00 a.m.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**
*Attorneys for Defendant HSBC*

DATED: August 30th, 2004.     By: _/s/ Jacques G. Bronze_
                                    JACQUES G. BRONZE

**ARRIOLA, COWAN & ARRIOLA**
*Attorneys for Plaintiffs*

DATED: August 30, 2004.       By: _/s/ Anita P. Arriola_
                                    ANITA P. ARRIOLA