# CIVIL CASE 03-00036
# ALAN SADHWANI, et al.,
# Vs
# HONGKONG AND SHANGHAI BANKING CORPORATION, et al.,

# Doc#256
# SEALED