JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel: (671) 477-9730
Fax: (671) 477-9734



FILED
DISTRICT COURT OF GUAM
AUG 31 2004
MARY L. M. MORAN
CLERK OF COURT
251

Attorneys for Plaintiffs Alan Sadhwani, et al.

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation,<br>JOHN DOE I through JOHN DOE X,<br><br>　　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br>AGREEMENT OF HEARING DATE RE PLAINTIFFS' MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS; TO RE-DEPOSE FREDERICK GRANILLO; FOR PRODUCTION OF DOCUMENTS; AND FOR SANCTIONS (L.R. 37.1(b)) |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1. I, Anita P. Arriola, am the attorney for Plaintiffs Alan Sadhwani, et al. I contacted Jacques Bronze, counsel for the opposing party in this action to agree upon a date for oral argument of plaintiffs' Motion to Compel Answers to Deposition Questions to Re-Depose Frederick Granillo; for Production of Documents; and for Sanctions (L.R. 37.1(b)).

2. The attorneys for the opposing party are Jacques Bronze and Richard Pipes.

ORIGINAL

3. I have contacted the Deputy Clerk of Court and have confirmed that September 24, 2004, 9:30 a.m. is a time available for the Court to hearing the plaintiffs' motion. Jacques Bronze and I have agreed to such date and time.

DATED this 31st day of August, 2004.

| ARRIOLA, COWAN & ARRIOLA | BRONZE & TANG, P.C. |
|---|---|
| *[signature]* <br> **ANITA P. ARRIOLA** <br> Counsel for Plaintiffs Alan Sadhwani, et al. | *[signature]* <br> **JACQUES G. BRONZE** <br> Counsel for Defendant HSBC |

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on August 31, 2004, I caused to be served via hand delivery, a **AGREEMENT OF HEARING DATE RE PLAINTIFFS' MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS; TO RE-DEPOSE FREDERICK GRANILLO; FOR PRODUCTION OF DOCUMENTS; AND FOR SANCTIONS (L.R. 37.1(b))** to:

>Jacques G. Bronze, Esq.
>Bronze & Tang, P.C.
>2nd Floor, BankPacific Building
>825 S. Marine Drive
>Tamuning, Guam 96913

Dated this 31st day of August, 2004.

_____
ANITA P. ARRIOLA