DISTRICT COURT OF GUAM

TERRITORY OF GUAM

ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam Corporation,

    Plaintiffs,

vs.

HONG KONG AND SHANGHAI BANKING CORPORATION, LTD. et. al.,

    Defendants.

Civil Case No. 03-00036

ORDER

On June 23, 2004, the Defendant Hongkong and Shanghai Banking Corporation Limited ("HSBC") filed Objections to Magistrate Judge Order Dated June 9, 2004. The Court hereby sets this matter for a hearing on October 6, 2004 at 9:00 a.m. before the Honorable Alex R. Munson.*

SO ORDERED this 9th day of September, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.