CV-03-00036
ALAN SADHWANI, et al.
vs.
HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.

# DOC#269
# SEALED