**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JACQUES G. BRONZE**, do hereby certify that I have caused copies of the following:

*HSBC's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Compel Answers to Deposition Questions; to Re-Depose Frederick Granillo; for Production of Documents; for Sanctions, Declarations of Jacques G. Bronze and Richard A. Pipes in Support of HSBC's Memorandum of Points and Authorities in Opposition to Plaintiffs'*

*Motion to Compel Answers to Deposition Questions; to Re-Depose Frederick Granillo; for Production of Documents; for Sanctions, and Exhibit "2" of the Declaration of Jacques G. Bronze (sealed and marked confidential)* to be personally served upon the following:

> Joaquin C. Arriola, Esq.
> Anita P. Arriola, Esq.
> **ARRIOLA, COWAN & ARRIOLA**
> Suite 201, C&A Professional Bldg.
> 259 Martyr Street
> Hagåtña, Guam 96910
> *Attorneys for Plaintiffs*

**EXECUTED** this 10th day of September 2004.

> **LAW OFFICES OF BRONZE & TANG**
> **A Professional Corporation**
>
> By: _/s/ Jacques G. Bronze_
> **JACQUES G. BRONZE**
> *Attorneys for Defendant HSBC*