JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Tel: (671) 477-9730
Fax: (671) 477-9734

Attorneys for Plaintiffs Alan Sadhwani, et al.

# IN THE UNITED STATES
# DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X, <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **ERRATA TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT HONG KONG SHANGHAI BANKING CORPORATION, LTD.'S MOTION TO BIFURCATE** |

The citation on page 3 of plaintiffs' memorandum to Guidi v. Intercontinental Hotels Corp., 2003 WL 184686 at 1 (S.D.N.Y. 2003) is erroneous. The correct citation is Guidi v. Intercontinental Hotels Corp., 2003 WL 1846864 at 1 (S.D.N.Y. 2003).

Dated this 13th day of September, 2004.

ARRIOLA, COWAN & ARRIOLA
Attorneys for Plaintiffs Alan Sadhwani, et al.

By: _____
ANITA P. ARRIOLA

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on September 13, 2004, I caused to be served via hand delivery, an **ERRATA TO PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT HONG KONG SHANGHAI BANKING CORPORATION, LTD.'S MOTION TO BIFURCATE** to:

> Jacques G. Bronze, Esq.
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 13th day of September, 2004.

_____
**ANITA P. ARRIOLA**