FILED
DISTRICT COURT OF GUAM
SEP 23 2004
MARY L. M. MORAN
CLERK OF COURT

283

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI et al., | Civil Case No. 03-00036 |
| Plaintiffs, | |
| vs. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ORDER |
| Defendants. | |

This case is before the Court on the Plaintiffs' Second *Ex Parte* Motion to Modify Stipulated Protective Order Governing Discovery, filed on September 22, 2004. The Court believes that oral argument will aid the Court in reaching a decision on this matter. Accordingly, the Court sets this matter for hearing on Friday, September 24, 2004 at 9:30 a.m. The Defendant may file a response to the Plaintiffs' motion by the close of business on September 23, 2004.

SO ORDERED this 23rd day of September, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge