JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

FILED
DISTRICT COURT OF GUAM
SEP 23 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>    Defendants. | CIVIL CASE NO. 03-00036<br><br>**ERRATA TO PLAINTIFFS' MEMORANDA** |

Plaintiffs submit the following as Errata to its filings in this case:

1.  The citation to In re Grand Jury Proceedings, 727 F.2d 1342 (4th Cir. 1984), contained in plaintiffs' reply memorandum in support of motion to compel further answers to deposition questions; to re-depose Frederick Granillo; for production of documents and for sanctions is erroneous. The correct citation is 727 F.2d 1352.

ORIGINAL

2. Plaintiffs neglected to include citation of the case <u>Hangarter v. Provident Life and Acc. Ins. Co.</u>, 373 F.2d 998, 1021 (9th Cir. 2004) in their Opposition to Motion to Bifurcate Trial.

RESPECTFULLY SUBMITTED on this 23rd day of September, 2004.

**ARRIOLA, COWAN & ARRIOLA**
Attorneys for Plaintiffs

By: *[signature]*
**ANITA P. ARRIOLA**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

# CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on September 23, 2004, I caused to be served via hand delivery, an **ERRATA TO PLAINTIFFS' MEMORANDA** to:

> Jacques G. Bronze, Esq.
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 23rd of September, 2004.

_____
ANITA P. ARRIOLA