**JACQUES G. BRONZE, ESQ.**
**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
**LAW OFFICES OF RICHARD A. PIPES**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>NOTICE OF HEARING OF *EX PARTE* APPLICATION |

TO: **PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, ARRIOLA, COWAN AND ARRIOLA**

**PLEASE TAKE NOTICE** that on _____, 2004, at the hour of _____ _____.m., Defendant The Hongkong and Shanghai Banking Corporation, Ltd. ("HSBC"), will

move this Court, *ex parte*, before the Magistrate Judge, District Court of Guam, to grant HSBC's Application for the Admission of Peter S. Modlin, *Pro Hac Vice* in this case.

**DATED** this _24_ day of September 2004.

> **LAW OFFICES OF BRONZE & TANG**
> **A Professional Corporation**
>
> By: _____
> JACQUES G. BRONZE
> *Attorneys for HSBC*