**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



DISTRICT COURT FILED OF GUAM

SEP 2 4 2004

MARY L. M. MORAN
CLERK OF COURT

288

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, )<br><br>Plaintiffs, )<br><br>v. )<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., )<br><br>Defendants. ) | **CIVIL CASE NO. 03-00036**<br><br><br><br>**MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION OF HSBC** |

The Hongkong and Shanghai Banking Corporation, Ltd. ("HSBC"), hereby applies to this

Court *ex parte* for an order admitting Peter S. Modlin, from the firm of Farella Braun & Martel

LLP, *pro hac vice* in this case. This Court has jurisdiction to hear this application pursuant to

LR 7.1(j).

As set forth in the Declaration of Jacques G. Bronze, HSBC has given notice to Plaintiffs' counsel.

This application is based on this application, Declaration of Jacques G. Bronze, Declaration of Peter S. Modlin, and all pleadings, papers and evidence as will be submitted in connection with this application of hearing.

**DATED** this ⟨4⟩ day of September 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By: _____
**JACQUES G. BRONZE**
*Attorneys for HSBC*