**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br><br><br><br> DECLARATION OF JACQUES G. BRONZE IN SUPPORT OF *EX PARTE* APPLICATION AND CONSENT OF LOCAL COUNSEL TO ACT AS CO-COUNSEL |

I, the undersigned hereby state and depose as follows:

1. That I am an active member and in good standing of the bar of the above entitled court. My Bar No. is 96003.

**ORIGINAL**

2. That I hereby consent to act as local counsel and co-counsel for Peter S. Modlin of the Law Firm of Farella Braun & Martel LLP, in connection with the above-referenced action. The basis for filing this Motion for *Ex Parte* is the fact that Mr. Modlin will be involved in a motion to reconsider which will be filed on Wednesday, September 29, 2004.

3. I agree to act as local counsel so that service of papers may be made upon my office and the Law Firm of Farella Braun & Martel LLP. My address and phone numbers is contained on the first page of this document.

4. On September 22, 2004, I faxed a letter to Anita P. Arriola, attorney for Plaintiffs, regarding this *Ex Parte* Application for Admission *Pro Hac Vice*. A true and correct copy of the letter is attached hereto as Exhibit "1." Attorney Arriola did respond to my letter and had no objections subject to the limitation placed in her letter. A true and correct copy of the letter is attached hereto as Exhibit "2." HSBC does not waive any arguments raised in its appeal to a federal judge relating to the modification of the scheduling order. Mr. Modlin was never an issue in that appeal.

5. I understand the obligations assigned to me as local counsel pursuant to the Rules of Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**EXECUTED** on this 24th day of September 2004.

_____
JACQUES G. BRONZE

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

JACQUES G. BRONZE
JERRY J. TANG

TELEPHONE: (671) 646-2001
TELECOPIER: (671) 647-7671

September 22, 2004

**VIA: FACSIMILE**
**(671) 477-9734**

CONFIRMED

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

Re: *Sadhwani, et al. v. HSBC, et al.*; Civil Case No. 03-00036

Dear Anita:

On Friday, September 24, 2004, HSBC will be filing an *Ex Parte* Application for Admission *Pro Hac Vice* of Peter S. Modlin from the firm of Farella Braun & Martel LLP, located in San Francisco, California. Pursuant to Local Rule 7.1(j), please be advised that we will be submitting an *ex parte* application and declaration in support of the proposed order granting the application. We do not know when the *ex parte* application will be heard by the Court but we will advise your office as soon as we know. Please advise if you have any objection to my *Ex Parte* Application. If you do not, I will assume that you do not wish to be present at a hearing on this matter. If this assumption is incorrect, please contact me by 12:00 noon, Friday, September 24, 2004.

Please feel free to contact me if you have any questions regarding the above matter.

Best regards,

JACQUES G. BRONZE

cc: *Mr. C. Underwood
JGB:tc
D:\CLIENTS FILE\HSBC-Sadhwani\Ltrs\A Arriola-Ltr.71(ExParte-ProHac Vice).doc

EXHIBIT *1*

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

TELEPHONE NO.: (671) 646-2001     FACSIMILE NO.: (671) 647-7671

## ~ ~ FACSIMILE TRANSMITTAL SHEET ~ ~

*Date*: September 22, 2004

*To*: Anita P. Arriola, Esq.

*Firm*: **ARRIOLA, COWAN & ARRIOLA**

*Fax No*: 477-9734

*From*: Jacques G. Bronze, Esq.

*Subject*: <u>Sadhwani, et al. v. HSBC, et al.</u>; Civil Case No. 03-00036

Sending __2__ page(s) including cover sheet.

[X] **Original will not follow**     [ ] Original will follow by:
                                                    Regular Mail: _____ Other: _____

### MESSAGE:

PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

**Fax Sent By:** tony camacho

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

# Transmission Report

Date/Time: 9-22-04; 8:48AM
Local ID: 671 6477671
Local Name: BRONZE /PIPES LAW
Company Logo: BRONZE/PIPES LAW OFFICES

This document was confirmed.
(reduced sample and details below)
Document Size  Letter-S

---

LAW OFFICES
**BRONZE & TANG**
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913

Telephone No.: (671) 646-2001                    Facsimile No.: (671) 647-7671

~ ~ FACSIMILE TRANSMITTAL SHEET ~ ~

*Date:*    September 22, 2004
*To:*      Anita P. Arriola, Esc.
*Firm:*    **ARRIOLA, COWAN & ARRIOLA**
*Fax No:*  477-9734
*From:*    Jacques G. Bronze, Esq
*Subject:* <u>Sadhwani, et al. v. HSBC, et al.</u>; Civil Case No. 03-00036

Sending __2__ page(s) including cover sheet.

[X] Original will not follow        [ ] Original will follow by
                                         Regular Mail: ___ Other: ___

**MESSAGE:**

PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

Fax Sent By:  tony camacho

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressees named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying documents is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

---

Total Pages Scanned : 2'  Total Pages Confirmed : 2'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 048 | 4779734 | 9-22-04; 8:47AM | 1'42" | 2/ 2 | EC |  | CP 4800 |

** Notes **
EC: Error Correct      RE: Resend            PD: Polled by Remote    MB: Receive to Mailbox
BC: Broadcast Send     MP: Multi-Poll        PG: Polling a Remote    PI: Power Interruption
CP: Completed          RM: Receive to Memory DR: Document Removed    TM: Terminated by user
LS: Local Scan         LP: Local Print       FO: Forced Output       WT: Waiting Transfer

# Law Offices
# Arriola, Cowan & Arriola

Joaquin C. Arriola
Mark E. Cowan
Anita P. Arriola
Joaquin C. Arriola, Jr.

Jacqueline T. Terlaje

259 Martyr Street, Suite 201
C & A Building
Post Office Box X
Hagåtña, Guam 96910

Telephone:(671) 477-9730/3
Telecopier: (671) 477-9734
E-mail: acalaw@netpci.com

September 23, 2004

**VIA FACSIMILE:** (671) 647-7671

Jacques G. Bronze, Esq.
Bronze & Tang, P.C.
2nd Floor, BankPacific Building
825 S. Marine Drive
Tamuning, Guam 96913

Re: **Sadhwani et al. v. Hongkong Shanghai Banking Corporation, Ltd., et.al, District Court of Guam, Civil Case No. CV03-00036**

Dear Jacques:

This is to inform you that I do not oppose the Ex Parte Application for Admission *Pro Hac Vice* of Peter S. Modlin unless his late appearance in the case will be used by HSBC to attempt to modify, extend or continue the trial date or any other deadlines contained in the Stipulation and Order Extending Scheduling Order. Accordingly, please inform the Court in your Certificate of Counsel of those grounds for my opposition. I wish to be present at any hearing on the ex parte application.

Very truly yours,

ANITA P. ARRIOLA

EXHIBIT 2