**JACQUES G. BRONZE**
**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
**LAW OFFICES OF RICHARD A. PIPES**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, ) ) ) ) Plaintiffs, ) ) v. ) ) HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., ) ) ) ) Defendants. ) | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, JACQUES G. BRONZE, do hereby certify that on September 24, 2004, I caused copies of the *Reply Memorandum In Support of HSBC's Motion to Dismiss Plaintiffs' First, Third, Fourth, Sixth and Seventh Causes of Action and Declaration of Jacques G. Bronze In Support of Motion To Dismiss*, to be served upon the following:

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*

**EXECUTED** this 24th day of September 2004.

                                          **LAW OFFICES OF BRONZE & TANG**
                                          **A Professional Corporation**

                                          By: _____
                                              **JACQUES G. BRONZE**
                                              *Attorneys for HSBC*