# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO.** 03-00036     **DATE:** 09/24/2004     **TIME:** 9:23 p.m.

**CAPTION:** ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. et al

***

**HON. JOAQUIN V. E. MANIBUSAN, Magistrate Judge, Presiding**     Law Clerk: Judith Hattori
Court Recorder: Leilani Toves Hernandez     Courtroom Deputy: Jamie Phelps
Hearing Electronically Recorded: 9:23:54 -10:32:52 & 10:43:34-12:36:47     CSO: B. Benavente

**APPEARANCES**

| COUNSEL FOR PLAINTIFF(s): | COUNSEL FOR DEFENDANT(s): |
|---|---|
| ANITA ARRIOLA | RICHARD PIPES |
|  | JACQUES BRONZE |

**PROCEEDINGS:**

- MOTION FOR ORDER COMPELLING DISCOVERY ON SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

    **Disposition: Motion under advisement. Written order to be issued by the Court.**

- MOTION TO BIFURCATE TRIAL

    **Disposition: Motion under advisement. Written order to be issued by the Court.**

- PLAINTIFF'S MOTION TO COMPEL ANSWERS TO DEPOSITION QUESTIONS; TO RE-DEPOSE FREDERICK GRANILLO; FOR PRODUCTION OF DOCUMENTS; AND FOR SANCTIONS

    **Disposition: Motion under advisement. Written order to be issued by the Court.**

- SECOND EX PARTE MOTION TO MODIFY STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY

    **Disposition: Motion under advisement. Written order to be issued by the Court.**

    **The Court will grant the motion under the condition that Ms. Arriola file the Underwood deposition transcript under seal in the Superior Court. Ms. Arriola also instructed to file a motion for protective order to ensure that the Underwood deposition transcript be subject to the same conditions in the Superior Court as it is under the Stipulated Protective Order in the Court.**

    **Ms. Arriola instructed to submit the proposed order.**

COURTROOM DEPUTY: /s/            END TIME: 12:36 P.M.

Case 1:03-cv-00036    Document 308    Filed 09/24/2004    Page 1 of 1