JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734



**FILED**
DISTRICT COURT OF GUAM
SEP 2 4 2004
MARY L. M. MORAN
CLERK OF COURT

Counsel for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**ORDER GRANTING PLAINTIFFS' SECOND EX PARTE MOTION TO MODIFY STIPULATED PROTECTIVE ORDER GOVERNING DISCOVERY** |

After reviewing the Plaintiffs' moving papers, declaration and exhibits attached thereto, as well as Defendant's opposition, and after hearing oral argument on the matter, and for good cause shown, the Court finds that the deposition of Ian Chrystie Underwood, General Manager of Hongkong and Shanghai Banking Corporation, Ltd., ("the Underwood deposition") is sufficiently material and relevant to the issues and subject matter in <u>Sadhwani et al. vs. Paradise Marine Corporation</u>, Civil Case No. CV0739-04, filed in the Superior Court of Guam ("the Related Litigation"). The instant action and the Related Litigation both concern facts, events, circumstances and claims stemming from Defendant HSBC's sale of the Plaintiffs' loan to Paradise Marine

Corporation. Paradise Marine Corporation is the defendant in the Related Litigation. Based upon the Court's findings,

IT IS HEREBY ORDERED that the Stipulated Protective Order Governing Discovery in this case is hereby modified to allow Plaintiffs to use the Underwood deposition in the Related Litigation.

IT IS FURTHER ORDERED that Plaintiffs shall continue to be subject to the terms and conditions of the Stipulated Protective Order Governing Discovery regarding the disclosure and use of the Underwood deposition in the Related Litigation, including but not limited to filing such deposition transcript under seal with the Court and with other parties in the Related Litigation; and

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file in the Related Litigation a motion for a protective order to ensure (1) that the Underwood deposition shall be used only in the Related Litigation; and (2) that the Superior Court and the parties in the Related Litigation shall not disclose the Underwood deposition to any persons other than the Superior Court, the parties, and the parties' counsel in the Related Litigation.

IT IS SO ORDERED: September 24, 2004.

**JOAQUIN V.E. MANIBUSAN, JR.**
**MAGISTRATE JUDGE**

Submitted By:

**ANITA P. ARRIOLA**

Approved as to Form:

**RICHARD PIPES**

Notice is hereby given that this document was entered on the docket on 9/27/04. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 9/27/04
Deputy Clerk    Date

**RECEIVED**
SEP 24 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM