**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br>O R D E R |

Upon review and consideration of the *Ex Parte* Application of Peter S. Modlin for admission *pro hac vice* in this case, the Application is GRANTED.

DATED this 27th day of September, 2004.

_____
JUDGE, DISTRICT COURT OF GUAM

RECEIVED
SEP 24 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRESENTED BY:

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By: _____
    JACQUES G. BRONZE
    *Attorneys for Plaintiff*

DATED: September 24th, 2004.