JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

FILED
DISTRICT COURT OF GUAM
SEP 28 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES
DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>    Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br>    Defendants. | CIVIL CASE NO. 03-00036<br><br>NOTICE OF PLAINTIFFS' EX PARTE MOTION AND EX PARTE MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF PAGE LIMITATION |

TO: DEFENDANT HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. AND ITS ATTORNEYS OF RECORD BRONZE & TANG AND LAW OFFICES OF RICHARD A. PIPES:

PLEASE TAKE NOTICE that plaintiffs will bring on for hearing their Ex Parte Motion for Leave to File Opposition Memorandum in Excess of Page Limitation on _____, 2004, at _____ .m. or as soon thereafter as the matter may be heard before the Honorable District Court Judge in the U.S. District Court of Guam, 4th Floor, U. S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910.

ORIGINAL

Plaintiffs' Ex Parte motion is based on Local Rule 7.1(j), the memorandum of points and authorities in support of the ex parte motion, the declaration of Anita P. Arriola, and exhibits attached thereto, all of the pleadings and records filed in this action, and any oral or documentary evidence that may be adduced at the hearing thereon.

DATED this 28th day of September, 2004.

**ARRIOLA, COWAN & ARRIOLA**
Attorneys for Plaintiffs Alan Sadhwani, et al.

By: *[signature]*
**ANITA P. ARRIOLA**

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on September 28, 2004, I caused to be served via hand delivery, a **NOTICE OF PLAINTIFFS' EX PARTE MOTION AND EX PARTE MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM IN EXCESS OF PAGE LIMITATION** to:

>Jacques G. Bronze, Esq.
>Bronze & Tang, P.C.
>2nd Floor, BankPacific Building
>825 S. Marine Drive
>Tamuning, Guam 96913

Dated this 28th day of September, 2004.

_____
**ANITA P. ARRIOLA**