**JACQUES G. BRONZE**
**LAW OFFICES OF BRONZE & TANG**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
**LAW OFFICES OF RICHARD A. PIPES**
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>  Defendants. | CIVIL CASE NO. 03-00036<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JACQUES G. BRONZE IN SUPPORT OF HSBC's OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER DATED JUNE 9, 2004** |

**I, JACQUES G. BRONZE,** hereby declare and state as follows:

1. All matters herein are based on my own personal knowledge.

2. I am over 18 years of age, and legally competent to testify to the facts below and I do so based upon my own personal knowledge.

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Supp.Decl.of (JGB) Reply.Memo.Obj.Magis.Ord.doc

3. I am the counsel of record for Hongkong and Shanghai Banking Corporation, Ltd., ("HSBC"), in the above-entitled matter.

4. On September 13, 2004, Plaintiffs served HSBC its Third Amended and Supplemental Initial Disclosures identifying a witness by the name of Manu Nanwani residing in Indonesia. The witness was identified as having "information regarding Plaintiffs efforts to obtain alternative financing." A true an correct copy of Plaintiff's Third Amended and Supplemental Initial Disclosures is attached to this Second Supplemental Declaration as Exhibit "1".

5. Based on the undersigned preliminary research, Indonesia is not a member of the Hague Convention on Obtaining Evidence Abroad, thus compulsion of evidence can only be obtained pursuant to a Letters of Request which means a significant period of time is needed to process such letters. HSBC is in the process of getting a legal opinion regarding this issue from a law firm in Indonesia.

6. To date, HSBC has still not heard from the United States State Department regarding its Letters of Request submitted on July 2, 2004, for the Philippine witness.

7. In addition, HSBC has still not heard from the United States State Department relating to the Letters of Request relating to the Dubai witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED** this 29th day of September 2004.

_____
JACQUES G. BRONZE

**JOAQUIN C. ARRIOLA**
**ANITA P. ARRIOLA**
**Arriola, Cowan & Arriola**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X, <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES (F.R.C.P. 26; L.R. 16.2 (2))** |

### PLAINTIFFS' INITIAL DISCLOSURES (F.R.C.P. 26 & LOCAL RULE 16.2(2))

Plaintiffs Alan Sadhwani, Laju Sadhwani and K. Sadhwani's Inc. (collectively "Plaintiffs"), by and through their attorneys ARRIOLA, COWAN & ARRIOLA, hereby submit this Third Amended and Supplemental Initial Disclosures pursuant to Federal Rules of Civil Procedure Rule 26 and Local Rule 16.2(2).

A. **NAMES OF PERSONS WITH DISCOVERABLE INFORMATION.** The following are persons who will likely have discoverable information relevant to disputed facts:

BRONZE & TANG
Date: 13 SEP 04
Time: 3:11 p.m.
Received: RAO

EXHIBIT "1"

| NAME | SUBJECTS OF INFORMATION |
|---|---|
| 1. Custodian of Records,<br>HongKong and Shanghai Banking Corporation Ltd.<br>P.O. Box 27-C, Hagåtña, Guam 96932 | Authentication of records and other documents. |
| 2. Lawrence M. Zhang<br>HongKong and Shanghai Banking Corporation Ltd.<br>P.O. Box 27-C, Hagåtña, Guam 96932 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, and his role in the sale of plaintiffs' loan to Paradise Marine Corporation ("PMC"); and banking policies and procedures at HSBC. |
| 3. Frederick Granillo<br>HongKong and Shanghai Banking Corporation Ltd.<br>P.O. Box 27-C, Hagåtña, Guam 96932 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, and his role in the sale of plaintiffs' loan to PMC; and banking policies and procedures at HSBC. |
| 4. Guy Priestley<br>HongKong and Shanghai Banking Corporation Ltd.<br>P.O. Box 27-C, Hagåtña, Guam 96932 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, and his role in the sale of plaintiffs' loan to PMC; and banking policies and procedures at HSBC. |
| 5. Magnus Montan<br>HongKong and Shanghai Banking Corporation Ltd.<br>P.O. Box 27-C, Hagåtña, Guam 96932 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, and his role in the sale of plaintiffs' loan to PMC.; and banking policies and procedures at HSBC. |

| NAME | SUBJECTS OF INFORMATION |
|---|---|
| 6. I.C. Underwood<br>HongKong and Shanghai Banking Corporation Ltd.<br>P.O. Box 27-C, Hagåtña, Guam 96932 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, his role in the sale of plaintiffs' loan to PMC; and banking policies and procedures at HSBC. |
| 7. Patrick B. Oliva<br>First Hawaiian Bank<br>400 Route 8, Mongmong, Guam 96910-2010 | Information regarding plaintiffs' application to obtain alternate financing from First Hawaiian Bank, his previous employment at HSBC, including his position, duties and responsibilities. |
| 8. Christopher Felix<br>Century 21 Realty Management Co.<br>P.O. Box 7988, Tamuning, Guam 96931; 647-5003 | Information regarding Century 21's attempts to sell plaintiffs' properties, the history of his and Century 21's relationship with plaintiffs, and the previous sales of plaintiffs' properties. |
| 9. Custodian of Records<br>Paradise Marine Corporation<br>Address Unknown | Authentication of records and other documents. |
| 10. Officers and Directors of Paradise Marine Corporation<br>Address Unknown | Information regarding PMC's business and the sale of plaintiffs' loan to PMC. |
| 11. Joseph Fang<br>Paradise Marine Corporation<br>240 Father San Vitores Road<br>Tamuning, Guam 96913 | Information regarding the sale of plaintiffs' loan to PMC and his relationship with HSBC. |
| 12. Alan Sadhwani<br>371 South Marine Drive<br>Tamuning, Guam 96913<br>649-5948 | Information regarding the facts and circumstances underlying plaintiffs' causes of action alleged in their complaint, and damages. |

| | NAME | SUBJECTS OF INFORMATION |
|---|---|---|
| 13. | Laju Sadhwani<br>371 South Marine Drive<br>Tamuning, Guam 96913<br>649-5948 | Information regarding the facts and circumstances underlying plaintiffs' causes of action alleged in their complaint, and damages. |
| 14. | Stephen J. Grantham<br>Triple J Motors<br>157 South Marine Drive<br>Tamuning, Guam 96913<br>Telephone No. (671) 649-6555 ext. 239 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC; and banking policies and procedures at HSBC. |
| 15. | Christopher Page<br>c/o HSBC<br>1 Queens Road Central<br>Hong Kong SAR<br>Telephone No. (852) 8222-1232 | Information regarding his position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, his role in the sale of plaintiffs' loan to PMC; and banking policies and procedures at HSBC.. |
| 16. | Carol Gogue<br>First Hawaiian Bank, Maite Branch<br>400 Route 8<br>Mongmong, Guam 96910<br>Telephone No. (671) 475-7900 | Information regarding her position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, her role in the sale of plaintiffs' loan to PMC; and banking policies and procedures at HSBC. |
| 17. | Mr. Haresh Mukhi<br>Mayura Khamas Stores L.L.C.<br>Murshid Bazar<br>Beira, Dubai U.A.E. | Information regarding plaintiffs' efforts to obtain alternate financing. |
| 18. | Vashi Jadwani<br>Jadwani International Inc.<br>#4 Ind'l Avenue<br>Severina Ind'l Estate<br>KM.16 South Super Highway<br>1700 Paranaque, Metro Manila<br>Philippines | Information regarding plaintiffs' efforts to obtain alternate financing. |

| NAME | SUBJECTS OF INFORMATION |
|---|---|
| 19. Don Hemlani<br>P.O. Box 2397<br>Hagatna, Guam 96932<br>Telephone No. (671) 646-9866 | Information regarding plaintiffs' efforts to obtain alternate financing. |
| 20. Cathy Champaco<br>c/o Citibank<br>Hagatna, Guam | Information regarding her position, duties and responsibilities at HSBC, including as they relate to plaintiffs' accounts, loans and banking relationship with HSBC, her role in the sale of plaintiffs' loan to PMC; and banking policies and procedures at HSBC. |
| 21. Michael Berman, Esq.<br>Berman, O'Connor, Mann & Shklov<br>Suite 503 Bank of Guam Building<br>111 Chalan Santo Papa<br>Hagatna, Guam 96910 | Information concerning the sale of plaintiffs' loan. |
| 22. Manu Melwani<br>Security Title, Inc.<br>865 South Marine Drive<br>Suite 202 B Orlean Pacific Plaza<br>Tamuning, Guam | Information concerning the sale of plaintiffs' loan. |
| 23. Thomas C. Moody, III<br>Klemm, Blair, Sterling & Johnson<br>Suite 1008, Pacific News Building<br>238 Archbishop Flores Street<br>Hagatna, Guam 96910 | Information regarding the facts and circumstances underlying plaintiffs' causes of action alleged in their complaint, including but not limited to, drafting of the March 2003 workout agreement and advice and information regarding plaintiffs' loans with HSBC. |
| 24. Donald V. Calvo, Esq.<br>Carlsmith Ball<br>Suite 401, Bank of Hawaii Bldg.<br>134 West Soledad Avenue<br>Hagatna, Guam 96910 | Information regarding the facts and circumstances underlying plaintiffs' causes of action alleged in their complaint, including but not limited to, rendering advice to HSBC about not disclosing the sale of plaintiffs' loan. |

| NAME | SUBJECTS OF INFORMATION |
|---|---|
| 25. Cecil Galman<br>Citibank, N.A - Guam Branch<br>402 East Marine Drive<br>Tamuning, Guam 96913 | Information regarding the facts and circumstances underlying plaintiffs' causes of action alleged in their complaint, including but not limited to, plaintiffs' attempts to obtain alternate financing with Citibank. |
| 26. Manu Nanwani<br>PT Indomanu Mandiri<br>Jl. Agung Timur XII Blok N2/12<br>Sunter Jaya<br>Jakarta 14350 Indonesia | Information regarding plaintiffs' efforts to obtain alternate financing. |
| 27. Individuals identified in defendant's initial disclosures and any supplements or amendments thereto. | As identified in defendant's initial disclosures and any supplements or amendments thereto. |

B. **DOCUMENTS**. Plaintiffs have previously produced documents discoverable pursuant to F.R.C.P. Rule 26 in Plaintiffs' possession, Bates-stamped numbers P000001 - P000352 and has produced other documents in response to defendant's document requests. Additional documents are those produced by Paradise Marine Corporation and HSBC in this litigation; documents attached as exhibits to the Plaintiffs' Complaint and previously served on Defendant; and documents in the possession or custody of defendant or other witnesses that are reasonably likely to bear on the claims or defenses in this action.

C. **COMPUTATION OF DAMAGES**. (1) Compensatory damages for loss of real properties, buildings and improvements, and loss of inventory amounting to $15,950,000.00; consequential damages for being unable to repair and maintain buildings because Plaintiffs were unable to provide funds therefor; consequential damages based on HSBC's cancellation of letters

of credit which resulted in losses to Plaintiffs' businesses; consequential damages for loss of rents; (2) Punitive damages in the amount of $10,000,000.00; and (3) Attorneys fees and costs.

D. **INSURANCE**. Plaintiffs are unaware of any insurance agreements which may satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy any judgment.

E. **EXPERT REPORT**. Plaintiffs do not presently have any report prepared by an expert and do not presently have an expert witness. In the event an expert witness is retained, Plaintiffs will disclose the identity of the expert and any written report prepared by the expert.

F. Plaintiffs reserve the right to amend or supplement these Initial Disclosures.

DATED: September 13, 2004.

ARRIOLA, COWAN & ARRIOLA
Counsel for Plaintiffs Alan Sadhwani, et al.

By: _____
ANITA P. ARRIOLA

# CERTIFICATE OF SERVICE

I, Anita P. Arriola, hereby certify that on September 13, 2004, I caused to be served via hand delivery, **PLAINTIFFS' THIRD AMENDED AND SUPPLEMENTAL INITIAL DISCLOSURES (F.R.C.P. 26; L.R. 16.2 (2))** to:

> Jacques G. Bronze
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 13th day of September, 2004.

_____
ANITA P. ARRIOLA