**JACQUES G. BRONZE**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, JACQUES G. BRONZE, do hereby certify that on September 30, 2004, I caused copies of the *HSBC's Opposition to Plaintiff's Ex Parte Motion for Leave of Court to File Opposition Memorandum in Excess of Page Limitation and Declaration of Jacques G. Bronze in Support of HSBC's Opposition to Plaintiffs' Ex Parte Motion for Leave of Court to File Opposition in Excess of Page Limitation* to be served upon the following:

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Cert.Svc.HSBC Opp to Plaintiffs' Ex Parte Mtn.Page.Lmt.doc



Case 1:03-cv-00036     Document 323     Filed 09/30/2004     Page 1 of 2

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*


**EXECUTED** this 30th day of September 2004.

                              **LAW OFFICES OF BRONZE & TANG**
                              **A Professional Corporation**

                              By: _____
                                JACQUES G. BRONZE
                              *Attorneys for Defendant The Hongkong and*
                              *Shanghai Banking Corporation, Ltd.*