

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI et al., | Civil Case No. 03-00036 |
| Plaintiffs, | |
| vs. | |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | ORDER |
| Defendants. | |

This case is before the Court on the Plaintiffs' *Ex Parte* Motion for Extension of Time to Serve Expert Witness Disclosures, filed on September 29, 2004. The Court believes that oral argument will aid the Court in reaching a decision on this matter. Accordingly, the Court sets this matter for hearing on Friday, October 15, 2004 at 10:00 a.m. HSBC may file a response to the Plaintiffs' motion by October 8, 2004. The Plaintiffs may file a reply brief no later than October 12, 2004.

SO ORDERED this 4th day of October, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge