# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE DAVID C. BURY, DESIGNATED JUDGE, PRESIDING
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
OCT -5 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00036**   **DATE: 10/01/2004**   **TIME: 10:28 a.m.**

**CAPTION:** Alan Sadhwani, et. al. -vs- Hongkong and Shanghai Banking Corporation, LTD., et. al.

***

Courtroom Deputy: Jamie Phelps
Court Recorder: Leilani Toves Hernandez
Hearing Electronically Recorded: (Run Time:10:28:19 - 11:01:10)

Law Clerk: J. HATTORI
CSO: B. Benavente

(310)

***
**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
ANITA ARRIOLA

**COUNSEL FOR DEFENDANT(s):**
RICHARD PIPES
JACQUES BRONZE

***

**PROCEEDINGS:**

**HSBC'S MOTION TO DISMISS PLAINTIFFS FIRST, THIRD, FOURTH, SIXTH & SEVENTH CAUSES OF ACTION**

( X ) MOTION (S) ARGUED BY   ( X ) PLAINTIFF   ( X ) DEFENDANT
( X ) MOTION(s) ___ Granted ___ Denied ___ Settled ___ Withdrawn  X  Under Advisement
(   ) ORDER SUBMITTED ___ Approved ___ Disapproved
( X ) ORDER to be Prepared By: Court
(   ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court advised Counsel that counts 1 & 6 were not to be heard because they have already been ruled upon. The Court admonished Counsel regarding any future filings pertaining to motions or issues that have already been ruled upon by previous judges.

The Court to issue written order memorializing it rulings.

COURTROUM DEPUTY: _____   END TIME: 11:01 a.m.