**JACQUES G. BRONZE**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>    Defendants. | CIVIL CASE NO. 03-00036<br><br>**AGREEMENT OF HEARING DATE RE: HSBC's MOTION TO RECONSIDER JUDGE GATEWOOD'S ORDER DATED AUGUST 10, 2004** |

Pursuant to Local Rules 7.1, counsel for the parties hereby acknowledge the following:

1. I, Jacques G. Bronze, am the attorney for Defendant Hongkong & Shanghai Banking Corporation Ltd. ("HSBC") in this matter. I contacted the attorneys for the opposing

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Agreement of Hearing Date Re: HSBC's Motion to Reconsider Judge Gatewood's Order Dated August 10, 2004
Page 2

party in this action to agree upon a date for oral argument of HSBC's Motion to Reconsider Judge Gatewood's Order Dated August 10, 2004.

2. The attorneys for the opposing party are Arriola, Cowan & Arriola.

3. My office called the Deputy Clerk of Court to insure that the Court is available on November 12, 2004, at 11:00 a.m. for the hearing of the above-described motion.

4. On September 30, 2004, by letter addressed to Attorney Anita P. Arriola, I informed her that HSBC was intending on filing the above-described motion and whether she was available to attend said hearing on the aforementioned date. She replied that she was available on the aforementioned date.

Dated this 5th day of October 2004.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation
*Attorneys for Defendant HSBC*

By: _____
JACQUES G. BRONZE

ARRIOLA, COWAN & ARRIOLA
*Attorneys for Plaintiffs*

By: _____
ANITA P. ARRIOLA