**JACQUES G. BRONZE**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



FILED
DISTRICT COURT OF GUAM
OCT 06 2004
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**HSBC's MOTION TO RECONSIDER ORDER DATED AUGUST 10, 2004.** |

Hongkong and Shanghai Banking Corporation, Ltd., will move this Court to reconsider Judge Gatewood's Order dated August 10, 2004. The motion is supported by the Memorandum of Points and Authorities concurrently filed herein and the declarations, papers, records, and files

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\HSBC-Mtn.Recon.Ord.8-10-04.doc

ORIGINAL

in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

**EXECUTED** on this 5th day of October 2004.

        **LAW OFFICES OF BRONZE & TANG**
        **A Professional Corporation**

By: _____
        JACQUES G. BRONZE
        *Attorneys for Defendant HSBC*