**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, | CIVIL CASE NO. 03-00036 |
| Plaintiffs, | |
| v. | **CERTIFICATE OF SERVICE** |
| HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., | |
| Defendants. | |

I, **JACQUES G. BRONZE**, do hereby certify that on October 6, 2004, I caused copies of the *HSBC's Motion to Reconsider Order Dated August 10, 2004* to be personally served upon the following:

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*

**EXECUTED** this 6th day of October 2004.

                                      **LAW OFFICES OF BRONZE & TANG**
                                      **A Professional Corporation**

By: _____
                                      **JACQUES G. BRONZE**
                                        *Attorneys for Defendant HSBC*