# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO. CV-03-00036**        **DATE: 10/06/2004**        **TIME: 8:56 p.m.**

**CAPTION:** ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. et al

***

**HON. ALEX R. MUNSIN, Designated Judge, Presiding**        Law Clerk: G. Birbrich
Court Recorder: Virginia T Kilgore        Courtroom Deputy: Jamie Phelps
Hearing Electronically Recorded: 8:56:40 - 9:20:05        CSO: B. Benavente

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**        **COUNSEL FOR DEFENDANT(s):**
ANITA ARRIOLA        RICHARD PIPES

        JACQUES BRONZE

**PROCEEDINGS:**

HEARING ON HSBC'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DATED JUNE 09, 2004

(X) MOTION (S) ARGUED BY   (X) PLAINTIFF   (X) DEFENDANT

(X) MOTION(s)   ___Granted   _X_ Denied   ___Settled   ___Withdrawn   ___Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

(X) ORDER to be Prepared By: Court

( ) PROCEEDINGS CONTINUED TO: _____ at _____

Counsel argued their respective positions on the motion. Mr. Bronze informed the Court that he has submitted letters of request to the Dubai and the Philippine Embassy to depose certain people and has not received a response. Ms. Arriola represented to the Court that she does not intend to call these people as witnesses. The Court will issue a written memorandum memorializing its ruling.

COURTROOM DEPUTY: _/s/_        END TIME: 9:20 A.M.