JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br>     Defendants. | CIVIL CASE NO. 03-00036<br><br>**MOTION FOR PROTECTIVE ORDER [FRCP 26(c)]** |

TO: PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

You are hereby advised that as soon as the matter can be heard at the District Court of Guam, 520 W. Soledad Avenue, 4th Floor, Hagåtña, Guam 96910, Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will move the Court for an Order

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Motion for Protective Order [FRCP 26(c)]
Page 2 of 2 pages

striking the deposition notices issued by Plaintiffs to conduct the depositions in Guam of Magnus Montan and Christopher Page, as more fully explained in the Memorandum of Points and Authorities contemporaneously filed herein.

The motion will be based upon this Motion, the Memorandum of Points and Authorities filed herein, the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated this _____ day of October, 2004.

        LAW OFFICES OF BRONZE & TANG
        Attorneys for Defendant The Hongkong and Shanghai
        Banking Corporation Ltd.

By: _____
     JACQUES G. BRONZE

RAP/nsh