JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>　　　　　　Defendants. | CIVIL CASE NO. 03-00036<br>**DECLARATION OF RICHARD A. PIPES IN SUPPORT OF EX PARTE APPLICATION ON MOTION FOR PROTECTIVE ORDER** |

I, RICHARD A. PIPES, do hereby declare as follows:

1. I am over the age of eighteen (18) years and competent to make this Declaration.

I have personal knowledge of the matters stated herein and would be competent to testify

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Declaration of Richard A. Pipes in Support of Ex Parte Application on Motion for Protective Order
Page 2 of 3 pages

thereto at any proceedings.

2.  I am admitted to practice before this Court and am co-counsel responsible for the representation of Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC"). I hereby certify that I met and conferred with counsel for Plaintiffs, Anita Arriola, Esq., on October 6, 2004, in an effort to resolve the dispute without court action and was unable to do so. A good faith effort has been made by counsel to advise counsel for Plaintiffs of the substance of HSBC's Ex Parte Application on Motion for Protective Order ("Ex Parte Application"). A copy of the letter from Jacques G. Bronze advising Plaintiffs' counsel of the substance of the Ex Parte Application is attached hereto as Exhibit "A" and incorporated herein by this reference. Copies of all pleadings relating to the Ex Parte Application and underlying Motion have been or will be served upon Plaintiffs' counsel on filing with this Court. The date and time the Court will consider the Ex Parte Application is not yet known. However, as soon as such information is made available to my office we will advise Plaintiffs' attorneys.

3.  It is expected that counsel for Plaintiffs will oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court.

4.  It is important and urgent that the Ex Parte Application and underlying Motion be heard as soon as possible because Plaintiffs have improperly noticed in Guam the depositions of Christopher Page and Magnus Montan, residents of Hong Kong, on October 12 and 14, 2004, respectively, as more particularly described in the accompanying memorandum

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Declaration of Richard A. Pipes in Support of Ex Parte Application on Motion for Protective Order
Page 3 of 3 pages

of points and authorities.

5. This Declaration is made in compliance with FRCP 26(c) and Local Rule 7.1(j)(1).

I declare under penalty of perjury under the laws of the United States and Guam that the foregoing is true and correct.

Dated this __8th__ day of October, 2004.

_____
RICHARD A. PIPES

RAP/nsh

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

JACQUES G. BRONZE
JERRY J. TANG

TELEPHONE: (671) 646-2001
TELECOPIER: (671) 647-7671

October 7, 2004

**VIA: FACSIMILE**
(671) 477-9734

CONFIRMED

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

Re: *Sadhwani, et al. v. HSBC, et al.*; Civil Case No. 03-00036

Dear Anita:

HSBC will be filing an *Ex Parte* Application on Motion for Protective Order no later than 2:00 p.m., on Friday, October 8, 2004. Pursuant to Local Rule 7.1(j), please be advised that we will be submitting an *ex parte* application and declaration in support of the proposed order granting the protective order requested in the motion. We do not know when the *ex parte* application will be heard by the Court, but we will advise your office as soon as we know. Unless we otherwise hear from you, we will assume that you oppose the application and wish to be present when the matter is presented to the Court.

Please feel free to contact me if you have any questions regarding the above matter.

Best regards,

JACQUES G. BRONZE

cc: *Mr. C. Underwood

JGB:kbm

D:\CLIENTS FILE\HSBC-Sadhwani\Ltrs\A.Arriola-Ltr.73(ExParteAppl.Proc.Ord).doc

EXHIBIT "A"

# LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

TELEPHONE NO.: (671) 646-2001                              FACSIMILE NO.: (671) 647-7671

## ~ ~ FACSIMILE TRANSMITTAL SHEET ~ ~

*Date*:       October 7, 2004

*To*:         Anita P. Arriola, Esq.

*Firm*:       **ARRIOLA, COWAN & ARRIOLA**

*Fax No*:     477-9734

*From*:       Jacques G. Bronze, Esq.

*Subject*:    <u>*Sadhwani, et al. v. HSBC, et al.*</u>; Civil Case No. 03-00036

Sending __2__ page(s) including cover sheet.

[X] **Original will not follow**          [ ] Original will follow by:
                                              Regular Mail: _____ Other: _____

---

### MESSAGE:

PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

---

**Fax Sent By:   kasteen mafnas**

---

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

This document was confirmed.
(reduced sample and details below)
Document Size  Letter-S

LAW OFFICES
**BRONZE & TANG**
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

Telephone No.: (671) 646-2001                Facsimile No.: (671) 647-7671

~ ~ FACSIMILE TRANSMITTAL SHEET ~ ~

Date:      October 7, 2004

To:        Anita P. Arriola, Esq.

Firm:      **ARRIOLA, COWAN & ARRIOLA**

Fax No:    477-9734

From:      Jacques G. Bronze, Esq.

Subject:   _Sadhwani, et al. v. HSBC, et al.;_ Civil Case No. 03-00036

Sending __2__ page(s) including cover sheet.

[X] Original will not follow            [ ] Original will follow by:
                                            Regular Mail: ___  Other ___

**MESSAGE:**
PLEASE SEE ATTACHED DOCUMENT(S) IN CONNECTION WITH THE ABOVE-REFERENCED MATTER:

Letter of even date.

Fax Sent By:   kasteen mafnas

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE AND THE DOCUMENTS WHICH ACCOMPANY IT ARE CONFIDENTIAL COMMUNICATIONS SUBJECT TO THE ATTORNEY-CLIENT WORK PRODUCT PRIVILEGES. They are intended exclusively for the use of the addressee named above. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, distribution, or copy of this communication or the accompanying document is strictly prohibited. If you have received this communication in error, please immediately notify the Law Offices of Bronze & Tang, P.C. by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

Total Pages Scanned  :  2'  Total Pages Confirmed :  2'

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 014 | 4779734 | 10- 7-04; 9:14AM | 1'37" | 2/ 2 | EC |  | CP 4800 |

** Notes **
EC: Error Correct        RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send       MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
CP: Completed            RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
LS: Local Scan           LP: Local Print         FO: Forced Output         WT: Waiting Transfer