**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

**I, JACQUES G. BRONZE**, do hereby certify that I have caused copies of the following:

*HSBC's Motion for Protective Order [FRCP 26(c)]; HSBC's Memorandum of Points & Authorities in Support of Motion for Protective Order and Sanctions; Notice of Ex Parte Application on Motion for Protective Order; Declaration of Jacques G. Bronze; Declaration of*

***Richard A. Pipes and Proposed Order Granting Motion for Protective Order*** to be personally served upon the following:

                    Joaquin C. Arriola, Esq.
                     Anita P. Arriola, Esq.
            **ARRIOLA, COWAN & ARRIOLA**
            Suite 201, C&A Professional Bldg.
                      259 Martyr Street
                   Hagåtña, Guam 96910

                    *Attorneys for Plaintiffs*

**EXECUTED** this 5th day of October 2004.

                    **LAW OFFICES OF BRONZE & TANG**
                    **A Professional Corporation**

By: _____
                         JACQUES G. BRONZE
                     *Attorneys for Defendant HSBC*