JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**HSBC'S OBJECTIONS TO MAGISTRATE JUDGE'S ORAL ORDER DENYING MOTION FOR PROTECTIVE ORDER [FRCP 72(a)]; REQUEST FOR ORAL ARGUMENT** |

TO: PLAINTIFFS, and their attorneys, Arriola Cowan & Arriola

You are hereby advised that as soon as the matter can be heard at the District Court of Guam, 520 W. Soledad Avenue, 4th Floor, Hagåtña, Guam 96910, Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC") will move the Court for an Order

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
HSBC's Objections to Magistrate Judge's Oral Order Denying Motion for Protective Order [FRCP 72(a)]; Request for Oral Argument
Page 2 of 2 pages

reversing the oral Order of the Magistrate Judge announced from the bench on October 8, 2004, which denied HSBC's Motion for a Protective Order filed the same day which requested this Court to strike the deposition notices issued by Plaintiffs to conduct the depositions in Guam of Magnus Montan and Christopher Page, as more fully explained in the Memorandum of Points and Authorities supporting these Objections contemporaneously filed herein.

The Objections will be based upon these Objections, the Memorandum of Points and Authorities filed herein, the papers, records, and files in this action, and upon such oral and documentary evidence as may be presented at the hearing of the Objections. HSBC reserves the right to file supplemental Objections when the Magistrate Judge issues a written Order embodying the oral Order announced from the bench on October 8, 2004. HSBC requests oral argument on the Objections.

Dated this 11th day of October, 2004.

LAW OFFICES OF BRONZE & TANG
Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

By: _____
JACQUES G. BRONZE

RAP/nsh