JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001



Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>                  Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>                  Defendants. | CIVIL CASE NO. 03-00036<br><br>**DECLARATION OF JACQUES G. BRONZE IN SUPPORT OF EX PARTE APPLICATION ON HSBC'S OBJECTIONS TO MAGISTRATE JUDGE'S ORAL ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

       I, JACQUES G. BRONZE, do hereby declare as follows:

       1.    I am over the age of eighteen (18) years and competent to make this Declaration.

I have personal knowledge of the matters stated herein and would be competent to testify

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Declaration of Jacques G. Bronze in Support of Ex Parte Application on HSBC's Objections to Magistrate Judge's Oral Order Denying Motion for Protective Order
Page 2 of 3 pages

thereto at any proceedings.

2. I am admitted to practice before this Court and am co-counsel responsible for the representation of Defendant The Hongkong and Shanghai Banking Corporation Limited ("HSBC"). A good faith effort has been made by counsel to advise counsel for Plaintiffs of the substance of HSBC's Ex Parte Application on HSBC's Objections to Magistrate Judge's Oral Order Denying Motion for Protective Order ("Ex Parte Application"). A copy of my letter advising Plaintiffs' counsel of the substance of the Ex Parte Application is attached hereto as Exhibit "A" and incorporated herein by this reference. Copies of all pleadings relating to the Ex Parte Application and underlying Objections have been or will be served upon Plaintiffs' counsel on filing with this Court. The date and time the Court will consider the Ex Parte Application is not yet known. However, as soon as such information is made available to my office we will advise Plaintiffs' attorneys.

3. It is expected that counsel for Plaintiffs will oppose the Ex Parte Application and will desire to be present if and when the Ex Parte Application is either presented to or heard by the Court.

4. It is important and urgent that the Ex Parte Application and underlying Objections be heard as soon as possible because Plaintiffs have improperly noticed in Guam the depositions of Christopher Page and Magnus Montan, residents of Hong Kong, on October 12 and 14, 2004, respectively, the Magistrate Judge has orally denied HSBC's Motion for

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Declaration of Jacques G. Bronze in Support of Ex Parte Application on HSBC's Objections to Magistrate Judge's Oral Order Denying Motion for Protective Order
Page 3 of 3 pages

Protective Order with respect to such deposition, and the Magistrate Judge has refused to stay his oral Order pending a decision on the Objections filed by HSBC, as more particularly described in the accompanying memorandum of points and authorities.

5.  This Declaration is made in compliance with FRCP 26(c) and Local Rule 7.1(j)(1).

I declare under penalty of perjury under the laws of the United States and Guam that the foregoing is true and correct.

Dated this 11th day of October, 2004.

_____
JACQUES G. BRONZE

RAP/nsh

LAW OFFICES
# BRONZE & TANG
A PROFESSIONAL CORPORATION
BANKPACIFIC BUILDING, 2ND FLOOR
825 SOUTH MARINE CORP DRIVE
TAMUNING, GUAM 96913

JACQUES G. BRONZE
JERRY J. TANG

TELEPHONE: (671) 646-2001
TELECOPIER: (671) 647-7671

October 11, 2004

**VIA: FACSIMILE**
(671) 477-9734

**CONFIRMED**

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

Re: *Sadhwani, et al. v. HSBC, et al.*; Civil Case No. 03-00036

Dear Anita:

HSBC will be filing an *Ex Parte* Application on HSBC's Objections to the Magistrate Judge's Order Denying HSBC's Motion for Protective Order no later than 12:00 p.m., on Tuesday, October 13, 2004. Pursuant to Local Rule 7.1(j), please be advised that we will be submitting an *ex parte* application and declaration in support of the proposed order granting the protective order requested in the motion. We do not know when the *ex parte* application will be heard by the Court, but we will advise your office as soon as we know. Unless we otherwise hear from you, we will assume that you oppose the application and wish to be present when the matter is presented to the Court.

Please feel free to contact me if you have any questions regarding the above matter.

Best regards,

JACQUES G. BRONZE

cc: *Mr. C. Underwood

JGB.kbm

D:\CLIENTS FILE\HSBC-Sadhwani\Ltrs\A.Arriola-Ltr.74(ExParteAppl).doc

EXHIBIT "A"