**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, **JACQUES G. BRONZE**, do hereby certify that on October 12, 2004, I have caused copies of the following: *Notice of Ex Parte Application on HSBC's Objections to Magistrate Judge's Oral Order Denying Motion for Protective Order, HSBC's Objections to Magistrate Judge's Order Denying Motion for Protective Order [FRCP 72(a)]; Request for Oral Argument, Declaration of Jacques G. Bronze in Support of Ex Parte Application on HSBC's*

ORIGINAL

*Objections to Magistrate Judge's Oral Order Denying Motion for Protective Order, HSBC's Objections to Magistrate Judge's Order Denying Motion for Protective Order; Request for Oral Argument and Declaration of Jacques G. Bronze in Support of HSBC's Objections to Magistrate Judge's Order Denying Motion for Protective Order; Request for Oral Argument* to be personally served upon the following:

Joaquin C. Arriola, Esq.
Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*

**EXECUTED** this 12th day of October 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By:_____
JACQUES G. BRONZE
*Attorneys for Defendant HSBC*