# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
OCT 13 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00036**  **DATE: 10/08/2004**

**CAPTION:** <u>ALAN SADHWANI, et al -vs- **HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. et al**</u>

(339)

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 4:49:56 - 5:16:23
Law Clerk: J. Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: J. McDonald

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
ANITA ARRIOLA

**COUNSEL FOR DEFENDANT(s):**
JACQUES BRONZE

***

**PROCEEDINGS:**

**HONGKONG SHANGHAI BANKING CORPORATION'S MOTION FOR PROTECTIVE ORDER [FRCivP 26(c)]**

( X ) MOTION (S) ARGUED BY ( X ) PLAINTIFF ( X ) DEFENDANT

( X ) MOTION(s) ___Granted  _X_ Denied  ___Settled  ___Withdrawn  ___Under Advisement

(  ) ORDER SUBMITTED  ___Approved  ___Disapproved

(  ) ORDER to be Prepared By: _____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

<u>The Court denied the motion on the basis that defendant was merely seeking to further delay the discovery and depositions in this case.</u>

COURTROOM DEPUTY: _/s/_