CV-03-00036

ALAN SADHWANI, LAJU
SADHWANI, and K. SADHWANI'S
INC., a Guam Corporation,

        Plaintiffs,

vs.

HONGKONG AND SHANGHAI
BANKING CORPORATION, LTD.,
et al.,

        Defendants.

---

# "DOCUMENT #340 NOT ASSIGNED"