JOAQUIN C. ARRIOLA
ANITA P. ARRIOLA
JACQUELINE T. TERLAJE
ARRIOLA, COWAN & ARRIOLA
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734



Counsel for Plaintiffs Alan Sadhwani, et al.

## IN THE UNITED STATES
## DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br>　　　　Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br>　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL ANSWERS TO PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

TO: **DEFENDANT HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. AND ITS ATTORNEYS OF RECORD BRONZE & TANG AND LAW OFFICES OF RICHARD A. PIPES:**

PLEASE TAKE NOTICE that plaintiffs will bring on for hearing their Motion for Sanctions on or after November 3, 2004, at _____ .m. or as soon thereafter as the matter may be heard before the Honorable Magistrate Judge in the U.S. District Court of Guam, 4th Floor, U. S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910.

Plaintiffs' motion is based on F.R.C.P. Rules 26, 34, and 37, the memorandum of points and authorities in support of the motion, the declaration of Anita P. Arriola and exhibits attached thereto,

ORIGINAL

all of the pleadings and records filed in this action, and any oral or documentary evidence that may be adduced at the hearing thereon.

DATED this 13th day of October, 2004.

**ARRIOLA, COWAN & ARRIOLA**
Attorneys for Plaintiffs Alan Sadhwani, et al.

By: *[signature]*
**ANITA P. ARRIOLA**

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on October 13, 2004, I caused to be served via hand delivery, a **NOTICE OF MOTION AND PLAINTIFFS' MOTION TO COMPEL ANSWERS TO PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** to:

> Jacques G. Bronze, Esq.
> Bronze & Tang, P.C.
> 2nd Floor, BankPacific Building
> 825 S. Marine Drive
> Tamuning, Guam 96913

Dated this 13th day of October, 2004.

_____
**ANITA P. ARRIOLA**