FILED
DISTRICT COURT OF GUAM
OCT 14 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| ALAN SADHWANI et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | Civil Case No. 03-00036 <br><br><br><br> ORDER |

This case is before the Court on the Plaintiffs' Motion to Compel Answers to Fifth Set of Requests for Production of Documents and for Sanctions, filed on October 13, 2004. The Court believes that oral argument will aid the Court in reaching a decision on this matter. Accordingly, the Court sets this matter for hearing on Friday, November 5, 2004 at 10:30 a.m. The Defendant shall file a response to the Plaintiffs' motion by October 22, 2004 at 3:00 p.m. The Plaintiffs may file a reply brief no later than October 26, 2004 at 3:00 p.m.

SO ORDERED this 14th day of October, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge