# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

FILED
DISTRICT COURT OF GUAM
OCT 15 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00036**  **DATE: 10/15/2004**  **TIME: 10:15 p.m.**

(353)

**CAPTION: ALAN SADHWANI, et al -vs- HONGKONG AND SHANGHAI BANKING CORPORATION, LTD. et al**

***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding**  Law Clerk: J. Hattori
Court Reporter: Wanda M. Miles   Courtroom Deputy: Jamie Phelps
Hearing Electronically Recorded: 10:15:49 - 11:08:35   CSO: N. Edrosa

*********** APPEARANCES ***********

**COUNSEL FOR PLAINTIFF(s):**   **COUNSEL FOR DEFENDANT(s):**

ANITA ARRIOLA   RICHARD PIPES

***

**PROCEEDINGS:**

**EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE EXPERT WITNESS DISCLOSURES**

( X ) MOTION (S) ARGUED BY   ( X ) PLAINTIFF   ( X ) DEFENDANT

( X ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn _x_ Under Advisement

( ) ORDER SUBMITTED ___Approved ___Disapproved

( ) ORDER to be Prepared By: _____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**The Court stated that it found good cause to grant the extension and will issue an order by the end of the day.**

COURTROOM DEPUTY: _JP_