**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



FILED
DISTRICT COURT OF GUAM
OCT 19 2004
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* FOR RODERICK A. McLEOD UNDER GUAM RULES OF COURT AND DECLARATION IN SUPPORT |

Pursuant to General Rule of Court 17.1(d), the undersigned, who has been retained as co-counsel by Defendant The Hongkong and Shanghai Banking Corporation, Ltd. ("HSBC"),

respectfully makes application to this Court for admission *pro hac vice* for the purposes of appearing in the above captioned matter. In support thereof, applicant declares as follows:

1. My residence and office addresses are as follows:

    Residence: 421 Yerba Buena Avenue
    San Francisco, CA 94127

    Office for Service of Process:

    Address: Jones Day
    555 California Street, 26th Fl.
    San Francisco, CA 94104

    Phone No.: (415) 626-3939
    (415) 875-5807 (d)
    Fax No.: (415) 875-5700

2. Courts to which I have been admitted to practice and dates of admission are:

    | | |
    |---|---|
    | California State Bar:<br>SBN: 104694 | December 3, 1982 |
    | California Supreme Court: | December 3, 1982 |
    | USDC Northern District/California | December 3, 1982 |
    | USDC Eastern District/California | December 10, 1982 |
    | Ninth Circuit Court of Appeals | July 18, 1984 |
    | USDC Central District/California | September 12, 1991 |
    | USDC Southern District/California | 1997 |
    | USDC Nevada | 1999 |
    | USDC Oregon | 2000 |
    | US Court of Appeals for the<br>Federal Circuit | October 18, 2001 |
    | US Supreme Court | August 4, 2003 |

I am a member in good standing of, and am eligible to practice in, the above named courts. I am not currently suspended or disbarred in any court.

3. I have been retained by HSBC in the above-captioned matter to represent it in this matter.

4. I have obtained the agreement of Jacques G. Bronze and Richard A. Pipes, members of the bar of this court, to serve as local counsel in this matter. Their declarations signifying their written consent have been filed contemporaneously with this document. The court and opposing counsel may readily communicate with Mr. Bronze or Mr. Pipes regarding the conduct of this action and may also serve papers upon them as local counsel. Mr. Bronze or Mr. Pipes has authority to act as attorney of record for all purposes. Their address is as follows:

**BankPacific Building, 2nd Floor**
**825 South Marine Corp Drive**
**Tamuning, Guam 96913**
**Phone: (671) 646-2001 Fax No.: (671) 647-7671**

5. I have never applied for admission *pro hac vice* to this Court.

6. I have personal knowledge of the matters stated herein and if called upon to testify thereto could competently do so.

7. I declare under the penalty of perjury under the law of the United States that the foregoing is true and correct.

*Respectfully submitted* this 19 day of October 2004.

_____
RODERICK A. McLEOD
Jones Day
Co-Counsel for HSBC