**JACQUES G. BRONZE, ESQ.**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES, ESQ.**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



FILED
DISTRICT COURT OF GUAM
OCT 19 2004
MARY L. M. MORAN
CLERK OF COURT

*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION OF HSBC |

The Hongkong and Shanghai Banking Corporation, Ltd. ("HSBC"), hereby applies to this Court *ex parte* for an order admitting Roderick A. McLeod, from the firm of Jones Day, *pro hac vice* in this case. This Court has jurisdiction to hear this application pursuant to LR 7.1(j).

As set forth in the Declaration of Jacques G. Bronze, HSBC has given notice to

D:\CLIENTS FILE\HSBC-Sadhwani\Pldgs\Pts & Auth Ex.Parte.Pro.Hac.Vice-R A McLeod.doc

ORIGINAL

Case 1:03-cv-00036   Document 374   Filed 10/19/2004   Page 1 of 2

Plaintiffs' counsel.

This application is based on this application, Declaration of Jacques G. Bronze and Richard A. Pipes, Declaration of Roderick A. McLeod, and all pleadings, papers and evidence as will be submitted in connection with this application of hearing.

DATED this 1(K day of October, 2004.

**LAW OFFICES OF BRONZE & TANG**
**A Professional Corporation**

By: _____
JACQUES G. BRONZE
*Attorneys for HSBC*