**JACQUES G. BRONZE**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, JACQUES G. BRONZE, do hereby certify that on October 19, 2004, I caused copies of the *Application for Admission Pro Hac Vice for Roderick A. McLeod under Guam Rules of Court and Declaration in Support; Declaration of Jacques G. Bronze and Richard A. Pipes in Support of Ex Parte Application and Consent of Local Counsel to Act as Co-Counsel; Notice of Hearing of Ex Parte*

*Application; Motion of Memorandum of Points and Authorities in Support of Ex Parte Application of HSBC and Order* to be served upon the following:

Anita P. Arriola, Esq.
**ARRIOLA, COWAN & ARRIOLA**
Suite 201, C&A Professional Bldg.
259 Martyr Street
Hagåtña, Guam 96910

*Attorneys for Plaintiffs*

**EXECUTED** this 19th day of October 2004.

> **LAW OFFICES OF BRONZE & TANG**
> **A Professional Corporation**
>
> By: _____
> JACQUES G. BRONZE
> *Attorneys for Defendant The Hongkong and Shanghai Banking Corporation, Ltd.*