DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**362**

ALAN SADHWANI, LAJU SADHWANI, and
K. SADHWANI, and K. SADHWANI'S
INC., a Guam Corporation

        Plaintiffs,

    vs.

HONGKONG AND SHANGHAI
BANKING CORPORATION, LTD.,
et al.,

        Defendants.

CIVIL CASE NO. 03-00036

# "SEALED"