JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation, <br><br> Plaintiffs, <br><br> v. <br><br> HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al., <br><br> Defendants. | CIVIL CASE NO. 03-00036 <br><br> **CERTIFICATE OF SERVICE** |

I, RICHARD A. PIPES, hereby certify that on the 21st day of October, 2004, I caused copies of the following documents to be served on Arriola, Cowan & Arriola, Suite 201, 259 Martyr Street, Hagåtña, Guam 96910, counsel for Plaintiffs:

1. Declaration of Thomas A. Tarter Supporting HSBC's Opposition to Ex Parte

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Certificate of Service
Page 2 of 2 pages

Motion for Extension of Time to Serve Expert Witness Disclosures;

    2.    Answer and Counterclaim of HSBC to Third Amended Complaint for Damages;

and

    3.    Exhibit "1" to Answer and Counterclaim of HSBC to Third Amended Complaint for Damages (Under Seal).

Dated this 25th day of October, 2004.

                  LAW OFFICES OF RICHARD A. PIPES
                  Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

By: _____
       RICHARD A. PIPES

RAP/nsh