**JACQUES G. BRONZE**
LAW OFFICES OF BRONZE & TANG
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 647-7671

**RICHARD A. PIPES**
LAW OFFICES OF RICHARD A. PIPES
A Professional Corporation
BankPacific Building, 2nd Floor
825 South Marine Corp Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001



*Attorneys for Defendant Hongkong and Shanghai Banking Corporation, Ltd.*

IN THE DISTRICT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br><br><br><br><br>**STIPULATION AND ORDER MODIFYING THE SCHEDULING ORDER** |

Counsel for Plaintiffs' and Defendant Hong Kong and Shanghai Banking Corporation, Ltd., ("HSBC") are negotiating a settlement agreement in the aforementioned case and have negotiated

this stipulation which is in the best interest of their respective clients. The parties hereby stipulate as follows:

1. The discovery cut-off date defined as the last date to file responses to discovery is December 1, 2004;

2. The discovery and dispositive motion cut-off date is December 15, 2004;

3. The preliminary pre-trial conference date is January 18, 2005, at 2:30 p.m.;

4. The date for filing the trial brief is January 10, 2005;

5. The date for filing exhibit list, witness list and joint pre-trial order as required L.R. 16.7 is January 25, 2005;

6. The final pre-trial conference date is February 1, 2005 at 2:30 p.m.;

7. The trial date is February ~~8~~ 14, 2005, at 9:00 a.m.;

8. Notwithstanding the above, Plaintiffs shall provide supplemental responses to HSBC's Second Set of Requests for Production of Documents on November 5, 2004; plaintiffs' responses to HSBC's Fourth Set of Requests for Production of Documents shall be due on November 12, 2004; and plaintiffs' responses to HSBC's second set of interrogatories shall be due on November 15, 2004;

9. The hearing on Plaintiffs' Motion to Compel Responses to Plaintiffs' Fifth Set of Requests for Production of Documents and for Sanctions, presently scheduled for November 5, 2004, shall be rescheduled for November 19, 2004;

10. The opposition and reply memoranda regarding Plaintiffs' Motion to Compel Responses to Plaintiffs' Fifth Set of Requests for Production of Documents shall be due on November 5 and 12, respectively;

11. Expert witness disclosures shall be served on December 10, ~~2001~~ 2004;

12. Plaintiffs' motion for sanctions, not presently scheduled by the Court, shall be scheduled for hearing on or after November 19, 2004; and

13. Other than as amended in this Stipulation and Order, the Stipulation and Order Modifying the Scheduling Order filed in this Court on August 18, 2004, shall remain in full force and effect.

**SO STIPULATED**, on this 22 day of October, 2004.

LAW OFFICES OF BRONZE & TANG
A Professional Corporation

By: _____
JACQUES G. BRONZE
*Attorneys for Defendant*


ARRIOLA, COWAN & ARRIOLA

By: _____
ANITA A. ARRIOLA
*Attorneys for Plaintiffs*

**SO ORDERED**, on this 26th day of October, 2004.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge, District Court of Guam

**RECEIVED**
OCT 22 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM