JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001

RODERICK A. McLEOD
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104-1500
Telephone No.: (415) 626-3939
Facsimile No.: (415) 875-5700

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br>                    Defendants. | CIVIL CASE NO. 03-00036<br><br>**STIPULATION AND ORDER MODIFYING SCHEDULING ON PLAINTIFFS' MOTIONS TO COMPEL RESPONSES TO PLAINTIFFS' FIFTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS** |

Counsel for Plaintiffs and Defendant Hongkong and Shanghai Banking Corporation.

ORIGINAL

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Stipulation and Order Modifying Scheduling on Plaintiffs' Motions to Compel Responses to Plaintiffs' Fifth Set of
Requests for Production of Documents and for Sanctions
Page 2 of 3 pages

Ltd. ("HSBC") stipulate that this Court enter its Order modifying scheduling on Plaintiffs' pending motions, as follows:

1. The opposition and reply memoranda on Plaintiffs' Motion to Compel Answers to Plaintiffs' Fifth Set of Requests for Production of Documents filed on October 13, 2004, shall be due on November 12 and November 19, respectively, and the hearing on such motion shall be rescheduled for 9:00 a.m. on November 26, 2004; [30] and

2. The opposition and reply memoranda on Plaintiffs' Motion for Sanctions filed on October 13, 2004, shall be due on November 12 and November 19, respectively, and the hearing on such motion shall be rescheduled on or after November 26, 2004. [30]

The parties hereto also agree that this Stipulation shall modify the Stipulation and Order Modifying the Scheduling Order lodged with this Court on October 22, 2004, with regards to the scheduling of the above-described Motions.

SO STIPULATED this 27TH day of October, 2004.

    LAW OFFICES OF RICHARD A. PIPES
    Attorneys for HSBC

By: _____
    Richard A. Pipes

//

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Stipulation and Order Modifying Scheduling on Plaintiffs' Motions to Compel Responses to Plaintiffs' Fifth Set of
Requests for Production of Documents and for Sanctions
Page 3 of 3 pages

ARRIOLA COWAN & ARRIOLA
Attorneys for Plaintiffs

By: /s/ Anita P. Arriola
Anita A. Arriola

SO ORDERED this 1st day of ~~October~~ **November**, 2004.

FOR AND IN THE ABSENCE OF
ELIZABETH BARRETT-ANDERSON

/s/ E. Barrett-Anderson

HON. JOAQUIN V. E. MANIBUSAN, JR.
U. S. MAGISTRATE JUDGE

RAP/nsh

**RECEIVED**
OCT 28 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM