JACQUES G. BRONZE
LAW OFFICES OF BRONZE & TANG, P.C.
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 647-7671

RICHARD A. PIPES
LAW OFFICES OF RICHARD A. PIPES
BankPacific Building, Suite 201
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001

RODERICK A. McLEOD
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104-1500
Telephone No.: (415) 626-3939
Facsimile No.: (415) 875-5700

Attorneys for Defendant The Hongkong and Shanghai Banking Corporation Ltd.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**STIPULATION AND ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE**<br>**[FRCP 41(a)]** |

Plaintiffs Alan Sadhwani, *et al.*, and Defendant Hongkong and Shanghai Banking

Sadhwani, et al. v. Hongkong and Shanghai Banking Corporation Ltd., et al.
Civil Case No. 03-00036
Stipulation and Order Dismissing Complaint and Counterclaims with Prejudice
Page 2 of 2 pages

Corporation, Ltd. ("HSBC"), by and through counsel, to stipulate and agree that the Third Amended Complaint for Damages of Plaintiffs filed herein on August 16, 2004, and the Answer and Counterclaims of HSBC to Third Amended Complaint for Damages filed herein on October 20, 2004, are hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

SO STIPULATED this 22nd day of November, 2004.

LAW OFFICES OF RICHARD A. PIPES
Attorneys for HSBC

By: _____
Richard A. Pipes

ARRIOLA COWAN & ARRIOLA
Attorneys for Plaintiffs

By: _____
Anita A. Arriola

SO ORDERED this 29th day of November, 2004.

_____
U. S. DISTRICT JUDGE
A. WALLACE TASHIMA

RAP/nsh

RECEIVED
NOV 22 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM