**JOAQUIN C. ARRIOLA**
**ANITA P. ARRIOLA**
**ARRIOLA, COWAN & ARRIOLA**
259 Martyr Street, Suite 201
Hagåtña, Guam 96910
Telephone: (671) 477-9730/33
Facsimile: (671) 477-9734

Counsel for Plaintiffs Alan Sadhwani, et al.

FILED
DISTRICT COURT OF GUAM
DEC - 2 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| ALAN SADHWANI, LAJU SADHWANI, and K. SADHWANI'S INC., a Guam corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>HONGKONG AND SHANGHAI BANKING CORPORATION, LTD., a Foreign corporation, JOHN DOE I through JOHN DOE X,<br><br>Defendants. | CIVIL CASE NO. 03-00036<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JOHN DOE I THROUGH JOHN DOE X**<br>**(F.R.C.P. 41(a))** |

NOTICE IS HEREBY GIVEN that plaintiffs Alan Sadhwani, et al. dismiss the above-captioned matter with prejudice against defendants JOHN DOE I through JOHN DOE X.

Dated this 1st day of December, 2004.

        **ARRIOLA, COWAN & ARRIOLA**
        Attorneys for Plaintiffs Alan Sadhwani, et al.

        By: _____
              **ANITA P. ARRIOLA**

ORIGINAL

## CERTIFICATE OF SERVICE

I, ANITA P. ARRIOLA, hereby certify that on December 1, 2004, I caused to be served via hand delivery, a **NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JOHN DOE I THROUGH JOHN DOE X (F.R.C.P. 41(a))** to:

>Jacques G. Bronze, Esq.
>Bronze & Tang, P.C.
>2nd Floor, BankPacific Building
>825 S. Marine Drive
>Tamuning, Guam 96913

Dated this 1st day of December, 2004.

_____
ANITA P. ARRIOLA

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910

Case 1:03-cv-00036   Document 388   Filed 12/02/2004   Page 2 of 2