UNITED STATES COURT OF APPEALS

**FILED**
DEC 03 2004
CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE HONGKONG & SHANGHAI BANKING CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM,<br><br>Respondent,<br><br>ALAN SADHWANI,<br><br>Real Party in Interest. | No. 04-75195<br><br>D.C. No. CV-03-00036-TG<br>District of Guam, Agana<br><br>ORDER |



FILED
DISTRICT COURT OF GUAM
DEC - 8 2004
MARY L. M. MORAN
CLERK OF COURT

370

Petitioner's motion to withdraw this petition for writ of mandamus is granted. This petition is withdrawn. The Clerk shall close this action.

For the Court

Karen Reichmann
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
DEC 3 - 2004
by _____ Deputy Clerk

S:\MOATT\Clrkords\12.04\kr\04-75195.wpd